UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re application of ArcelorMittal Holdings AG for an order directing discovery pursuant to 28 U.S.C. § 1782 | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION: Declaration of Brian A. White in Support of Ex Parte Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 |

I, Brian A. White, declare as follows:

1.      I am an attorney duly admitted to practice in the State of Georgia and a member of the bar of the United States District Court for the Northern District of Georgia. I am also a solicitor of the Senior Courts of England and Wales (np).

2.      I am a Partner with the law firm of King & Spalding LLP, attorneys of record for Petitioner ArcelorMittal Holdings AG ("**ArcelorMittal**"). The facts set forth herein are personally known to me, and if called as a witness, I could and would testify completely thereto. Where facts are not within my knowledge, I have said so, and included a citation as to the source of my knowledge. The defined terms follow those in the Petition for Assistance in Aid of a Foreign Proceeding.

3.      A true and correct copy of the business search records from the website of the Georgia Secretary of State's Corporations Division for Reibus International, Inc. is attached hereto as Exhibit 1.

4.      A true and correct copy of the business search records from the website of the Georgia Secretary of State's Corporations Division for Reibus Logistics LLC is attached hereto as Exhibit 2.

5.      A true and correct copy of the business search records from the website of the Georgia Secretary of State's Corporations Division for Reibus Financial LLC is attached hereto as Exhibit 3.

6.      A true and correct copy of Reibus's "FAQs: What is Reibus?" page from its website, https://reibus.com/faq/, last accessed Oct. 2, 2023, is attached hereto as Exhibit 4.

7.      A true and correct copy of Reibus's "FAQs: What materials does Reibus buy, sell and ship?" page from its website, https://reibus.com/faq/, last accessed Oct. 2, 2023, is attached hereto as Exhibit 5.

8.      A true and correct copy of Reibus's "FAQs: What do you sell?" page from its website, https://reibus.com/faq/, last accessed Oct. 2, 2023, is attached hereto as Exhibit 6.

9.      A true and correct copy of Reibus's "Capital" page from its website, https://reibus.com/capital/, last accessed Oct. 2, 2023, is attached hereto as Exhibit 7.

10.      A true and correct copy of Reibus's "About Us" page from its website, https://reibus.com/about-us/, last accessed Oct. 2, 2023, is attached hereto as Exhibit 8.

11.      A true and correct copy of Liberty Steel Group's "Our History" page from its website, https://libertysteelgroup.com/about/our-history/, last accessed Oct. 23, 2023, is attached hereto as Exhibit 9.

12.      A true and correct copy of *Argus*'s March 20, 2023 news article, "Steel marketplace Reibus to close Dubai office," is attached hereto as Exhibit 10.

13.      A true and correct copy of the *Financial Times*' Feb. 7, 2023 article, "Customer of Gupta's Liberty Steel falls into administration," is attached hereto as Exhibit 11.

Dated:  Oct. 23, 2023

Respectfully submitted,

Brian A. White