UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re application of ArcelorMittal Holdings AG for an order directing discovery pursuant to 28 U.S.C. § 1782 | CIVIL ACTION:<br><br>[Proposed] Order |

Upon consideration of the *ex parte* application of Petitioner ArcelorMittal Holdings AG for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782, Petitioner's memorandum of law and the supporting declarations of Brian A. White and Charity R. Kirby, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, Inc., 542 U.S. 241 (2004), weigh in favor of granting Petitioners' application.

It is therefore **ORDERED** that Petitioner is granted leave to serve this Order and the subpoenas annexed to the petition as Appendix A and Appendix B upon Reibus Logistics LLC, Reibus Financial LLC, and Reibus International, Inc. and is

authorized to issue additional subpoenas for the production of documents and/or depositions of Reibus Logistics LLC, Reibus Financial LLC, and Reibus International, Inc., as Petitioner reasonably deems appropriate and as are consistent with the Federal Rules of Civil Procedure, and it is further;

**ORDERED** that Reibus Logistics LLC, Reibus Financial LLC, and Reibus International, Inc. comply with such subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED.**


Date: _____


_____

United States District Judge