# EXHIBIT 3

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br><br>**ASIA**<br>BEIJING<br>HONG KONG<br>SEOUL | 2 London Wall Place<br>London EC2Y 5AU<br>T: +44 20 7614 2200<br>F: +44 20 7600 1698<br><br>clearygottlieb.com<br><br>D: +44 20 7614 2260<br>sgadhia@cgsh.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

Clyde & Co LLP
The St. Botolph Building
138 Houndsditch
London
EC3A 7AR

**By email**
**Confidential**

27 January 2023

Dear Sir or Madam,

**LCIA Arbitration No. 215327 (the "Arbitration")**

1. We refer to the Partial Final Award issued by the LCIA in this Arbitration dated 24 January 2023 (the "**Partial Final Award**"). We adopt the definitions used in the Partial Final Award.

2. As per the dispositive language in the Partial Final Award, the Deferred Amount, together with interest, is <u>immediately</u> due and payable by Liberty House Group PTE Limited and Liberty Steel East Europe (Holdco) Limited.

3. Please therefore arrange for your clients to pay the sum of €140,000,000, together with an interest amount of €6,194,519.84 up to and including today's date, to our client. Interest will continue to accrue at a daily rate of €19,178.08 from today's date.

4. Our client's account details are set out below:

    Account holder : ARCELORMITTAL HOLDINGS AG

    Bank name : CREDIT AGRICOLE CIB

    Bank address : 83 BOULEVARD DES CHENES, 78280, GUYANCOURT

    SWIFT : BSUIFRPPXXX

    Account number : FR7631489000100023840786147

5. Please let us have your response to this letter by no later than 10am on 30 January 2023. We should make it clear that in the absence of immediate settlement of the amount due, our client will take enforcement action against your clients without further notice.

Cleary Gottlieb Steen & Hamilton LLP is a Limited Liability Partnership registered in England and Wales Number OC310280. It is authorised and regulated by the Solicitors Regulation Authority. A list of the members and their professional qualifications is open to inspection at the registered office, 2 London Wall Place, London EC2Y 5AU. Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

Clyde & Co LLP, Page 2

6. All our client's rights are fully reserved.

Yours faithfully,

*Cleary Gottlieb Steen & Hamilton LLP*

Cleary Gottlieb Steen & Hamilton LLP