# EXHIBIT 7

# SFO confirms investigation into Gupta Family Group Alliance

14 May, 2021 | News Releases

The SFO is investigating suspected fraud, fraudulent trading and money laundering in relation to the financing and conduct of the business of companies within the Gupta Family Group Alliance (GFG), including its financing arrangements with Greensill Capital UK Ltd.

As this is a live investigation, the SFO can provide no further comment.



**Notes to Editors:**

1. **About the SFO**

The UK has a global reputation for openness, its economy and as a beacon for the rule of law. The integrity of the UK as a safe place to do business and invest is critical, especially today when our country is building a new international identity for trade.

The Serious Fraud Office protects our democratic values by investigating and prosecuting the most serious or complex cases of fraud, bribery and corruption. In this way the agency plays a vital role in shaping a role in which open societies can flourish.

**Who we are**

The SFO is a specialist, independent law enforcement agency set up by Parliament and overseen by the Attorney General, forming part of the criminal justice system with jurisdiction in England, Wales and Northern Ireland. The agency's mission is to tackle only the most complex and serious cases of fraud, bribery and corruption and money laundering.

The SFO delivers justice for victims and protects the public from economic harm by prosecuting criminals, deterring others and recovering the proceeds of economic crime. It also works with partners all over the world to ensure there is no safe haven for criminals.

**How we work**

Unlike the police, the SFO was set up to both investigate and prosecute those suspected of complex financial crime. This unique status means that experts from different fields can work under one roof to solve Britain's biggest and most challenging economic offences. The SFO has teams of intelligence specialists, investigators, lawyers and forensic accountants all working with a single focus – to solve these high profile, high risk cases.

When an investigation begins, we do not always immediately publicly declare it for operational reasons. It is the Director who authorises all investigations.

## Related Cases

**Gupta Family Group Alliance (GFG)**