# EXHIBIT 8

**Learn more about** LSEG

Business leaders, scientists and thinkers gather in London for Reuters' flagship climate summit
Watch Live



Finance

# French prosecutors widen investigation into Gupta's GFG group

My View        Following        Saved



Liberty Steel boss Sanjeev Gupta stands outside steel pressing mill in Dalzell after completing its purchase, Scotland, Britain April 8, 2016. REUTERS/Russell Cheyne/File Photo *Acquire Licensing Rights*

Nov 8 (Reuters) - French prosecutors are investigating Sanjeev Gupta's GFG Alliance, the Paris prosecutor's office said on Monday, widening an ongoing investigation into an 18 million euro ($21 million) state-backed loan to one of its operations in France.

The broader French investigation comes on top of a probe by Britain's Serious Fraud Office into GFG Alliance as it attempts to refinance its steel and aluminium businesses following the collapse of supply chain finance firm Greensill Capital.

Prosecutors in Paris said they opened an investigation in July into allegations of misuse of company assets and money laundering by GFG, following a decision by prosecutors in Poitiers to pass on their initial probe into the loan.

The new investigation was first reported by the Financial Times on Sunday.

said in a statement that it was, "not aware of any such investigation and refutes any suggestion of wrongdoing in its French operations".

The probe launched in the western city of Poitiers covered a state-backed loan from Greensill for a GFG-owned aluminium works that makes auto parts. It was prompted by employee claims that the funds disappeared after briefly being deposited at the unit.

GFG bought Europe's largest primary aluminium smelter in Dunkirk in 2018 but private equity firm American Industrial Partners (AIP) said it had assumed control of the smelter last month after a GFG default, in a takeover approved by France.

Some of GFG's smaller French sites have already been sold or closed, with two remaining factories under court administration.

($1 = 0.8655 euros)

Reporting by Gus Trompiz in Paris, Eric Onstad in London and Aishwarya Nair and Rhea Binoy in Bengaluru; Editing by Daniel Wallis and David Clarke

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights

## Read Next

Media & Telecom
**Elon Musk borrowed $1 billion from SpaceX in same month of Twitter deal, Wall Street Journal reports**
2:53 AM UTC

Aerospace & Defense
**Lessor AerCap agrees settlement over Aeroflot jets stranded in Russia**
11:21 AM UTC

Markets
**Morning Bid: Restive markets simmer after oil sideswipe**
9:07 AM UTC

Markets
**SoftBank's Arm launches IPO courting T Rowe in $52 billion valuation ask**
September 5, 2023

## More from Reuters

Muslim pilgrims face high prices in Mecca for haj (1:29) - June 26, 2023
Watch more videos



Muslim pilgrims face high prices in Mecca for haj
01:29

The Week in Numbers: bank...
02:16

Could lawsuit against Binance...
03:53

Wall St. ends higher as



## Sponsored Content

| | | |
|---|---|---|
| **Tax-free returns with Cask Whisky investment: Download Guide Now**  Sponsored by Hackstons | **Whisky Cask: Secure Your Family's Financial Tomorrow. Free Guide Here.**  Sponsored by Vintage Acquisitions | **The role that high quality dividend growers play in a portfolio**  Sponsored by WisdomTree |
| **How Inheritance Tax could slice 40% off a wealthy investor's ISA**  Sponsored by Wealth Club Limited | **Trusted by traders for 40 years. 71% of retail CFD accounts lose money**  Sponsored by CITY INDEX | **Seniors Under 85 Years Old Get £175k In Life Insurance For £11/Month**  Sponsored by ActiveBeat |

Business >

### Go First lessor seeks replacement of parts "robbed" from grounded planes in India

Aerospace & Defense · September 6, 2023 · 10:19 AM GMT+1

An Ireland-based lessor wants India's bankrupt Go First airline to replace "robbed" parts from its leased jets and allow it to appoint round the clock security to guard grounded aircraft, the latest escalation in efforts to reclaim its Airbus planes.

Regulatory Oversight
**Exclusive: India seeks more natural gas amid emergency measures to end blackouts**
11:16 AM GMT+1

Regulatory Oversight
**Russia finalising Power of Siberia-2 gas pipeline route to China - Novak**

10:38 AM GMT+1

**Charged**
**Bankrupt Lordstown Motors proposes zero payment for Foxconn shares**
September 5, 2023

**Charged**
**Cummins, Daimler, PACCAR form joint venture for US battery cell production**
12:45 PM GMT+1

## Sponsored Content

Track your shares, dividends & more in one place with Sharesight.
Sponsored by Sharesight Investment Tracker 

Secure Your Legacy: Invest in Scotch Whisky Casks. Download Free Guide
Sponsored by Vintage Acquisitions 

Find A Credit Card That Fits Your Lifestyle
Sponsored by M.A APORIA 

Under 85? Get £175k In Life Insurance For £11/Month
Sponsored by ActiveBeat 

Discover Imperial's Weekend MBA | Part-Time | 21 Months
Sponsored by Imperial College London 

Stabilise your portfolio with a tangible asset: Get Whisky Guide Now
Sponsored by Hackstons 

## Sponsored Content

Interested in investing in Whisky Casks? Download a free guide now
Sponsored by VCL Vintners

How Inheritance Tax could slice 40% off a wealthy investor's ISA
Sponsored by Wealth Club Limited

Essential Guide to Inheritance Tax - Free page Guide
Sponsored by Buckingham Gate FP

Trusted by traders for 40 years. 71% of retail CFD accounts lose money
Sponsored by CITY INDEX

The latest trends on responsible investing
Sponsored by MarketViews

Discover what's impacting commodities today, and tomorrow
Sponsored by WisdomTree

Latest
Home
Media
 Videos
Pictures
Graphics

Browse
World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

Feedback 

https://www.reuters.com/business/finance/french-prosecutors-probe-sanjeev-guptas-business-empire-ft-2021-11-07/    4/7

CRK-2/1771

## About Reuters

**About Reuters**
**Careers**
**Reuters News Agency**
**Brand Attribution Guidelines**
**Reuters Leadership**
**Reuters Fact Check**
**Reuters Diversity Report**

## Stay Informed

**Download the App**
**Newsletters**

## Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

## Follow Us

    

## Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

## LSEG Products

**Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**   **Advertising Guidelines**   **Coupons**   **Acquire Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Feedback

**Cookies**   **Terms of Use**   **Privacy**   **Digital Accessibility**   **Corrections**   **Site Feedback**

© 2023 Reuters. All rights reserved



06/09/2023, 14:54
Case 1:23-mi-00106-TWT-CMS   Document 4-8   Filed 10/26/23   Page 10 of 11
French prosecutors widen investigation into Gupta's GFG group | Reuters

06/09/2023, 14:54
French prosecutors widen investigation into Gupta's GFG group | Reuters
Case 1:23-mi-00106-TWT-CMS   Document 4-8   Filed 10/26/23   Page 11 of 11