# EXHIBIT 12

**FT Alphaville**　Sanjeev Gupta

# How one Gupta accused of fraud knows another Gupta suspected of fraud

The man behind Trafigura's nickel fiasco has some interesting connections



© FTAV montage / Reuters / Bloomberg

**Robert Smith** and **Cynthia O'Murchu** FEBRUARY 14 2023

An announcement last week from Swiss commodities trading powerhouse Trafigura made us do a double-take:

> Trafigura recently discovered a systematic fraud committed by a group of companies connected to and apparently controlled by Mr Prateek Gupta including TMT Metals and companies owned by UD Trading Group. Trafigura has commenced legal proceedings against Mr Gupta and the companies involved. [...]



> Since late December 2022, a small proportion of the containers purchased from these companies have been inspected as they reached their destination, and were found not to contain nickel. The majority of the shipments remain in transit awaiting further inspection. Nonetheless, the Group recorded a USD577 million charge in the first half of 2023 for Trafigura Group Pte Ltd., estimated to be the maximum loss exposure related to this fraud.

While there has been a proliferation of alleged fraud across commodities trading in the past few years — from Agritrade to ZenRock — it's still pretty extraordinary to see one of the largest and supposedly most sophisticated traders in the world claim it has been scammed to the tune of more than half a yard.

But Trafigura's release made us sit up in our chairs for another reason: we looked into Prateek Gupta and his businesses a couple of years ago. We even got a response from the man himself ahead of a story. And then we didn't actually publish anything about him.

Whoops!

In light of Trafigura's allegations of fraud, however, we thought it was worth finally setting out what we discovered — particularly as it also involves another metals trader surnamed Gupta who will be better known to FT Alphaville readers.

## A little help from my friends

Back in March 2021, supply-chain finance firm Greensill Capital imploded in spectacular fashion, ensuring that David Cameron's Wikipedia page would soon gain an exciting new section.

Aside from the group's founder Lex Greensill, the other main protagonist in the Greensill saga was metals magnate Sanjeev Gupta, whose family conglomerate GFG Alliance precipitated the SoftBank-backed lending start-up's downfall when it defaulted on over $5bn of debt (GFG disputes that it has defaulted on Greensill).

In the wake of Greensill's collapse, the UK's Serious Fraud Office announced that it was "investigating suspected fraud, fraudulent trading and money laundering in relation to the financing and conduct of the business of companies within the Gupta Family Group Alliance (GFG), including its financing arrangements with Greensill Capital UK Ltd".

GFG has consistently denied any wrongdoing. To get an idea of why the SFO is looking into Gupta's metals empire, here is some previous FT reporting:

- [Greensill Capital's administrator unable to verify Gupta invoices](#)

- [Suspect Sanjeev Gupta invoices used in Greensill loans raise fraud concerns](#)

- [Credit Suisse accepted suspicious invoices for $140mn Greensill loan](#)

- [Invoices to 'Friends of Sanjeev' underpinned Greensill loans](#)

As with Prateek Gupta's alleged fraud on Trafigura, many of the suspect GFG invoices seen by the FT involved shipments of nickel. The surging value of the metal, which has become crucial for the production of electric cars, has made it an attractive target for unscrupulous dealings.

Here we should say that GFG says that it "has for years had no business or relationship with Prateek Gupta . . . and is in no way connected to any of the activities Trafigura's announcement referenced".

The last piece in the list above focuses on a constellation of companies dubbed the "Friends of Sanjeev", which the FT had earlier looked into in a [February 2020 investigation](#) into Wyelands Bank, a British small-to-medium sized lender owned by Sanjeev Gupta. The story exposed that the bank was extending large amounts of credit to Gupta's own businesses, often channelled through entities controlled by his associates, which some GFG employees referred to internally as the "Friends of Sanjeev".

Here's a handy flowchart of how it worked:



In 2021, the governor of the Bank of England revealed that the Prudential Regulation Authority had referred Wyelands to the National Crime Agency and Serious Fraud Office, after probing its "connected lending" related to Gupta.

The FT took another look at the so-called "Friends of Sanjeev" in April 2021, this time in the context of Gupta's metals trading business Liberty Commodities.

One of the core documents underpinning this article was an internal ledger from March 2018, which showed that the majority of Liberty Commodities' outstanding receivables were from closely connected companies, including those owned by former or current employees, trusted business partners and friends.

One thing we did not mention in the piece, however, was that several entities linked to Prateek Gupta also appeared in this ledger.

## The Gupta connection

Businesses linked to Prateek Gupta appeared in both the trade receivables and trade payables sides of the March 2018 ledger, indicating that they both owed money to and were owed money by Liberty Commodities. The entities named included TMT Metals (UK) Limited and UD Holdings Limited.

Other documents seen by the FT show that Liberty Commodities financed some of its trades with Prateek Gupta's UD Group through Sanjeev Gupta's Wyelands Bank.

Several people who knew both of the Indian-born commodities traders also told us that they had longstanding ties with one another.

For example, Sanjeev Gupta was previously a shareholder in Ushdev International, an Indian company that counted Prateek Gupta as a "promoter" (an Indian term for founders or controlling shareholders) and its vice-chair. See this extract from Ushdev's 2015-16 annual report:

| Sr. No | For Each of the Top 10 Shareholders | Shareholding at the beginning of the year (As on 01.04.2015) | | Shareholding at the end of the year (As on 31.03.2016) | |
|---|---|---|---|---|---|
| | | No. of Shares | % of total shares of the Company | No. of Shares | % of total shares of the Company |
| 1. | *Dempsy Commodities Holdings Pte Ltd. | 4423600 | 13.06 | 4423600 | 13.06 |
| 2. | Chhaya Ilesh Gadhia | 1800000 | 5.31 | 1921692 | 5.67 |
| 3. | Sanjeev Gupta | 1601950 | 4.73 | 1601950 | 4.73 |
| 4. | Shree Global Tradefin Ltd | 1310000 | 3.87 | 1310000 | 3.87 |
| 5. | Siddhartha Suresh Khatwani | 1298817 | 3.83 | 1298817 | 3.83 |
| 6. | Lotus Global Investments Ltd | 941412 | 2.78 | 941412 | 2.78 |
| 7. | Ilesh Gadhia | 837523 | 2.47 | 837523 | 2.47 |
| 8. | Ankit Rajinder Miglani | 659727 | 1.94 | 659727 | 1.94 |
| 9. | Anuj Miglani | 602882 | 1.78 | 602882 | 1.78 |
| 10. | Abula Investment Fund Ltd | 483659 | 1.43 | 483659 | 1.43 |

*Name changed from Oxley Securities No. 2 Pte Ltd to Dempsy Commodities Holdings Pte Ltd.

Another document filed as part of Ushdev's insolvency proceedings also lists Sanjeev Gupta's wife and father on the shareholder register.

On March 30, 2021, we contacted Prateek Gupta with a number of questions about his connections with Sanjeev Gupta via an email address for TMT Metals. Prateek himself messaged back later that day from another address, in an email helpfully marked "WITHOUT PREJUDICE" in capital letters at the top.

From the off, the metals trader downplayed his ties with the other Gupta:



"I must mention that I take strict exception to the expression "Friend of Sanjeev" which appears to have been used to project me in a negative light. Please therefore refrain from using such expressions for me."

Here's a flavour of some of his responses to our specific queries:

> I have done business with Liberty Group or Mr. Sanjeev Gupta's co's at arm's length. In the process, I got to know him generally as I would get to know many other people whom I do business with. There is nothing such as a trusted business associate as sought to be projected. [ . . .]
>
> The shareholding of Mr. Sanjeev Gupta in Ushdev International Ltd, India in 2018 was 4.73% as per records available from Bombay Stock Exchange, which is an insignificant quantum of the entire shareholding of the Company. This was purchased by Mr. Sanjeev Gupta from the open market. [ . . .]
>
> In 2018, UIL Hong Kong Ltd, UIL Singapore Pte. Limited, UD Holdings Limited and TMT Metals have done some business with Liberty. However, that is not significant business compared with the overall quantum of business done by these respective entities. [ . . .]
>
> All UD Group entities have independent trading team which enters into trade transactions with various counterparties as per business requirements. Neither I nor UD Group companies are in any manner connected with Mr. Sanjeev Gupta, nor do we classify any business with him or his group entities as related party. It is also fishing expedition to give an impression that I am related to Liberty group and accordingly accounting disclosures are not done.

In the end, Prateek Gupta was not mentioned in the final article. The omission stemmed mainly from the fact there already was a lot going on in the piece as it was. The accompanying spider diagram was starting to get pretty complicated, for example:



We'll confess that we did not think much about Prateek Gupta after that. We even managed to miss the news in July 2022 that Indian authorities had raided Ushdev International, while accusing Prateek Gupta and others of loan fraud.

In the wake of Trafigura's announcement last week, however, we asked Sanjeev Gupta's GFG Alliance about its ties to Prateek Gupta and received this response:

> GFG Alliance has for years had no business or relationship with Prateek Gupta or Ushdev and is in no way connected to any of the activities Trafigura's announcement referenced.

If readers know anything more about either Gupta's trading operations, do get in touch with us at robert.smith@ft.com and cynthia.omurchu@ft.com

Copyright The Financial Times Limited 2023. All rights reserved.