# EXHIBIT 19

**615**

# LIBERTY HOUSE GROUP PTE. LTD.

Registration Number: 201113318W

# FINANCIAL STATEMENTS

Year ended 31 March 2019

This document contains no signatures as it is system-generated from the full set of Financial Statements filed in XBRL by company with ACRA.

CRK-2/0001

**616**

## LIBERTY HOUSE GROUP PTE. LTD. AND ITS SUBSIDIARIES
*(Incorporated in Singapore, Registration Number: 201113318W)*

## FINANCIAL STATEMENTS
*For the financial year ended 31 March 2019*

LIBERTY HOUSE GROUP PTE. LTD.   2

CRK-2/0002

**617**

**LIBERTY HOUSE GROUP PTE. LTD. AND ITS SUBSIDIARIES**

*(Incorporated in Singapore, Registration Number: 201113318W)*

**FINANCIAL STATEMENTS**
*For the financial year ended 31 March 2019*

**GENERAL INFORMATION**

**DIRECTOR**

SANJEEV GUPTA

**COMPANY SECRETARY**

TAN YEE TJEN

**REGISTERED OFFICE ADDRESS**

8 MARINA VIEW, #40-06,
ASIA SQUARE TOWER 1,
SINGAPORE 018 960.

**INDEPENDENT AUDITOR**

T RAVI & CO

CRK-2/0003

**618**

**LIBERTY HOUSE GROUP PTE. LTD. AND ITS SUBSIDIARIES**

*(Incorporated in Singapore, Registration Number: 201113318W)*

**FINANCIAL STATEMENTS**
*For the financial year ended 31 March 2019*

**Contents**

| | Page |
|---|---|
| Director's Statement | 2-4 |
| Independent Auditors' Report | 5-8 |
| Statement of Financial Position | 9-10 |
| Statement of Profit or Loss and Other Comprehensive Income | 11-13 |
| Statement of Changes in Equity | 14-16 |
| Statement of Cash Flows | 17-18 |
| Notes to the Financial Statements | 19-129 |

**CRK-2/0004**

doc?41?ffa6d182c14d4b7c3a2ddcrd0633B5dc3949da7e1a8?2762b7?e050d

The sole director, is pleased to present his statement to the members of Liberty House Group Pte. Ltd. (the "Company") and its Subsidiaries (the "Group") for the financial year ended 31 March 2019 and the statement of financial position of the Company as at 31 March 2019.

## 1. OPINION OF THE DIRECTOR

In the opinion of the director,

(a) the financial statements of the Group and Company are drawn up so as to give a true and fair view of the financial position of the Group and Company as at 31 March 2019 and the financial performance, changes in equity and cash flows of the Group and Company for the year then ended; and

(b) at the date of this statement, there are reasonable grounds to believe that the Group and Company will be able to pay its debts as and when they fall due.

## 2. DIRECTOR'S RESPONSIBILITY

I, the sole director of **LIBERTY HOUSE GROUP PTE.LTD. AND IT'S SUBSIDIARIES.** do hereby state that, I am responsible for the preparation and fair presentation of these financial statements in accordance with the provisions of the Singapore Companies Act, Cap.50 (the "Act") and Singapore Financial Reporting Standards. The responsibility includes:

(a) devising and maintaining a system of internal accounting controls sufficient to provide a reasonable assurance that assets are safeguarded against loss from unauthorised use or disposition; and transactions are properly authorised and that they are recorded as necessary to permit the preparation of true and fair statement of comprehensive income and statement of financial position and to maintain accountability of assets;

(b) selecting and applying appropriate accounting policies;

(c) making accounting estimates that are reasonable in the circumstances; and

(d) assessing the risk of fraud and reporting to the appropriate authority on the outcome of those assessments.

## 3. DIRECTOR

The director of the Company at the date of this report is:

**SANJEEV GUPTA**

## 4. ARRANGEMENTS TO ENABLE DIRECTOR TO ACQUIRE SHARES OR DEBENTURES

Neither at the end nor at any time during the financial year was the Company a party to any arrangement whose object was to enable the director of the Company to

LIBERTY HOUSE GROUP PTE. LTD.   5

**620**

acquire benefits by means of the acquisition of shares in or debentures of the Company or any other body corporate.

### 5.  DIRECTOR'S INTERESTS IN SHARES OR DEBENTURES

The Director of the Company holding office at the end of the financial year had  no interests in the shares or debentures of the Company and its related corporations as recorded in the register of directors' shareholding kept by the Company under section 164 of the Singapore Companies Act, chapter 50 (the "Act"), except as follows:

| | Direct interest | | Deemed interest | |
| --- | --- | --- | --- | --- |
| | At the beginning of financial year or date of appointment | At the end of financial year | At the beginning of financial year or date of appointment | At the end of financial year |
| The Company | 01.04.2018 | 31.03.2019 | 01.04.2018 | 31.03.2019 |
| Sanjeev Gupta | - | - | 325,561,301 | 325,561,301 |
| | | | | |
| Immediate Holding Company | | | | |
| LHG International Holdings Pte Ltd | - | 325,200,001 | - | - |
| | | | | |
| Ultimate Holding Company | | | | |
| SKG Global Holdings Pte Ltd | - | - | - | 325,200,001 |

### 6.  SHARE OPTIONS

There were no share options granted during the financial year to subscribe for unissued shares of the Company.

There were no shares issued during the financial year by virtue of the exercise of options to take up unissued shares of the Company or its subsidiary corporations.

There were no unissued shares of the Company or its subsidiary corporations under option as at the end of the financial year.

LIBERTY HOUSE GROUP PTE. LTD.   6

**621**

doc%41345e8468820140497659af3oued00338f5do8844da7a4a8527a2b75e050d

## 1. AUDITORS

The Independent Auditor T. Ravi & Co., Public Accountant and Chartered Accountants of Singapore, has expressed its willingness to accept re-appointment.

The Sole Director,

_____

**SANJEEV GUPTA**
Director

Singapore.

CRK-2/0007

**622**

INDEPENDENT AUDITOR'S REPORT TO THE MEMBER'S OF
LIBERTY HOUSE GROUP PTE. LTD. AND ITS SUBSIDIARIES

**Report on the Consolidated Financial Statements**

*Opinion*

We have audited the accompanying consolidated financial statements of **Liberty House Group Pte Ltd** (the "Company") and its subsidiaries (the "Group"), which comprise the consolidated statement of financial position of the Group and the statement of financial position of the Company as at **31 March 2019**, and the statement of profit or loss and other comprehensive income, statement of changes in equity and statement of cash flows of the Group and Company for the year then ended, and a summary of significant accounting policies and other explanatory information as set out on pages 9 to 128.

In our opinion, the accompanying consolidated financial statements of the Group and the statement of financial position of the Company are properly drawn up in accordance with the provisions of the companies act, Chapter 50 (the "Act") and financial reporting standards in Singapore ("FRSs") so as to give a true and fair view of the consolidated financial position of the Group and the financial position of the Company as at **31 March 2019**, and of its consolidated financial performance, consolidated changes in equity and consolidated cash flows of the Group for the year then ended on that date.

*Basis for Opinion*

We conducted our audit in accordance with Singapore standards on Auditing ("SSAs"). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are independent of the Group in accordance with the Accounting and Corporate Regulatory Authority ("ACRA") Code of professional Conduct and Ethics for Public Accountants and Accounting Entities ("ACRA Code") together with the ethical requirements that are relevant to our audit of the financial statements in Singapore, and we have fulfilled our other ethical responsibilities in accordance with these requirements and the ACRA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Key audit matters*

*Group*
1.    Related party balances and transactions.

There were various related party transactions during the year ended 31 March 2019 and prior years. There was a risk that appropriate disclosures would be omitted or incorrectly accounted for, and that related party balances may be incorrectly classified as non-current.

CRK-2/0008

**623**

The risks outlined above were addressed by us as follows:
- We ensure that all material related party balances and transactions were certified by the appropriate parties, and that recoverability thereof is appropriate.
- We ensured that all appropriate disclosures were correctly presented in the consolidation financial statements.
- We ensured that classification as to current or non-current are agreed with appropriate related parties.
- We ensured the appropriate offset of balances where related party entities are controlled by the same person.

2.   Going concern and potential impairment issues.

A few of UK Industrial Companies have incurred operating losses since their incorporation and some have negative equity or net current liabilities and if operating losses continue in future then there may be going concern and impairment issues on these companies. However, for the Group as a whole, there is no going concern issue.

The risk outlined above have been addressed by us as follows:
- Detailed review and interrogation of financial projections prepared for group companies, as well as discussion with group management and group companies auditors regarding the audits performed by them. This involved assessing the viability of assumptions used and also the integrity of financial projections made.
- Detailed review and interrogations of the financial projection model at group level and discussion with group management.
- Detailed discussion with group management as to funding required and obtaining of a written confirmations of financial support from this company.

*Other Information*

Management is responsible for the other information. The other information comprises the Directors' Statement (set out on pages 2 to 4) but does not include the financial statements and our auditors report thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit, or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

LIBERTY HOUSE GROUP PTE. LTD.   9

**624**

*Responsibilities of Management and Director for the Financial Statements*

Management is responsible for the preparation of financial statements that give a true and fair view in accordance with the provisions of the Companies Act and FRSs, and for devising and maintaining a system of internal accounting controls sufficient to provide a reasonable assurance that assets are safeguarded against loss from unauthorised use or disposition; and transactions are properly authorised and that they are recorded as necessary to permit the preparation of true and fair financial statements and to maintain accountability of assets.

In preparing the financial statements, management is responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the Group or to cease operations, or has no realistic alternative but to do so.

The director's responsibilities include overseeing the Group's financial reporting process.

*Auditor's Responsibilities for the Audit of the Financial Statements*

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with SSAs will always detect a material misstatement when it exists.

Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of the financial statements.

As part of an audit in accordance with SSAs, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

1. Identify and assess the risks of material misstatement of financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

LIBERTY HOUSE GROUP PTE. LTD.   10

2. Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control.

3. Evaluate the appropriateness of accounting polices used and the reasonableness of accounting estimates and related disclosures made by management.

4. Conclude on the appropriateness of management's use of the going concern basis of accounting and based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Group to cease to continue as a going concern.

5. Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

6. Obtain sufficient appropriate audit evidence regarding the financial information of the entities and business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Report on Other Legal and Regulatory Requirements**

In our opinion, the accounting and other records required by the Act to be kept by the Company, which are incorporated in Singapore have been properly kept in accordance with the provisions of the Act.

T Ravi & Co.,
**Public Accountants and**
**Chartered Accountants of Singapore.**
Singapore. 17 August 2020.

**626**

| ASSETS AND LIABILITIES | NOTE | GROUP 2019 $ | 2018 $ |
|---|---|---|---|
| Property, plant and equipment | 4 | 586,079,497 | 595,685,730 |
| Investment - held to maturity | 5 | - | 2,931,900 |
| Investment – financial assets available for sale | 6 | 239,380 | 538,165 |
| Other receivables | 12 | 10,927 | |
| Amount due from related parties | 8 | 78,117,142 | 43,635,229 |
| Intangible assets | 9 | 20,481,755 | 25,968,838 |
| | | 684,928,701 | 668,759,862 |
| **Current assets** | | | |
| Inventories | 10 | 294,145,437 | 308,445,303 |
| Contract with customers (Trade receivables) | 11 | 820,272,892 | 779,802,294 |
| Other receivables | 12 | 97,979,722 | 50,417,658 |
| Amount due from related parties | 8 | 79,333,459 | - |
| Derivative financial instruments | 13 | - | 11,413,516 |
| Cash and bank balances | 14 | 56,560,010 | 60,276,786 |
| | | 1,348,291,520 | 1,210,355,557 |
| **Current liabilities** | | | |
| Contracts with suppliers (Trade payables) and other payables | 15 | 377,224,694 | 365,284,533 |
| Amount due to directors | 16 | 2,841,083 | 2,679,451 |
| Amount due to related parties | 8 | 223,203,478 | - |
| Bank borrowings, secured | 17 | 202,438,408 | 393,128,753 |
| Other borrowings, secured | 18 | 118,529,390 | 118,155,048 |
| Derivative financial instruments | 13 | 12,366,012 | 4,228,014 |
| Finance lease liabilities | 19 | 15,024,598 | 9,190,349 |
| Provision for taxation | 20 | 5,294,478 | 7,483,230 |
| | | 956,922,141 | 900,149,378 |
| **Net current assets** | | 391,369,379 | 310,206,179 |
| **Non-current liabilities** | | | |
| Bank borrowings, secured | 17 | 70,526,863 | 71,368,989 |
| Finance lease liabilities | 19 | 30,742,206 | 41,471,931 |
| Amount due to related parties | 8 | 157,050,492 | 91,634,569 |
| Other payables | 15 | 70,529,204 | 97,519,751 |
| Deferred tax liability and other provisions | 20 | 60,065,430 | 66,511,707 |
| | | 388,914,195 | 368,506,947 |
| **Net assets** | | 687,383,885 | 610,459,094 |
| **Equity** | | | |
| Share capital | 21 | 325,561,301 | 325,561,301 |
| Retained earnings | | 289,634,576 | 198,997,949 |
| Non-Controlling Interest | | 28,771,866 | 31,014,899 |
| Revaluation reserve | | 52,459,748 | 52,957,071 |
| Currency translation reserve | | (9,043,606) | 1,927,874 |
| Total Equity | | 687,383,885 | 610,459,094 |

| | COMPANY | |
|---|---|---|
| | 2019 | 2018 |

LIBERTY HOUSE GROUP PTE. LTD.     12

**627**

| | NOTE | $ | $ |
|---|---|---|---|
| **Non-current assets** | | | |
| Investments in subsidiaries | 7 | 183,565,446 | 183,565,446 |
| Amount due from related parties | 8 | 244,080,006 | 191,162,563 |
| | | 427,645,452 | 374,728,009 |
| **Current assets** | | | |
| Contract with customers (Trade receivables) | 11 | 21,370,616 | 28,690,696 |
| Other receivables | 12 | 6,194,395 | - |
| Cash and bank balances | 14 | 5,245,104 | 3,220 |
| | | 32,810,115 | 28,693,916 |
| **Current liabilities** | | | |
| Contract with suppliers (Trade payables) and other payables | 15 | 2,210,135 | 410,607 |
| Bank and other borrowings, secured | 17 | 7,169,500 | - |
| Other borrowings, secured | 18 | 19,973,389 | 28,989,273 |
| Amount due to related parties | 8 | 27,755 | - |
| Provision for taxation | 20 | 12,908 | 5,753 |
| | | 29,393,687 | 29,405,633 |
| **Net current assets/(liabilities)** | | 3,416,428 | (711,717) |
| **Non-current liabilities** | | | |
| Amount due to related parties | 8 | 108,148,959 | 48,819,603 |
| | | 108,148,959 | 48,819,603 |
| **Net assets** | | 322,912,921 | 325,196,689 |
| **Equity** | | | |
| Share capital | 21 | 325,561,301 | 325,561,301 |
| Accumulated loss | | (2,648,380) | (364,612) |
| **Total equity** | | 322,912,921 | 325,196,689 |

CRK-2/0013

**628**

| | Note | GROUP | |
| | | 2019 $ | 2018 $ |
|---|---|---|---|
| Revenue | 22 | 10,078,172,488 | 7,844,859,329 |
| Cost of sales | 23 | (9,745,088,756) | (7,635,617,788) |
| **Gross profit** | | 333,083,732 | 209,241,541 |
| Other income | 24 | 62,160,341 | 112,448,441 |
| Administrative expenses | 25 | (155,528,643) | (130,370,158) |
| Distribution costs | 26 | (53,721,988) | (37,492,006) |
| Other expenses | 29 | (4,912,545) | (20,117,431) |
| **Operating profit** | | 181,080,897 | 133,710,387 |
| Finance costs | 27 | (85,516,368) | (55,441,511) |
| **Net profit before taxation** | 28 | 95,564,529 | 78,268,876 |
| Income tax | 20 | (1,095,900) | (4,435,800) |
| Net profit after taxation from continuing operations | | 94,468,629 | 73,833,076 |
| Discontinued operations | | | |
| Provision for loss on termination of business | | - | (252,453) |
| Net profit for the year | | 94,468,629 | 73,580,623 |
| Other comprehensive income | | | |
| Actuarial loss and deferred tax on pension scheme | | (3,225,306) | (190,794) |
| Deferred tax on revaluation reserve | | - | 449,987 |
| Revaluation reserve | | - | (1,043,133) |
| Currency translation reserve | | (11,658,580) | 18,964,319 |
| Total comprehensive income for the year | | 79,554,743 | 91,761,002 |
| **Profit after tax attributable to** | | 2019 $ | 2018 $ |
| Equity Holders of the parents | | 94,748,464 | 73,871,218 |
| Non-Controlling Interest | | (279,835) | (290,595) |

LIBERTY HOUSE GROUP PTE. LTD.   14

**629**

| 94,468,629 | 73,580,623 |
|---|---|

LIBERTY HOUSE GROUP PTE. LTD.   15

**630**

|  | NOTE | COMPANY 2019 $ | 2018 $ |
|---|---|---|---|
| Revenue | 22 | 67,405,579 | 61,500,367 |
| Cost of sales | 23 | (63,966,662) | (58,930,223) |
| **Gross profit** | | 3,438,917 | 2,570,144 |
| Other income | | 684,780 | - |
| Administrative expenses | 25 | (3,732,520) | (454,667) |
| Distribution costs | | - | - |
| Other expenses | | - | - |
| Operating profit/(loss) | | 391,177 | 2,115,477 |
| Finance costs | | (2,667,790) | (2,063,212) |
| **Net (loss)/profit before taxation** | 28 | (2,276,613) | 52,265 |
| Income tax | 20 | (7,155) | (5,753) |
| **Net (loss)/profit for the year** | | (2,283,768) | 46,512 |
| Other comprehensive income | | - | - |
| **Total comprehensive (expenses)/income for the year** | | (2,283,768) | 46,512 |

CRK-2/0016

**GROUP**

| | Issued Share Capital $ | Retained earnings $ | Non-contro lling interest $ | Revaluation reserve $ | Currency translation reserve $ | Total $ |
|---|---|---|---|---|---|---|
| At 01 April 2017 | 325,561,301 | 121,335,895 | 16,214,429 | 54,858,228 | (17,036,445) | 500,933,408 |
| Profit after tax for the year | - | 73,871,218 | - | - | - | 73,871,218 |
| Currency Translation reserve | - | - | (20,923) | 3,184,752 | 18,964,319 | 22,128,148 |
| Non- Controlling interest | - | - | (290,595) | - | - | (290,595) |
| Non-controlling interest arising on acquisition of subsidiaries | - | - | 31,363,989 | - | - | 31,363,989 |
| Revaluation reserve | - | - | - | (1,043,133) | - | (1,043,133) |
| Deferred tax valuation | - | - | - | 449,987 | - | 449,987 |
| Acquisition of shareholding | - | - | (16,252,001) | - | - | (16,252,001) |
| Transfer of excess depreciation | - | 4,492,763 | - | (4,492,763) | - | - |
| Dividend on preference shares | - | (514,063) | - | - | - | (514,063) |
| Actuarial loss and deferred tax on pension scheme | - | (190,794) | - | - | - | (190,794) |
| Reserve on acquisition of | - | 2,930 | - | - | - | 2,930 |

LIBERTY HOUSE GROUP PTE. LTD.   17

**631**

CRK-2/0017

**Non-Controlling Interest**

| | | | | | | |
|---|---|---|---|---|---|---|
| At 31 March 2018 | 325,561,301 | 198,997,949 | 31,014,899 | 52,957,071 | 1,927,874 | 610,459,094 |
| Profit after tax for the year | - | 94,748,464 | | - | - | 94,748,464 |
| Non- Controlling interest | - | - | (279,835) | - | - | (279,835) |
| Currency Translation reserve | - | 7,686 | (1,963,198) | (626,036) | (10,971,480) | (13,553,028) |
| Transfer of excess depreciation | - | (128,713) | - | 128,713 | - | - |
| Dividends on preference shares | - | (735,504) | - | - | - | (735,504) |
| Actuarial loss and deferred tax on pension scheme | - | (3,255,306) | - | - | - | (3,255,306) |
| At 31 March 2019 | 325,561,301 | 289,634,576 | 28,771,866 | 52,459,748 | (9,043,606) | 687,383,885 |

LIBERTY HOUSE GROUP PTE. LTD.   18

632

CRK-2/0018

**633**

## COMPANY

| | Issued share capital $ | Accumulated loss $ | Total $ |
|---|---|---|---|
| At 01 April 2017 | 325,561,301 | (411,124) | 325,150,177 |
| Total comprehensive income for the year | - | 46,512 | 46,512 |
| At 31 March 2018 | 325,561,301 | (364,612) | 325,196,689 |
| Total comprehensive expenses for the year | - | (2,283,768) | (2,283,768) |
| At 31 March 2019 | 325,561,301 | (2,648,380) | 322,912,921 |

LIBERTY HOUSE GROUP PTE. LTD.   19

CRK-2/0019

**634**

| | Group | |
|---|---|---|
| | 2019 | 2018 |
| | $ | $ |
| Profit before income tax | 95,564,529 | 78,268,876 |
| Depreciation & amortisation | 50,891,916 | 48,159,683 |
| Finance costs | 85,516,368 | 55,441,511 |
| Actuarial loss on pension scheme | (3,255,306) | (190,794) |
| Profit on disposal of subsidiaries | (6,850,220) | (2,513,268) |
| Adjustment of impairment in investment and PPE | (144,291) | 15,666,501 |
| Adjustment deferred tax against revaluation reserve | - | 449,987 |
| Currency translation adjustment | (10,811,710) | 19,119,047 |
| Profit on disposal of property, plant and equipment | 202,729 | 3,791,706 |
| Operating cash inflow before working capital changes | 211,114,015 | 218,193,249 |
| Working capital changes: | | |
| Inventories | 14,299,866 | (153,094,225) |
| Trade and other receivables | (88,043,589) | (284,612,072) |
| Trade and other payables | (15,050,386) | 271,870,330 |
| Bank borrowings | (190,690,345) | 172,554,723 |
| Other taxes | (6,446,277) | 51,623,923 |
| Derivative financials instruments | 19,551,514 | (15,948,699) |
| Other borrowings | 374,342 | 50,536,532 |
| Amount due from related parties | 143,870,019 | - |
| Cash generated from operations | 88,979,159 | 311,123,761 |
| Interest paid | (85,516,368) | (55,441,511) |
| Income tax | (3,284,652) | 747,955 |
| Net cash (used in) operating activities | 178,139 | 256,430,205 |
| Cash flow from investing activities | | |
| Addition on account of acquisition of companies | (22,661,744) | (328,834,531) |
| Additions to property, plant and equipment | (8,338,626) | (58,805,389) |
| Disposals of property, plant and equipment | 162,933 | 29,442,478 |
| Additions to intangible assets | 1,584,482 | (14,612,780) |
| Acquisition of shares in subsidiary | - | (7,650,000) |
| Net cash (outflow) from investing activities | (29,252,955) | (380,460,222) |
| Cash flow from financing activities | | |
| Amount due to director | 161,632 | (7,345,362) |
| Amount due from related parties | 30,934,010 | 27,743,653 |
| Bank and other borrowings | (842,126) | 16,917,507 |
| Share in pre-acquisition reserve/(losses) of non-controlling interest | - | 31,363,989 |
| Finance lease liabilities | (4,895,476) | 41,733,496 |
| Net cash inflow from financing activities | 25,358,040 | 110,413,283 |
| Net increase in cash and cash equivalents | (3,716,776) | (13,616,734) |
| Cash and cash equivalents at beginning of the year | 60,276,786 | 73,893,520 |
| Cash and cash equivalents at the end of the year | 56,560,010 | 60,276,786 |

| | COMPANY | |
|---|---|---|
| | 2019 | 2018 |
| | $ | $ |

LIBERTY HOUSE GROUP PTE. LTD.    20

CRK-2/0020

| | | |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| (Loss)/Profit before income tax | (2,276,613) | 52,265 |
| Operating cash (outflow/inflows) before working capital changes | (2,276,613) | 52,265 |
| Working capital changes: | | |
| Trade receivables | 7,320,080 | (28,690,696) |
| Other receivables | (6,194,395) | - |
| Other payables | 1,799,528 | 303,323 |
| **Cash generated from/(used in) operations** | 648,600 | (28,335,108) |
| | | |
| **Net generated from/(used in) operating activities** | 648,600 | (28,335,108) |
| | | |
| **Cash flow from Investing activities** | | |
| Purchase of Investment | - | (7,650,000) |
| Sale of investment | - | 126 |
| **Net cash outflows from financing activities** | - | (7,649,874) |
| | | |
| **Cash flow from financing activities** | | |
| Amount due to related parties | 6,439,668 | 6,995,398 |
| Bank borrowings | 7,169,500 | 28,989,273 |
| Other borrowings | (9,015,884) | - |
| **Net cash Inflows from financing activities** | 4,593,284 | 35,984,671 |
| | | |
| **Net increase/(decrease) in cash and cash equivalents** | 5,241,884 | (311) |
| Cash and cash equivalents at beginning of the year | 3,220 | 3,531 |
| **Cash and cash equivalents at the end of the year** | 5,245,104 | 3,220 |

CRK-2/0021

These notes form an integral part of and should be read in conjunction with the accompanying financial statements.

## 1.    GENERAL

The Company is domiciled and incorporated in Singapore. The Company's registered office address is 8 Marina View, #40-06, Asia Square Tower 1, Singapore 018 960.

The principal activity of the company is that of general wholesale trade and investment holding company.  The principal activities of its subsidiaries are set out in Note 7 to financial statements.

## 2.    SIGNIFICANT ACCOUNTING POLICIES

## 2.1    BASIS OF PREPARATION

The consolidated financial statements which are expressed in United States dollars are prepared in accordance with the historical cost convention and/or as modified to its fair value or as disclosed in the accounting policies below and in accordance with Singapore Financial Reporting Standards ("FRS") including related Interpretations promulgated by the Accounting Standards Council and the disclosure requirements of the Singapore Companies Act Chapter 50.

The preparation of financial statements in conformity with FRS requires management to exercise its judgement in the process of applying the company's accounting policies.  It also requires the use of accounting estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the financial year.  Although these estimates are based on management's best knowledge of current events and actions, actual results may ultimately differ from those estimates.  Critical accounting estimates and assumptions used that are significant to the financial statements, and areas involving a higher degree of judgement and complexity, are disclosed elsewhere in this financial statement.

In 2018, the company adopted the new or revised FRS and interpretations to FRS (INT FRS) that are applicable in the current financial year.  The adoption of these FRS/INT FRS did not result in substantial changes to the company's accounting policies. The directors anticipate that the adoption of FRS and INT FRSs that have issued but not yet effective until future periods will not have any material impact on the financial statements of the company.

## 2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

## a)    Adoption of new and revised FRS

The accounting policies adopted are consistent with those of the previous financial year except that in the current financial year, the Company has adopted

LIBERTY HOUSE GROUP PTE. LTD.    22

**CRK-2/0022**

ddc9e1332e61682c14c41370942d0c_cd001385dc8441da7e4a352762b73c05c4

all the new and amended standards which are relevant to the Company and are effective for financial periods beginning on or after 1 January 2018. Except for the adoption of FRS 109 Financial instruments and FRS 115 Revenue from Contracts with Customers, the adoption of these standards did not have any material effect on financial performance or position of the Company.

**(b)** **FRS 109** *Financial Instruments*

FRS 109 replaces FRS 39 Financial Instruments: Recognition and Measurement and introduced new requirements for (i) the classification and measurement of financial assets and financial liabilities (ii) general hedge accounting and (iii) impairment requirements for financial assets.

Classification and measurement

Under FRS 109, financial assets are classified into financial assets measured at fair value or at amortised cost depending on the Entity's business model for managing the financial assets and the contractual cash flow characteristics of the financial assets. Fair value gain or losses will be recognised in profit and loss except for certain equity investments, for which the company can elect to recognise the gains and losses in other comprehensive income. Gains and losses realised on the sale of financial assets at fair value through other comprehensive income ("FVOCI") are not transferred to profit or loss on sale but reclassified from the FVOCI reserve to retained profits.

Debts instrument that meet the solely payments of principal and interest contractual cash flow characteristics test and where the company is holding the debt instrument to both collect the contractual cash flows and to sell the financial assets can also be measured at fair value through OCI.

Under FRS 109, there were no changes to the classification and measurement requirements for financial liabilities except for recognition of fair changes arising from changes in own credit risk. For liabilities designed at fair value through profit or loss, such changes are recognised in OCI.

2. **SIGNIFICANT ACCOUNTING POLICIES** (continued)

The company has completed its preliminary assessment of the classification and measurement of its financial assets and liabilities, and expect that financial assets and liabilities currently measured at amortised cost will continue to qualify for measurement at amortised cost under FRS 109.

Impairment

FRS 109 introduce a new forward-looking impairment model based on expected credit losses to replace the incurred loss impairment model used in FRS 39. This determines the recognition of impairment loss allowance as well as interest

revenue. It applies to financial assets classified at amortised cost, debt instruments measured at fair value through OCI, contract assets under FRS 115 Revenue from contracts with customers, lease receivables, loan commitments and certain financial guarantee contracts. The company will recognise (at a minimum) 12 months of expected losses in profit or loss. Lifetime expected losses will be recognised on these assets when there is a significant increases in credit risk after initial recognition under the three stages model or from initial recognition if the simplified model is applied.

The following financial assets will be subjected to the expected credit loss impairment model under FRS 109:

–   Trade receivables recognised under FRS 115;
–   Loans to related parties and other receivables at amortised costs.

The new standard also introduces expanded disclosure requirements and changes in presentation.

The management does not expect any significant impact arising from the application of the expected credit loss impairment model.

FRS 109 relaxes the requirements for hedge effectiveness by replacing the bright line hedge effectiveness test. It requires an economic relationship between the hedged item and hedging instrument and for the "hedge ratio" to be same as the one management actually use for risk management purpose.

(c)     **FRS 115 *Revenue from contracts with customers***

FRS 115 replaces FRS 11 construction contracts, FRS 18 Revenue, and related interpretations.

2.     **SIGNIFICANT ACCOUNTING POLICIES** (continued)

FRS 115 introduces a comprehensive model that applies to revenue from contracts with customers and supersedes all existing revenue recognition requirements under FRS. Revenue is recognised when a customer obtain control of a good or service. A customer obtain control when it has the ability to direct the use of and obtain benefits from the good or service.

The model features a five-step analysis to determine whether, how much and when revenue is recognised, and two approaches for recognizing revenue: at a point of time or over time. An entity recognised revenue in accordance with the core principle by applying the following steps:

•   Step 1: Identify the contract(s) with a customer;
•   Step 2: Identify the performance obligations in the contract
•   Step 3: Determine the transaction price;
•   Step 4: Allocate the transaction price to the performance obligations in the contract;

LIBERTY HOUSE GROUP PTE. LTD.    24

**639**

- Step 5: Recognise revenue (when) the entity satisfies a performance obligation.

The core principles is that an entity recognises revenue when control over promised goods or services is transferred to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

FRS 115 also includes a cohesive set of disclosure requirements that will result in an entity providing users of financial statements with comprehensive information about the nature, amount, timing and uncertainty of revenue and cash flows arising from the entity's contracts with customers.

The company will adopt FRS 115 in the financial year beginning on 1 January 2018 using the full retrospective method in accordance with the transitional provisions, and will include the required additional disclosures in its financial statements for that financial year.

(d)     **Standards issued but not yet effective**

The Company has not adopted the following standards applicable to the Company that have been issued but not yet effective:

2.     **SIGNIFICANT ACCOUNTING POLICIES** (continued)

|  | Effective for Annual periods beginning on or after |
|---|---|
| FRS 116 Leases | 1 January 2019 |
| INT FRS 123 Uncertainty over Income Tax treatments | 1 January 2019 |
| Amendments to FRS 109 Prepayment Features with Negative Compensation | 1 January 2019 |
| Annual Improvements to FRSs (March 2019) | 1 January 2019 |
| Amendments to FRS 110 and FRS 28: Sale or Contribution of Assets between an Investor and its Associate Or Joint Venture | Date to be determined |

Except for FRS 116, the directors expect that the adoption of the other standards above will have no material impact on the financial statements in the year of initial application. The nature of the impending changes in accounting policy on adoption of FRS 116 are described below.

(e)     <u>**FRS 116 Leases**</u>

CRK-2/0025

FRS 116 requires lessees to recognise most leases on the statement of financial position. The standard included two recognition exemption for lessees-leases of 'low value' assets and short-term leases. FRS 116 is effective for annual periods beginning on or after 1 January 2019. At commencement date of a lease, a lessee will recognise a liability to make lease payments (i.e. the lease liability) and an asset representing the right to use the underlying asset during the lease term (i.e the right-of-use asset). Lessees will be required to separately recognise the interest expense on the lease liability and the depreciation expense on the right-of-use asset.

The company plans to adopt FRS 116 retrospectively with the cumulative effect of initially applying the standard as an adjustment to the opening retained earnings at the date of initial application, 1 January 2019.

On the adoption of FRS 116, the Company expects to choose, on a lease-by-lease basis, to measure the right-of –use asset at either:

(i)      its carrying amount as FRS 116 had been applied since the commencement date, but discounted using the lessee's incremental borrowing rate as of 1 January 2019; or

(ii)     an amount equal to the lease liability, adjusted by the amount of any prepaid or accrued lease payments, relating to that lease recognised in the statement of financial position immediately before 1 January 2019.

2.       SIGNIFICANT ACCOUNTING POLICIES (continued)

In addition, the Company plans to elect the following practical expedients:
- not to reassess whether a contract is, or contains a lease at the date of initial application and to apply FRS 116 to all contracts that were previously identified as leases;
- to apply the exemption not to recognise right-of-use asset and lease liabilities to leases for which the lease term ends within 12 months as of 1 January 2019; and
- to apply a single discount rate to a portfolio of leases with reasonable similar characteristics.

f)       INT FRS 122 Foreign currency Transactions and Advance considerations

INT FRS 122 Foreign Currency Transactions and Advance Considerations considers how to determine the date of the transactions when applying the standard on foreign currency transactions, FRS 21 the Effect of Changes in Foreign Exchange Rates. The interpretation applies where the group either pays or receive consideration in advance for foreign currency-denomination contracts.

For single upfront payment/receipt, the interpretation states that the date of the transaction, for the purpose of determining the exchange rate to use on initial recognition of the related item, should be the date on which an entity initially recognises the non-monetary asset or liability arising from the advance consideration. If there are multiple payments or receipts in advance of recognising the related item, the entity should determine the date of the transaction for each payment or receipt.

CRK-2/0026

**641**

34c741↑4fa6<<82v14v4b76>9zc3a_c40G:3E5dc2844da7esaR52762b7Ga054·a

The group does not expect a material impact on the financial statements upon adoption of the interpretation.

## 2.2   INVESTMENTS

Investments in subsidiaries, joint ventures and associated companies are stated at cost less accumulated impairment loss in the financial statement. On disposal of investments in subsidiaries, joint ventures and associated companies, the difference between net disposals proceeds and the carrying amount of the investment is taken to the income statement.

### Subsidiaries

Subsidiaries are those entities in which the company, directly or indirectly, controls the composition of the board of directors, controls more than half of the voting power or holds more than half of the issued share capital.

## 2.   SIGNIFICANT ACCOUNTING POLICIES (continued)

Subsidiaries are entities including special purpose entities over which the Group has power to govern the financial and operating policies, generally accompanying a shareholding of more than one half of the voting rights. The existence and effect of potential voting rights that are currently exercisable or convertible are considered when assessing whether the Group controls another entity. The purchase method of accounting is used to account for the acquisition of subsidiaries. The cost of an acquisition is measured as the fair value of the assets given, equity instruments issued or liabilities incurred or assumed at the date of exchange, plus costs directly attributable to the acquisition. Identifiable assets acquired and liabilities and contingent liabilities assumed in a business combination are measured initially at their fair values on the date of acquisition, irrespective of the extent of any minority interest.

Subsidiaries are consolidated from the date on which control is transferred to the Group to the date on which   that control ceases. In preparing the consolidated financial statements, intergroup transactions, balances and unrealised gains on transactions between group companies are eliminated. Unrealised losses are also eliminated unless the transaction provides evidence of an impairment of the asset transferred. Where necessary, adjustments are made to the financial statements of subsidiaries to ensure consistency of accounting policies with those of the Group.

Non-Controlling interest is that part of the net results of operations and of net assets of a subsidiary attributable to interests which are not owned directly or indirectly by the Group. It is measured at the minorities' share of the fair value of the subsidiaries' identifiable assets and liabilities at the date of acquisition by the Group and the minorities' share of changes in equity since the date of acquisition, except when the losses applicable to the minority in a subsidiary exceed the minority interest in the equity of that subsidiary.

In such case, the excess and further losses applicable to the minority are attributed to the equity holders of the company, unless the minority has a binding obligation

LIBERTY HOUSE GROUP PTE. LTD.   27

to, and is able to, make good the losses. When that subsidiary subsequently reports profits, the profits applicable to the minority are attributed to the equity holders of the company until the minority's share of losses previously absorbed by the equity holders of the company has been recovered.

**Acquisition**

The acquisition method of accounting is used to account for business combinations entered into by the group.

2.  **SIGNIFICANT ACCOUNTING POLICIES** (continued)

The consideration transferred for the acquisition of a subsidiary comprises the fair value of the assets transferred, liabilities incurred and the equity interests issued by the group. The consideration transferred also includes any contingent consideration arrangement and any pre-existing equity interest in the subsidiary.

The acquisition related costs are expensed as incurred.

Identifiable assets acquired and liabilities and contingent liabilities assumed in a business combination are, with limited exceptions, measured initially at their fair values at the acquisition date.

On an acquisition –by-acquisition basis, the group recognises any non-controlling interest in the acquiree at the date of acquisition either at fair value or at the non-controlling interest's proportionate share of the acquiree's net identifiable assets.

The excess of the consideration transferred, the amount of any non-controlling interest in the acquiree and the acquisition-date fair value of any previous equity interest in the acquiree over the fair value of the net identifiable assets acquired is recorded as goodwill. The excess of fair value of the net assets acquired over the consideration transferred is recorded as negative goodwill in profit or loss statement on the date of acquisition.

Disposals

When a change in the group's ownership interest in a subsidiary result in a loss of control over the subsidiary, the assets and liabilities of the subsidiary, including any goodwill, are derecognised. Amount previously recognised in other comprehensive income in respect of that equity are also reclassified to profit or loss or transferred directly to retained earnings if required by a specific Standard.

Any retained equity interest in the equity is remeasured at fair value. The difference between the carrying amount of the retained interest at the date when control is lost and its fair value is recognised in profit or loss.

Goodwill

LIBERTY HOUSE GROUP PTE. LTD.    28

**643**

Goodwill is measured at cost less accumulated impairment losses. Negative goodwill is recognised immediately in profit or loss statement.  On disposal of a subsidiary or a jointly controlled entity, the attributable amount of goodwill is included in the determination of the profit or loss on disposal.

2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

Transactions with non-controlling interests
Changes in the group's ownership interest in a subsidiary that do not result in a loss of control over the subsidiary are accounted for as transactions with equity owners of the company.  Any difference between the change in the carrying amounts of the non-controlling interest and the fair value of the consideration paid or received is recognised in a separate reserve within equity attributable to the equity holders of the company.

**Associated companies**

Associated companies are entities over which the group has significant influence, but not control, generally accompanying a shareholding of between and including 20% and 50% of the voting rights. Investments in associated companies are accounted for in the consolidated financial statements using the equity method of accounting.

Investments in associated companies in the company's consolidated financial statement include goodwill (net of accumulated amortisation) identified on acquisition, where applicable. Equity accounting involves recording investments in associated companies initially at cost, and recognising the group's share of its associated companies' post-acquisition results and its share of post-acquisition movements in reserves against the carrying amount of the investments. When the group share of losses in an associated company equals or exceeds its interests in the associated company, including any other unsecured receivables, the group does not recognise further losses, unless it has incurred obligations or made payments on behalf of the associated company.

In applying the equity method of accounting, unrealised gains on transactions between the group and its associated companies are eliminated to the extent of the group's interest in the associated companies. Unrealised losses are also eliminated unless the transaction provides evidence of an impairment of the asset transferred. Where necessary, adjustments are made to the financial statements of associated companies to ensure consistency of accounting policies with those of the group. Unquoted investments held on a long-term basis are stated at cost.

Allowance is made for any diminution in value, which is considered to be permanent in nature. Unquoted investments held on a short-term basis are stated at the lower of cost and market value on an aggregate portfolio basis by category of investments. Dividend income is recorded gross on the date it is declared payable by the investee company.

LIBERTY HOUSE GROUP PTE. LTD.    29

CRK-2/0029

**644**

2.   SIGNIFICANT ACCOUNTING POLICIES (continued)

2.3   INTANGIBLE FIXED ASSETS – GOODWILL

Goodwill

Goodwill represents the excess of cost of an acquisition over the fair value of the group's share of net identifiable assets of the acquired subsidiary at the date of acquisition. Goodwill is tested annually for impairment and is carried at cost less impairment losses. Impairment losses on goodwill are not reversed. Gains and losses on the disposal of an entity include the carrying amount of goodwill relating to the entity sold.

This is largely attributable to plant and equipment and the goodwill is accordingly debited to income over the following basis:

| | |
|---|---|
| Goodwill | 10 years |
| Goodwill relating to fixed assets: | 5-20 years |
| Customer list | 4 years and 6 months |
| Patents | 10 years |

Amortization of goodwill as per above table is being reversed in consolidation as per Singapore FRS.
Being the year over which the corresponding fixed assets are being depreciated.

For the purpose of impairment testing, in the above subsidiary the goodwill is allocated to the cash –generating units expected to benefit from the acquisition. Cash –generating units to which goodwill has been allocated are tested for impairment at least annually, or more frequently when there is an indication that the unit may be impaired. If the recoverable amount of the cash-generating unit is less than the carrying amount of the unit, the impairment loss is allocated first to reduce the carrying amount of any goodwill allocated to the unit and then to the other assets of the unit pro-rata on the basis of the carrying amount of each asset in the unit.

2.4   INTANGIBLE FIXED ASSETS – OTHER THAN GOODWILL

Intangible assets acquired separately from a business are recognised at cost and are subsequently measured at cost less accumulated amortisation and accumulated impairment losses. Intangible assets acquired on business combinations are recognised separately from goodwill at the acquisition date where it is probable that the expected future economic benefits that are attributable to the asset will flow to the entity and the fair value of the asset can be measured reliably. The intangible asset arises from contractual or other legal rights and the intangible asset is separable from the entity.

Amortisation is recognised so as to write off the cost or valuation of assets less their residual values over their useful lives on the following bases:

LIBERTY HOUSE GROUP PTE. LTD.    30

**645**

8dcb1141fe54c82c14c1c705a23c1cd60703f5dc8544da7eca852762b70a851c

2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

Intangible fixed assets are considered to have finite useful lives and are amortised on a systematic basis over their expected lives as follows:

| | |
|---|---|
| Software | 2-3 years |
| Long term customer relationships | 5 years |
| Barton Brand | 10 years |
| Customer list | 4 years and 6 months |
| Administrative expenses | 3 years |
| Patents & Licences | 5 years |

**2.5    PROPERTY, PLANT AND EQUIPMENT**

(a)    Measurement

All items of property, plant and equipment including freehold land and artwork/statue are initially recognised at cost. Subsequent to recognition, property, plant and equipment are measured at cost less accumulated depreciation and impairment losses (if any). The cost of property, plant and equipment includes its purchase price and any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management. Dismantlement, removal or restoration costs are included as part of the cost of property, plant and equipment if the obligation for dismantlement, removal or restoration is incurred as a consequence of acquiring or using the property, plant and equipment.

(b)    Depreciation

Depreciation is calculated using the straight-line method to allocate depreciable amounts over their estimated useful lives. The estimated useful lives are as follows:

| | |
|---|---|
| Land is not depreciated. | |
| Buildings | ·10 years |
| Leasehold land and buildings | 25 years |
| Fixtures, fittings and equipment | 3-15 years |
| Plant and equipment | 3-34 years |
| Motor vehicles and mobile plant | 0-7 years |
| Leasehold improvements | 3-15 years |
| Freehold land and buildings | 20-50 years |
| Fixtures & fittings for construction | 10 to 25 years |
| Equipment & tools | 3 to 10 years |
| Computer equipment | 3-10 years |
| Assets under construction | Not depreciated until completion and asset brought into use |

2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

Freehold land and artwork/statue are not depreciated while other assets been depreciated.

LIBERTY HOUSE GROUP PTE. LTD.    31

J...?x1!!4?a5C4B2=14=<17^0^4<3=..x^H .j8^d<>B4<ta7esxF^3^a2!37?=C5^x.

Building under construction is stated at cost and is not depreciated.   On completion of the relevant asset, the cost will be capitalised and depreciated from the date of asset is ready for use.

Assets held under finance lease are depreciated over their expected useful lives on the same basis as owned assets or, if there is no certainty that the lessee will obtain ownership by the end of the lease term, the asset shall be depreciated over the shorter of the lease term and its useful life.

The residual values, useful lives and depreciation method are reviewed at the end of each reporting period, and adjusted prospectively, if appropriate. A full year's depreciation is provided for assets acquired in the year and no depreciation is provided for the year in which the asset is disposed off.

Fully depreciated plant and equipment are retained in the financial statements at nominal value until such time when they are no longer in use and no further charge for depreciation is made in respect of these assets.

One of the subsidiary has taken certain transitional exemptions under FRS 102 to use the historic valuation of certain land and buildings as deemed cost. The revaluation reserve will be released over the remaining life of the associated property assets.

One of the subsidiary assets of a period of use longer than 1 year, but of the value not exceeding PLN 3500.00 (USD900 equivalent) are written off when they are issued for use directly in the costs of materials consumption.

(c)    Subsequent expenditure

Subsequent expenditure relating to plant and equipment that has already been recognised is added to the carrying amount of the asset when it is probable that future economic benefits, in excess of the standard of performance of the assets before the expenditure was made, will flow to the company and the cost can be reliably measured.  Other subsequent expenditure is recognised as an expense during the financial year in which it is incurred.

2.     SIGNIFICANT ACCOUNTING POLICIES (continued)

(d)    Disposal

An item of plant and equipment is derecognised upon disposal or when no future economic benefits are expected from its use or disposal. On disposal of an item of plant and equipment, the difference between the net disposal proceeds and its carrying amount is taken to the income statement.

(e)    Impairment of assets

Plant and equipment are reviewed for impairment whenever there is any indication that these assets may be impaired. If any such indication exists, the recoverable amount (i.e.) the higher of the fair value less cost to sell and value in use of the asset is estimated to determine the amount of impairment loss. For the purpose of impairment testing, recoverable amount is determined on an individual asset basis unless the asset does not generate cash flows that are largely independent of those from other assets. If this is the case, recoverable amount is determined for the cash generating unit (CGU) to which the asset belongs.

If the recoverable amount of the asset (or CGU) is estimated to be less than its carrying amount, the carrying amount of the asset (or CGU) is reduced to its recoverable amount. The impairment loss is recognised in the income statement. A       n impairment loss for an asset is reversed if, and only if, there has been a change    in     the estimates used to determine the asset recoverable amount since the last    i m p a i r m e n t loss was recognised. The carrying amount of an asset is increased to its    r e v i s e d recoverable amount, provided that this amount does not exceed the       c a r r y i n g amount that would have been determined (net of depreciation) had no    i m p a i r m e n t loss been recognised for the asset in prior years. A reversal of       impairment loss for an asset is recognised in the income statement.

## 2.6    IMPAIRMENT OF FINANCIAL ASSETS

These accounting policies are applied on or after the initial application date of FRS 109, 1 January 2019.

The Company recognises an allowance for expected credit losses (ECLs) for all debt instruments not held at FVPL. ECLs are based on the difference between the contractual cash flows due in accordance with the contract and all the cash flows that the Company expects to receive, discounted at an approximation of the original effective interest rate. The expected cash flows will include cash flows from the sale of collateral held or other credit enhancements that are integral to the contractual terms.

## 2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

ECLs are recognised in two stages. For credit exposures for which there has not been a significant increase in credit risk since initial recognition, ECLs are provided for credit losses that result from default events that are possible within the next 12-months (a 12-month ECL). For those credit exposures for which there has been a significant increase in credit risk since initial recognition, a loss allowance is recognised for credit losses expected over the remaining life of the exposure, irrespective of timing of the default (a lifetime ECL).

For trade receivables, the Company applies a simplified approach in calculating ECLs. Therefore, the Company does not track changes in credit risk, but instead recognizes a loss allowance based on lifetime ECLs at each reporting date. The Company has established a provision matrix that is based on its historical credit loss experience, adjusted for forward-looking factors specific to the debtors and the economic environment which could affect debtors' ability to pay.

CRK-2/0033

The Company considers a financial asset in default when contractual payments are 180 days past due. However, in certain cases, the Company may also consider a financial asset to be in default when internal or external information indicates that the Company is unlikely to receive the outstanding contractual amounts in full before taking into account any credit enhancements held by the Company. A financial asset is written off when there is no reasonable expectation of recovering the contractual cash flows.

These accounting policies are applied before the initial application date of FRS 109, 1 January 2019.

The Company assesses at each reporting date whether there is any objective evidence that a financial asset is impaired.

Financial assets carried at amortised cost

For financial assets carried at amortised cost, the Company first assesses whether objective evidence of impairment exists individually for financial assets that are individually significant, or collectively for financial assets that are not individually significant. If the Company determines that no objective evidence of impairment exists for an individually assessed financial asset, whether significant or not, it includes the asset in a company of financial assets with similar credit risk characteristics and collectively assesses them for impairment. Assets that are individually assessed for impairment and for which an impairment loss is, or continues to be recognised are not included in a collective assessment of impairment.

2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

If there is objective evidence that an impairment loss on financial assets carried at amortised cost has been incurred, the amount of the loss is measured as the difference between the assets's carrying amount and the present value of estimated future cash flows discounted at the financial asset's original effective interest rate. If a loan has a variable interest rate, the discount rate for measuring any impairment loss is the current effective interest rate. The carrying amount of the asset is reduced through the use of an allowance account. The impairment loss is recognised in profit or loss.

When the asset becomes uncollectible, the carrying amount of impaired financial asset is reduced directly or if an amount was charged to the allowance account, the amounts charged to the allowance account are written off against the carrying amount of the financial asset.

To determine whether there is objective evidence that an impairment loss on financial assets has been incurred, the Company considers factors such as the probability of insolvency or significant financial difficulties of the debtor and default or significant delay in payments.

LIBERTY HOUSE GROUP PTE. LTD.    34

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognised, the previously recognised impairment loss is reversed to the extent that the carrying amount of the asset does not exceed its amortised cost at the reversal date. The amount of reversal is recognised in profit or loss.

## 2.1    INVENTORIES

Inventories are recorded initially at cost and in some cases at revalued amount as its cost itself (at time of acquisition). They are valued at the lower of cost and net realisable value.  Cost is arrived at using the specific identification procedures comprised invoice value plus applicable landing charges.  Net realisable value is based on estimated selling price less any estimated cost of completion and disposal.

Costs incudes all direct costs incurred in bringing the inventories to their present location and condition.

At each reporting date, an assessment is made for impairment. Any excess of the carrying amount of inventories over its estimated selling price less costs to complete and sell is recognised as an impairment loss in profit or loss. Reversals of impairment losses are also recognised in profit or loss.

## 2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

One of the subsidiary-balances and expenditures included in the quantity and value register of stocks are valued as follows: materials and goods at purchase prices, finished products at production costs, and the adopted method of valuation of expenditures –according to the FIFO method.

Goods-in-transits presents the inventory over which the group has legal title based on the terms of purchase, but which are physically not received at the group's warehouse.

## 2.2    CASH AND CASH EQUIVALENTS

Cash and cash equivalents comprise cash balances and bank deposits and highly liquid investments, which are readily convertible to cash and which are subject to an insignificant risk of change in value.  For the purpose of the statement of cash flows, cash and cash equivalents are presented net of bank overdraft, if any, which are repayable on demand and which form an integral part of the company's cash management. Restricted deposits are excluded from cash and cash equivalents.

One of the subsidiary cash is represented by cash in hand and deposits with financial institutions repayable without penalty on notice of not more than 24 hours. Cash equivalents are highly liquid investments that mature in no more than three months from the date of acquisition.

## 2.3    FINANCIAL INSTRUMENTS

CRK-2/0035

650

These accounting policies are applied on or after the initial application date of FRS 109, 1 January 2019.

a) **Financial Assets**

**Initial recognition and measurement**

Financial assets are recognised when, and only when the entity becomes party to the contractual provisions of the instruments.

At initial recognition, the Company measures a financial asset at its fair value plus, in the case of a financial asset not at FVPL, transaction costs that are directly attributable to the acquisition of the financial asset. Transaction costs of financial assets carried at FVPL are expensed in profit or loss. Trade receivables are measured at the amount of consideration to which the Company expects to be entitled in exchange for transferring promised goods or services to a customer, excluding amounts collected on behalf of third party, if the trade receivables do not contain a significant financing component at initial recognition.

2. **SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Subsequent measurement**

Investments in debt instruments
Subsequent measurement of debt instruments depends on the Company's business model for managing the asset and the contractual cash flow characteristics of the asset. The three measurement categories for classification of debt instruments are amortised cost, FVOCI and FVPL. The Company only has debt instruments at amortised cost.

Financial assets that are held for the collection of contractual cash flows where those cash flows represent solely payments of principal and interest are measured at amortised cost. Financial assets are measured at amortised cost using the effective interest method, less impairment. Gains and losses are recognised in profit or loss when the assets are derecognised or impaired, and through the amortisation process.

Investments in equity instruments

On initial recognition of an investment in equity instrument that is not held for trading, the Company may irrevocably elect to present subsequent changes in fair value in other comprehensive income which will not be reclassified subsequently to profit or loss. Dividends from such investments are to be recognised in profit or loss when the Company's right to receive payments is established. For investments in equity instruments which the Company has not elected to present subsequent changes in fair value in other comprehensive income, changes in fair value are recognised in profit or loss.

**Derecognition**

CRK-2/0036

**651**

A financial asset is derecognised where the contractual right to receive cash flows from the asset has expired. On derecognition of a financial asset in its entirety, the difference between the carrying amount and the sum of the consideration received and any cumulative gain or loss that had been recognised in other comprehensive income for debt instruments is recognised in profit or loss.

b)    **Financial liabilities**

Initial recognition and measurement

Financial liabilities are recognised when, and only when, the Company becomes a party to the contractual provisions of the financial instrument. The Company determines the classification of its financial liabilities at initial recognition. All financial liabilities are recognised initially at fair value plus in the case of financial liabilities not at FVPL, directly attributable transaction costs.

2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

**Subsequent measurement**

After initial recognition, financial liabilities that are not carried at FVPL are subsequently measured at amortised cost using the effective interest method. Gains and losses are recognised in profit or loss when the liabilities are derecognised, and through the amortisation process.

**Derecognition**

A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires. On derecognition, the difference between the carrying amounts and the consideration paid is recognised in profit or loss.

These accounting policies are applied before the initial application date of FRS 109,
1 January 2019:

(a)    **Financial assets**

**Initial recognition and measurement**

Financial assets are recognised when, and only when, the Company becomes a party to the contractual provisions of the financial instrument. The Company determines the classification of its financial assets at initial recognition. When financial assets are recognised initially, they are measured at fair value, plus, in the case of financial assets not at FVPL, directly attributable transaction costs.

**Loans and receivables**

Non-derivative financial assets with fixed or determinable payments that are not quoted in an active market are classified as loans and receivables. Subsequent to initial recognition, loans and receivables are measured at amortised cost using the effective interest method, less impairment. Gains and losses are recognised in profit or loss when the loans and receivables are derecognised or impaired, and

LIBERTY HOUSE GROUP PTE. LTD.    37

**652**

through the amortisation process. Loans and receivables comprise loan to the holding company, trade and other receivables, and cash and cash equivalents.

Cash and cash equivalents comprise cash at banks and on hand.

2. **SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Available-for-sale financial assets**

Available-for-sale financial assets are those non-derivative financial assets which are not classified as held-to-maturity investments, loans and receivables or financial assets at FVPL. After initial recognition, available-for-sale financial assets are subsequently measured at fair value. Any gains or losses from changes in fair value of the financial assets are recognised in other comprehensive income, except that impairment losses, foreign exchange gains and losses on monetary instruments and interest calculated using the effective interest method are recognised in profit or loss. The cumulative gain or loss previously recognised in other comprehensive income is reclassified from equity to profit or loss as a reclassification adjustment when the financial asset is derecognised. Investments in equity instruments whose fair value cannot be reliably measured are measured at cost less impairment loss.

**Derecognition**

A financial asset is derecognised where the contractual right to receive cash flows from the asset has expired. On derecognition of a financial asset in its entirety, the difference between the carrying amount and the sum of the consideration received and any cumulative gain or loss that had been recognised in other comprehensive income for debt instruments is recognised in profit or loss.

**(b) Financial liabilities**

**Initial recognition and measurement**

Financial liabilities are recognised when, and only when, the Company becomes a party to the contractual provisions of the financial instrument. The Company determines the classification of its financial liabilities at initial recognition. All financial liabilities are recognised initially at fair value plus in the case of financial liabilities not at FVPL, directly attributable transaction costs.

**Subsequent measurement**

After initial recognition, financial liabilities that are not carried at FVPL are subsequently measured at amortised cost using the effective interest method. Gains and losses are recognised in profit or loss when the liabilities are derecognised, and through the amortisation process.

LIBERTY HOUSE GROUP PTE. LTD.   38

CRK-2/0038

**653**

ddc3a13afa6dd8bc14dc57c9da23dc2cd0c3325dc58d44da7e4a852782b70a03d0

### Derecognition

A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires. On derecognition, the difference between the carrying amounts and the consideration paid is recognised in profit or loss.

2.   SIGNIFICANT ACCOUNTING POLICIES (continued)

### 2.4   TRADE CREDITORS AND OTHER PAYABLES

Trade creditors and other payables are carried at cost, which is the fair value of the consideration to be paid in the future for goods and services received, whether or not billed to the company and subsequently measured at amortised cost, using the effective interest method.

### 2.5   PROVISIONS

Provisions are recognised when the Company has a legal or constructive obligation as a result of past events, that it is probable that an outflow of resources will be required to settle the obligation, and a reliable estimate of the amount of the obligation can be made. Where the effect of the time value of money is material, the amount recognised is the present value of the expenditures expected to be required to settle the obligation using a pre-tax rate that reflects current market assessments of the time value of money and the risks specific to the obligation. The increase in the provision due to passage of time is recognised as interest expense.

Provisions are recognised when the company has a legal or constructive present obligation as a result of a past event and it is probable that the company will be required to settle that obligation, and a reliable estimate can be made of the amount of the obligation. The amount recognised as a provision is the best estimate of the consideration required to settle the present obligation at the reporting end date, taking into account the risks and uncertainties surrounding the obligation. Where a provision is measured using the cash flows estimated to settle the present obligation, its carrying amount is the present value of those cash flows.

When some or all of the economic benefits required to settle a provision are expected to be recovered from a third party, a receivable is recognised as an asset if it is virtually certain that reimbursement will be received and the amount of the receivable can be measured reliably.

### 2.6   FINANCIAL LIABILITIES

Financial liabilities consist of trade and other payables, bank and other borrowings, amount owing to a director, amounts owing to related parties and subsidiaries and finance lease liabilities. Financial liabilities are initially measured at fair value, and subsequently measured at amortised costs, using the effective interest method. The group derecognise financial liability, and only when, the group's obligation is discharged, cancelled and expired. Financial liabilities at fair value through profit or loss when recognized initially are measured at fair value. Financial liabilities not at fair value through profit or loss are measured at fair

CRK-2/0039

value plus transaction costs that are directly attributable to the acquisition or issue of the financial liability.

2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

After initial recognition financial liabilities at fair value through profit or loss, including derivatives that are financial liabilities, are measured at fair value.

Other financial liabilities not at fair value through profit or loss are measured at amortized cost and any difference between the proceeds (net of transaction costs) and the redemption value is recognized in the profit and loss statement over the period of the borrowings and are classified as current liabilities unless there is an unconditional right to defer settlement of the liability for at least 12 months after the reporting date. Items classified within trade and other payables are not usually re-measured, as the obligation is usually known with a high degree of certainly and settlement is short-term.

Compound instruments

The component parts of compound instruments issued by the company are classified separately as financial liabilities and equity in accordance with the substance of the contractual arrangement. At the date of issue, the fair value of the liability component is estimated using the prevailing market interest rate for a similar non-convertible instrument.

This amount is recorded as a liability on an amortised cost basis using the effective interest method until extinguished upon conversion or at the instrument's maturity date. The equity component is determined by deducting the amount of the liability component from the fair value of the compound instrument as a whole. This is recognised and included in equity net of income tax effects and is not subsequently remeasured.

Equity instruments

Equity instruments issued by the company are recorded at the proceeds received, net of direct issue costs. Dividends payable on equity instruments are recognised as liabilities once they are no longer at the discretion of the company.

Offsetting of financial assets and liabilities

Financial assets and liabilities are offset and the net amount is reported in the consolidated statement of financial position, if the Group has a legally enforceable right to set off the recognised amounts, and the Group either intends to settle on a net basis or realize the asset and settle the liability simultaneously.

2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

2.7    TAXATION

LIBERTY HOUSE GROUP PTE. LTD.    40

d0c?41145a6{a62:14e417669a2d5c1ed04d385dc5845da7e4a852762b76a6544

Income tax expenses represent the sum of the tax currently payable and deferred tax. The income taxes are accounted using the asset and liability method that requires the recognition of taxes payable or refundable for the current year and deferred tax liabilities and assets for the future tax consequences of events that have been recognized in the financial statements or tax returns. The measurement of current and deferred tax liabilities and assets are based on provisions of the enacted or substantially enacted tax laws; the effect of future changes in the tax laws or rates are not anticipated. Income tax expense represents the sum of the tax currently payable and deferred tax.

Current tax
Current tax assets and liabilities for the current and prior periods are measured at the amount expected to be recovered from or paid to the taxation authorities. The tax rates and tax laws to compute the amount are those that are enacted or substantively enacted by the reporting date.

Deferred Tax
Deferred income tax is provided in full, using the liability method, on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the financial statements. Temporary differences are not recognized for goodwill not deductible for tax purposes and the initial recognition of assets or liabilities that affect neither accounting nor taxable profit.

Deferred tax liabilities are recognized for all taxable temporary differences, except where the deferred tax liability arises from the initial recognition of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss. The amount of deferred tax provided is based on the expected manner of realization or settlement of the carrying amount of assets and liabilities, using tax rates enacted or substantively enacted at the reporting date. Deferred income tax assets are recognised for all deductible temporary differences, carried forward of unused tax credits and unused tax losses, to the extent that it is probable that taxable profit will be available against which the deductible temporary differences, and the carried forward of unused tax credits and used tax losses can be utilized except where the deferred income tax asset relating to the deductible temporary difference arises from the initial recognition of an asset or liability in a transaction that is not a business combination and, at the time of the transactions, affects neither the accounting profit nor taxable profit or loss.

2.      SIGNIFICANT ACCOUNTING POLICIES (continued)

The carrying amount of deferred income tax assets is reviewed at each reporting date and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the deferred income tax asset to be utilised. Unrecognised deferred income tax assets are reassessed at each reporting date and are recognised to the extent that it has become probable that future taxable profit will allow deferred tax asset to be recovered. Deferred

**656**

taxation benefits are recognised in the accounts only to the extent of any deferred tax liability or when benefits are expected to be realisable in the near future.

Deferred income tax assets and liabilities are measured at the tax rates that are expected to apply to the year when the asset is realised or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted at the reporting date. Income tax relating to items recognised directly in equity is recognised in equity. Income tax assets and deferred tax liabilities are offset, if a legally enforceable right exists to set off current tax assets against current liabilities and the deferred tax relate to the same taxable entity and the same taxation authority.

## 2.1    DERIVATIVE FINANCIAL INSTRUMENTS AND HEDING ACTIVITIES

A derivative is a financial instrument that changes its values in response to changes in the underlying variable, requires no or little net initial investment and is settled at a future date. The group uses derivative to manage exposures to commodity prices. A derivative financial instrument is initially recognised at its fair value on the date the contract is entered into and is subsequently carried at its fair value. The method of recognising the resulting gain or loss depends on whether the derivative is designated as a hedging instrument, and if so, the nature of the item being hedged. Fair value changes on derivatives that are not designed or do not qualify for hedge accounting are recognised in profit and loss when the changes arise. Derivatives are carried as assets when their value is positive and as liabilities when their fair value is negative.

The carrying amount of a derivative financial instruments presented as a non-current asset or liability if the remaining expected life of the hedged item is more than 12 months, and as a current asset or liability if the remaining expected life of the hedged item is less than 12 months. The fair value of a trading derivative is presented as a current asset or liability. Financial assets and liabilities are offset and the net amount reported in the statements of financial position when there is a legally enforceable right to offset and there is an intention to settle on a net basis or realise the assets and settle the liabilities simultaneously.

## 2.    SIGNIFICANT ACCOUNTING POLICIES (continued)

## 2.2    SHARE CAPITAL

### Ordinary equity shares

Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of new shares or options are shown in equity as a deduction from the proceeds. Where the company reacquires its own equity instruments as treasury shares, the consideration paid, including any directly attributable incremental cost is deducted from equity attributable to the company's equity holders until the shares are cancelled, reissued or disposed of. Where such shares are subsequently sold or reissued, any consideration received, net of any directly

LIBERTY HOUSE GROUP PTE. LTD.    42

attributable incremental transaction costs and related income tax effects, is included in equity attributable to the company's equity holders and no gain or loss is recognised in the profit and loss statement.

<u>Preference shares</u>

Each preference shares has full rights to receive notice of and attend general meetings but shall only be entitled to vote or speak upon resolutions which are proposed which either vary or abrogate the rights and restrictions attaching to the preference shares. One share carries one vote. On return of capital or distribution of assets, whether or not upon winding up, holders of preference shares will rank in priority to the holders of any other class of shares. The preference shares are redeemable at the option of the company and a cumulative dividend of 2 % per annum accrues on the preference shares. Holders of the preference shares are entitled to receive cumulative preference dividend out of the distributable profit, if any, in priority to the payment of any dividend to the holders of any other class of shares.

**2.3   REVENUE RECOGNITION**

Revenue is measured at the fair value of consideration received or receivables and represents amount receivable for the services provided in the normal course of the group's activities, net of discounts, sales related taxes and after eliminated sales within the group.

The group recognises revenue when the amount of revenue and related cost can be reliable measured, when it is probable that collectability of the related receivables is reasonably assured and when the specific criteria for each of the group's activities are met as follows: -

**2.   SIGNIFICANT ACCOUNTING POLICIES** (continued)

(i)   Revenue from sale of goods is recognised upon passage of title to the customer, which generally coincides with their delivery and acceptance.
(ii)   Interest income is recognised on effective interest method and/or on accrued and payable basis.
(iii)   Income from management services, business development and consultancy services are recognised upon the rendering of services.
(iv)   Rental income from operating lease (net of any incentives given to the lessees) is recognised on a straight line basis over the lease terms.
(v)   Sale/Contract income from projects

Revenue is recognised to the extent that it is probable that the economic benefits will flow to the company and the revenue can be reliably measured. Revenue is recognised when the significant risks and rewards of ownership have been transferred to the customer. Revenue excludes goods and services taxes or other sales taxes and is arrived at after deduction of trade discounts. No revenue is recognised if there are significant uncertainties regarding recovery of the consideration due, associated costs or the possible return of goods.

LIBERTY HOUSE GROUP PTE. LTD.   43

Profit on projects is recognised using the percentage of completion method. The percentage of completion is measured by reference to the costs incurred to date and the estimated total costs for each contract. Profits are recognised only in respect of finalised sales agreements and to the extent that such profits relate to the progress of the construction work.

When the outcome of a construction contract can be estimated reliably, contract revenue and expenses are recognised in the profit and loss account by reference to the stage of completion of the contract activity at the reporting date. The stage of completion is assessed by reference to surveys of work performed. When it is probable that total contract costs will exceed total contract revenue, the expected loss is recognised as an expense immediately in the profit and loss accounts.

Other Service income
Revenue from services is recognised when the company has delivered the service to the customer; the customer has accepted the services and collectability of the related receivables is reasonably assured.

2.     **SIGNIFICANT ACCOUNTING POLICIES** (continued)

2.1     **FINANCE COSTS**

Interest expense and similar charges are expensed in the profit and loss statement in the period in which they are incurred, except to the extent that they are capitalised as being attributable to the acquisition, construction or production of an asset which necessarily takes a substantial period of time to be prepared for its intended use or sale.  The interest component of finance lease payments is recognised in the profit and loss statement using the effective interest method.

Borrowings are classified as current liabilities unless there is a formal agreement in place to defer payments for more than 12 months, in which case, such payments are classified as non –current liabilities.

All borrowings costs are expensed in the year in which they occur and consist of interest and other costs that the Group incurs in connection with the borrowing of funds.

For the consolidated statement of cash flow purposes, movements in working capital facilities, which are directly linked to working capital assets, are included as part of cash flows from operating activities.

In the above subsidiary, tax regulations apply to the classification of leasing contracts.

LIBERTY HOUSE GROUP PTE. LTD.    44

**CRK-2/0044**

**659**

## 2.2   FAIR VALUE FINANCIAL INSTRUMENTS

The carrying amounts of current receivables and payables are assumed to approximate their fair values. The carrying values of current financial assets and financial liabilities including cash, accounts receivable, short-term borrowings, account payable approximate their values due to the short-term maturity of these instruments. The fair values of non-current financial instruments are not disclosed unless there are significant items at the end of the year and in the event the fair values are disclosed in the relevant notes. Disclosures of fair value are not made when the carrying amount is a reasonable approximation of fair value. The maximum exposure to credit risk is the fair value of the financial instruments at the end of the reporting period.

## 2.   SIGNIFICANT ACCOUNTING POLICIES (continued)

## 2.3   FOREIGN CURRENCY TRANSLATION

(1)   Measurement currency

Items included in the financial statements of the Company are measured using the currency that best reflects the economic substance of the underlying events and circumstances relevant to the Company ("the measurement currency"). The financial statements of the Company are presented in United States dollars which is the measurement currency of the Company.

(2)   Transactions and balances

Foreign currency transactions are translated into the measurement currency using the exchange rates prevailing at the date of transactions. Foreign currency monetary assets and liabilities are translated into the measurement currency at the rates of exchange prevailing at the reporting date. Foreign exchange gains and losses resulting from the settlement of foreign currency transactions and from the translation at financial year-end exchange rates of monetary assets and liabilities denominated in foreign currencies are taken to the income statement.

## 2.1   EMPLOYEE BENEFIT

Employee end-of Service gratuity

Provision is made by one of the subsidiaries for end-of-service gratuity payable to the employee at the end of the reporting period in accordance with local labour laws.

Employee leave entitlement

Jus7a1?45a606820e14d6670094200c1e06?t3t5an;64t1a7e1a3a3762b7rae6n.

Employee entitlements to annual leave are recognised when they accrue to employees. An accrual is made for the estimated liability for annual leave as a result of services rendered by employees up to reporting date.

### Defined contribution plans

Defined contribution plans are post-employment benefit plans under which the Company pays fixed contributions into separate entities such as Central Provident Fund, and will have no legal or constructive obligation to pay further contributions if any of the funds does not hold sufficient assets to pay all employee benefits relating to employee service in the current and preceding financial years.

2.    **SIGNIFICANT ACCOUNTING POLICIES** (continued)

The Company's contributions to defined contribution plans are recognised in the financial year to which they relate.

Key management personnel of the company are those persons having authority and responsibility for planning, directing and controlling the activities of the company. The Board of directors and the senior management team of the company are considered as key management personnel of the Company.

### Retirement benefits

The pension costs for defined contributions schemes are the contributions payable in the period.

The company operates the Coventry Presswork Pension and Life Assurance Scheme, a funded defined benefit scheme, under which contributions are made to a separately administered trust fund.

The surplus or liability recognised in the statement of financial position in respect of the defined benefit plan is the present value of the defined benefit obligation at the end of the statement of financial position date less the fair value of plan assets at the statement of financial position date out of which the obligations is to be settled.

The defined benefit obligation is calculated using the projected unit credit method. Annually the company engages independent actuaries to calculate the obligation. The present value is determined by discounting the estimated future payments using market yields on high quality corporate bonds and have terms approximation to the estimated period of the future payments ('discount rate').

Actuarial gains and losses arising from experience adjustments and changes in actuarial assumptions are charged or credited to other comprehensive income. These amounts together with the return on plan assets, less amounts included in net interest are disclosed as 'remeasurement of net defined benefit liability'.

CRK-2/0046

d6c'11 'dfa6dc62c14c4b769°ad3c1cd09d3854c8844da7e4a8°2762b7C#05'c

The cost of the defined benefit plan, recognised in the income statement employee costs, except where included in the cost of an asset, comprises:

a) The increase in net pension benefit liability arising from employee service during the period; and

b) The cost of plan introductions, benefit changes, curtailments and settlements.

## 2. SIGNIFICANT ACCOUNTING POLICIES (continued)

The net interest cost is calculated by applying the discount rate to the net balance of the defined benefit obligation and the fair value of plan assets. This cost is recognised in the income statement as a 'finance expense'.

Pensions:

Defined contribution pension plan

The subsidiaries operate a defined contribution plan for its employees. A defined contribution plan is a pension plan under which the subsidiary pays fixed contributions into a separate entity. Once the contributions have been paid the subsidiary has no further payment obligations.

The contributions are recognised as an expense in the Profit and Loss Account when they fall due. Amounts not paid are shown in accruals as a liability in the financial statement. The assets of the plan are held separately from the subsidiary in independently administered funds.

One of the subsidiary is a member of a multi-employer plan. Where it is not possible for the subsidiary to obtain sufficient information to enable it to account for the plan as a defined benefit plan, it accounts for the plan as a defined contribution plan.

Where amounts are recharged for deficit funding of the group's pension scheme, and the amounts are material, these are disclosed separately.

Further information with regards to the scheme is provided in Note 32 Retirement benefits and Pension commitments.

The total amount of pension liability that was unpaid at the year-end was GBP 12,265 (2018: GBP 4,723). The assets of the scheme are held separately from those of the subsidiary in the Lochaber GFG Pension Fund an Independently administered fund.

Defined contribution schemes charged to profit or loss in respect of defined contribution schemes GBP 388,181 (2018: GBP 335,253). The contributions totalling GBP 79,402 (2018: GBP 14,234) were outstanding and included within current liabilities. Defined contribution schemes charged to profit or loss in respect of defined contribution schemes GBP 52,564 (2018: GBP 10,636).

LIBERTY HOUSE GROUP PTE. LTD.   47

2.      SIGNIFICANT ACCOUNTING POLICIES (continued)

2.2     CONTINGENT LIABILITIES

A contingent liability is disclosed when the Group has a possible obligation as a result of past events, the existence of which will be confirmed only by the occurrence or non-occurrence , of one or more uncertain future events, not wholly within the control of the Group; or when the Group has a present legal or constructive obligation, that arises from past events , but it is not probable that an outflow of resources embodying economic benefits will be required to settle the obligation., or the amount of the obligation cannot be measured with sufficient reliability.

2.3     LEASES

a)      As lessee

Finance leases which transfer to the Company substantially all the risks and rewards incidental to ownership of the leased item, are capitalised at the inception of the lease at the fair value of the leased asset or, if lower, at the present value of the minimum lease payments. Any initial direct costs are also added to the amount capitalised. Lease payments are apportioned between the finance charges and reduction of the lease liability so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are charged to profit or loss. Contingent rents, if any, are charged as expenses in the periods in which they are incurred. Capitalised leased assets are depreciated over the shorter of the estimated useful life of the asset and the lease term, if there is no reasonable certainty that the
Company will obtain ownership by the end of the lease term.

Operating lease payments are recognised as an expense in profit or loss on a straight-line basis over the lease term. The aggregate benefit of incentives provided by the lessor is recognised as a reduction of rental expense over the lease term on a straight-line basis.

b)      As lessor

Leases in which the Company does not transfer substantially all the risks and rewards of ownership of the asset are classified as operating leases. Initial direct costs incurred in negotiating an operating lease are added to the carrying amount of the leased asset and recognised over the lease term on the same bases as rental income.

2.      SIGNIFICANT ACCOUNTING POLICIES (continued)

LIBERTY HOUSE GROUP PTE. LTD.    48

CRK-2/0048

### 2.4   RELATED PARTIES

A related party is defined as follows:

a)   a person or a close member of that person's family is related to the company if that person:

   (i)   has control or joint control over the company;

   (ii)   has significant influence over the company;

   (iii) is a member of the key management personnel of the company or of a parent of the company;

b)   an entity is related to the company if any of the following conditions applies:

   i.   the entity and the company are members of the same company (which means that each parent, subsidiary and fellow subsidiary is related to the others).
   ii.   one entity is an associate or joint venture of the other entity (or an associate r joint venture of a member of a company of which the other entity is a member).
   iii.   both entities are joint ventures of the same third party.
   iv.   one entity is a joint venture of a third entity and the other entity is an associate of the third entity.
   v.   the entity is a post-employment benefit plan for the benefit of employees of either the company or an entity related to the company. If the company is itself such as plan, the sponsoring employers are also related to the company;

   vi.   the entity is controlled or jointly controlled by a person identified in (a)

   vii. a person identified in (a) (i) has significant influence over the entity or is a member of the key management personnel of the entity (or of a parent of the entity).

### 2.   SIGNIFICANT ACCOUNTING POLICIES (continued)

### 2.5   GOVERNMENT GRANTS

CRK-2/0049

**664**

Government grants are recognised at the fair value of the asset received or receivable when there is reasonable assurance that the grant conditions will be met and the grants will be received. A grant that specifies performance conditions is recognised in income when the performance conditions are met. Where a grant does not specify performance conditions it is recognised in income when the proceeds are received or receivable. A grant received before the recognition criteria are satisfied is recognised as a liability.

**2.6     INVOICE DISCOUNTING**

Trade receivables are subject to an invoice discounting facility with a related party where an advance is received based upon secured receivables.

In accordance with the invoice discounting facility, certain trade receivables are sold on a non-recourse basis and hence the company does not retain the significant risks and rewards related to the discounted debts. As such, trade receivables are shown net of the amount sold with the latter being derecognised as it accrues and is included in the Statement of Comprehensive income with interest payable and similar charges.

**2.7     CORRECTION OF PRIOR PERIOD BALANCES AND DISCLOSURES**

In preparing the financial statements, the director identified that the company had incorrectly classified or disclosed certain balances in the prior period financial statements. The director has therefore corrected the respective comparatives in the current period financial statements.  The prior period balances and disclosures affected are cost of inventories disclosure, finance lease obligations disclosure, operating lease commitments disclosure, a reclassification between amounts owed by group undertakings and amounts owed by related parties payables and netting off trade receivables and the corresponding related parties payable as per section 2.12 above. The correction of the above balances and disclosures has no impact of the statement of comprehensive income or equity, and as a result no tax impact.

**3.        CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS**

**Critical accounting estimates, assumptions and judgements**

The presentation of financial statements in confirming with FRS requires the use of certain critical accounting estimates, assumptions and judgements in applying the accounting policies. These estimates, assumptions and judgements are continually evaluated and are based on historical experience and other factors,

LIBERTY HOUSE GROUP PTE. LTD.    50

CRK-2/0050

including expectations of future events that are believed to be reasonable under the circumstances. Actual results may differ from these estimates.

The following are the critical accounting estimates, assumptions and judgements for preparation of financial statements.

(i)      **Income taxes**

The company recognises liabilities for anticipated tax audit issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such difference will impact the income tax and deferred income tax provisions in the period in which such determination is made.

(ii)     **Provision for unsettled trade receivables**

The Company uses a provision matrix to calculate ECLs for trade receivables. The provision rates are based on days past due for groupings of various customer segments that have similar loss patterns. The provision matrix is initially based on the Company's historical observed default rates. The Company will calibrate the matrix to adjust historical credit loss experience with forward-looking information. At every reporting date, historical default rates are updated and changes in the forward-looking estimates are analysed. The assessment of the correlation between historical observed default rates, forecast economic conditions and ECLs is a significant estimate.

The amount of ECLs is sensitive to changes in circumstances and of forecast economic conditions. The Company's historical credit loss experience and forecast of economic conditions may also not be representative of customer's actual default in the future. There was no ECL by the company for the years ended March 31, 2019 and 2018.

3.       **CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS** (continued)

(iii)    **Determination of functional currency**

In determining the functional currency, judgement is required to determine the currency that mainly influences investment in the country whose competitive forces and regulations mainly determines the price. The functional currency of the company is determined based on management's assessment of the economic environment in which the entity operates and entity's process of determining sales prices. During the financial year the company decided to have United States Dollar as its functional currency.

LIBERTY HOUSE GROUP PTE. LTD.     51

CRK-2/0051

**666**

Ja.ax1 34Za443t82t14a41t7Cb9x2Detadpr a3b9du 84tGa7etxh82782h7te06tt.

(iv)    **Revenue recognition**

The management has considered the detailed criteria for the recognition of revenue from the sale of goods as set out is FRS 115 and in particular whether the company has transferred to the buyer the significant risks and rewards of ownership of goods. Revenue excludes goods and service taxes, if any, and is arrived at after deducting of trade discounts. No revenue is recognised if there are significant uncertainties regarding recovery of the consideration due, associated costs or the possible return of goods, the management is satisfied that the significant risks and rewards have been transferred and the recognition of revenue in the current year is appropriate.

(v)    **Fair value of assets acquired**

On acquisition of the trade and assets, in accordance with accounting standards, the above subsidiaries have valued its identifiable assets and liabilities at fair value. In deriving the valuation of land and buildings and plant and machinery, which is judgemental, the director has sought the expertise of external values who have valued the land and building, and the plant and machinery.

These have been valued on a market value in-situ basis on the premise that all items are fully operational in accordance with manufacturer's recommendations and that they comply with all statutory and health and safety requirements. The valuation is inherently subjective due to among others, the individual nature and condition of the fixed assets and their location. As a result, the valuation is subject to a degree of uncertainty and is made on the basis of assumptions which may not prove to be accurate, particularly in periods of volatility.

3.      **CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS** (continued)

**CRK-2/0052**

**667**

The fair value of other intangibles has been derived based on the director's best estimate. On the acquisition of the smelter business, in accordance with the accounting standards, the above subsidiary has recognised the identifiable assets and liabilities acquired at their fair value. In deriving the valuation of property, plant and equipment, which is judgemental the director sought the expertise of separate external values who have valued the land and buildings, and the plant and equipment. Due to their specialised nature, the buildings have been valued on a depreciated replacement cost basis and the land element on the value of the site on its existing use. The plant and equipment have been valued on a market value in –situ basis, on the basis that all items are fully operational in accordance with manufacturers recommendations and that they comply with all statutory and health and safety requirements.

**(vi)     Valuation of plant and equipment**

One of the subsidiaries have adopted the revaluation model in respect of plant and equipment. In arriving at the fair value, the company has consulted with external values, whose valuation is on the basis that the assets are fully operational in accordance with the manufacturers' recommendations and that they comply with relevant statutory and health and safety requirements. As at 31 March 2018, new fair value of the assets has been determined by external values using market value in situ basis. The subsidiaries are not exposed to any environmental obligations associated with the assets held. The directors believe that the fair value of plant and equipment exceeds its carrying value at 31 March 2019.

The valuation is inherently subjective due to, among other factors, the individual nature and condition of the steel rolling mill/ plant and equipment and its location. As a result, the valuation is subject to a degree of uncertainty and is made on the basis of assumptions which may not prove to be accurate, particularly in periods of volatility.

The subsidiaries perform impairment reviews to determine whether the carrying value of plant and equipment is impaired by reference to the value in use of the assets. The basis of the assumptions used in the value in use calculations require judgement to be made, which include forecasting consumers demand, access to new markets and technologies, manufacturing efficiencies, growth trend, availability of finance and rate of interest used to discount future cash flows.

CRK-2/0053

3.      CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS (continued)

(vii)    Depreciation of property, plant and equipment

The group depreciates the property, plant and equipment, using the straight line method, over their estimated useful lives after taking into account of their estimated residual values. The estimated useful life reflects management's estimate of the periods that the group intends to derive future economic benefits from the use of the group's property, plant and equipment.

The residual values reflect management's estimated amount that the group would currently obtain from disposal of the asset, after deducting the estimated costs of disposal, as if the asset were already of the age and in the condition expected at the end of its useful life. Residual values are assumed to be zero unless a reliable estimate of the current value can be obtained for similar assets of age and conditions that are reasonably expected to exist at the end of the assets estimated useful lives. The carrying amounts of the group's property, plant and equipment as at the end of each reporting period were disclosed in the note 4 to the financial statements.

(viii)   Impairment of non-financial assets

Property, plant and equipment and investment in subsidiaries are tested for impairment whenever there is objective evidence or indication of those assets may be impaired. Determining whether the property, plant and equipment and investment in subsidiaries are impaired requires an estimation of value-in-use of the property, plant and equipment and investment in subsidiaries. The value in-in-use calculation requires the management estimate the future cash flows and appropriate discount rate in order to calculate the present value of future cash flows. The management has evaluated such estimates and is confident that no allowance for impairment is necessary.

(ix)    Measurement of the cost of inventories

Management uses valuation techniques to estimate the cost of inventories. The cost of work in progress includes an element of standard cost, which takes into account normal levels of materials, labour and manufacturing efficiency. The cost

0

of finished goods is calculated by reducing the sales value of the inventory by the appropriate percentage profit margin. These methods are regularly reviewed and revised in the light of current conditions, and any changes in the estimates may affect the carrying amounts of inventories.

Quantities of alumina are determined using volumetric surveys to measure stock piles held in sites.

3.      CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS (continued)

(x)     **Impairment of inventories**

Management regularly undertakes a review of the group's inventory in order to assess their likely realisation proceeds, technological changes, age, likely obsolescence, the rate at which the materials are being sold and the physical damage.  Based on the assessment, assumptions are made as to the level of provision is required.

Inventories are valued at the lower of cost and net realisable value. Net realisable value includes, where necessary, provisions for slow moving and obsolete inventories. Calculation of these estimates require judgements to be made, which include forecasting consumer demand, competitive and economic environment and inventory loss trends. This is reviewed by the management on a regular basis.

WIP is applied based on material cost and assessed % of completion based on individual works orders.

A provision for stock loss is made to ensure the accounts reflect the lowest of net realisable value or cost.

(xi)    **Amount owing by immediate holding company and related parties**

Management determines whether their significant increase in credit risk of these related parties since initial recognition. Management considers various operating performance ratios as well as liquidity rations of these related parties. There is no significant increase in credit risk as at 31 March 2019.

CRK-2/0055

J6J7511P17USCL82c14cCL7G9942S3_p3M'1JP5QvtEd5c37e5aS'2762P7Gu65'a.

(xii)   **Employee end-of-service gratuity**

The group computes the liabilities to staff-end-of service gratuity assuming that all employees were to leave as at the end of the reporting period.   The management is of the opinion that no significant difference would have arisen had the liability been calculated on an actuarial basis as salary inflation and discount rates are likely to have approximately equal and opposite effects.

(xiii)   **Provision for litigation loss**

The group excises judgement in measuring and recognising provisions and the exposures to contingent liabilities related to pending litigation or other outstanding claims subject to negotiated settlement, mediation, arbitration or government regulation, as well as other contingent liabilities.

3.   **CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS** (continued)

Judgement is necessary is assessing the likelihood that a pending claim will succeed, or a liability will arise, and to quantify the possible range of the final settlement. Because of the inherent uncertainty in this evaluation process, actual losses may be different from the originally estimated provision.

The group is a defendant in legal actions involving the alleged failure of one of the subsidiaries to supply goods as per contract. The director believes, based on legal advice, that there is no present obligation that will probably require an outflow if resources.

(xiv)   **Business combination accounting**

In applying IFRS 3 Business Combination the Director has considered the applicability of IFRS 3 and recognised Speciality Steel UK Limited, a subsidiary, which acquired all identifiable assets and assumed liabilities on transfer of business from Tata Steel UK to the subsidiary, as an acquirer. In applying the

LIBERTY HOUSE GROUP PTE. LTD.   56

**CRK-2/0056**

**671**

accounting policy, the Director has considered the commercial and business reality behind the acquisition decision and accounted under the acquisition method.

In applying IFRS 3 Business Combination the Directors have considered the applicability of IFRS 3 and recognition of the company as the acquirer in business combinations, where the company acquired business from previous owners which comprised of all the assets and liabilities of the acquired business. In applying the accounting policy, the Directors has considered the commercial and business reality behind the acquisition decision and accounted under the acquisition method. As a result, the company has recognised a bargain purchase gain which would not be available if IFRS 3 was not applied in accounting for business combination.

**(xv)   Dilapidations and environmental provision**

An estimate for costs associated with rented building dilapidation costs and environmental charges has been made that reflects potential costs and likelihood of incurring such costs.

There is uncertainty regarding the timing and amount of these costs and therefore the final liability could differ significantly from the original estimate. Management annually review the provisions held and determine if these require adjustments based on the latest knowledge available to them.

**3.     CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS** (continued)

**(xvi)   Bad debt provisioning**

An allowance for bad debt is made when collection of the full amount is no longer probable. Bad debts are written off when identified. The trade receivables balance is assessed at the end of each reporting period whether there is objective evidence of impairment and recognises a bad debt allowance if such evidence arises.

LIBERTY HOUSE GROUP PTE. LTD.   57

#### (xvii)   Pot lining provision

The company has made a provision for the costs associated with the decommissioning and disposal of the pot lining from the cells once they have reached the end of their useful life. This provision is based on the estimated weight of the material that will need to be disposed of, based on historic experience, and estimate on all associated costs of its removal from the actual figures over the past year.

#### (xviii)  Discount rate on preference dividends

As the preference shares have the characteristic of both equity and a financial liability, the above subsidiary has accounted for the preference shares as a compound instrument. The liability component, calculated at GBP 600,000 by discounting the annual dividend at a rate of 10% in perpetuity, has been classified to creditors falling due after more than one year.

#### (xix)   Provision for liabilities

Provisions are made where an event has taken place that gives the above subsidiary a legal or constructive obligation that probably requires settlement by a transfer of economic benefit, and a reliable estimate can be made of the amount of the obligation.

Provision are charged as an expense to the Profit and loss account in the year that the above subsidiary becomes aware of the obligation, and are measured at the best estimate at the financial statement date of the expenditure required to settle the obligation, taking into account relevant risks and uncertainties. When payments are eventually made, they are charged to the provision carried in the financial statement.

The release in the environmental provision is based on management's revised estimate with regards to the required provisions to remedy any asbestos related corrections for the operating sites. This is based on their experience with actual incurred costs over the past two years over their initial expectations

CRK-2/0058

673

CRK-2/0059

| | Balance at 01/04/2018 $ | Additions $ | Acquisition/ Impairment $ | Disposals $ | Revaluation $ | Currency translation $ | Balance at 31/03/2019 $ |
|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | |
| Land and building | 89,473,324 | 1,958,960 | 5,828,889 | - | - | (5,230,843) | 92,030,330 |
| Plant and equipment | 585,557,564 | 37,022,325 | 23,513,832 | (508,697) | (210,407) | (37,591,412) | 607,783,205 |
| Furniture and fixture | 4,064,744 | 2,868,545 | - | - | - | (425,782) | 6,507,507 |
| Office renovation | 620,001 | 46,135 | - | - | - | (7,933) | 658,203 |
| Computer equipment | 696,781 | 452,813 | - | - | - | (594) | 1,149,000 |
| Motor vehicle | 226,025 | - | - | (133,141) | - | - | 92,884 |
| Assets under construction | 5,591,812 | 605,618 | - | - | - | - | 6,197,430 |
| | 686,230,251 | 42,954,396 | 29,342,721 | (641,838) | (210,407) | (43,256,564) | 714,418,559 |
| **Accumulated depreciation** | | | | | | | |
| Land and building | 2,182,197 | 1,748,644 | - | | | (369,869) | 3,560,972 |
| Plant and equipment | 86,255,556 | 42,635,587 | 1,547,206 | (176,377) | - | (8,259,896) | 122,002,076 |
| Furniture and fixture | 1,187,928 | 415,324 | - | - | - | (5,866) | 1,597,386 |
| Office renovation | 347,712 | 117,825 | - | - | - | (4,850) | 460,687 |
| Computer equipment | 396,664 | 231,702 | - | - | - | (313) | 628,053 |
| Motor vehicle | 174,464 | 15,223 | - | (99,799) | - | - | 89,888 |
| Assets under construction | - | - | - | - | - | - | - |
| | 90,544,521 | 45,164,305 | 1,547,206 | (276,176) | - | (8,640,794) | 128,339,062 |

4.    PROPERTY, PLANT AND EQUIPMENT - Group

**674**

**CRK-2/0060**

4.    **PROPERTY, PLANT AND EQUIPMENT – Group – (Continued)**

| Depreciation Charge for | 2018 $ | | Net Book Value | |
| --- | --- | --- | --- | --- |
| | | | 2018 $ | 2019 $ |
| Land and building | 1,636,537 | | 87,291,127 | 88,469,358 |
| Plant and equipment | 42,254,444 | | 499,302,008 | 485,781,129 |
| Furniture and fixture | 448,622 | | 2,876,816 | 4,910,122 |
| Office renovation | 89,077 | | 272,289 | 197,516 |
| Computer equipment | 66,540 | | 300,117 | 520,946 |
| Motor vehicle | 17,131 | | 51,561 | 2,996 |
| Assets under construction | - | | 5,591,812 | 6,197,430 |

LIBERTY HOUSE GROUP PTE. LTD.    61

**675**

CRK-2/0061

| 44,512,351 | | 595,685,730 | 586,079,497 |

The carrying amounts of motor vehicles of the group held under finance lease is $43,903 (2018: $43,903) at the end of the reporting period.

Thirteen group subsidiaries are secured against a receivables facility from different banks, which are cross guaranteed across the group and guaranteed by fixed and floating charges over the assets of the subsidiaries.

The management is of the opinion that the fair values of the assets approximates its net book value.

Included in plant and equipment are assets held under finance leases with a net book value of GBP 37,892,473 (2018: GBP 42,135,325).

LIBERTY HOUSE GROUP PTE. LTD. 62

676

CRK-2/0062

d4c24133fad46b82514c4b7609af3a1cd5043b5dc6544aa7e44a5527a2b7ce054a

One of the subsidiaries which was incorporated during the year, included in Property, plant and equipment is an amount of $21,545,805, which is stated at acquisition/revaluation value. As per the Judgement of the commercial court, it was worth Euro 100,000, plus the cost of the assets acquired or produced by the company between 01 June 2018 and 31 March 2019.

For the newly acquired subsidiaries, valuations of property, plant and equipment were carried out by independent values.

If the freehold property had not been included at valuation they would have been included under the historical cost convention as follows:

|  | Group 2019 GBP | Group 2018 GBP |
|---|---|---|
| Cost | 200,000 | 200,000 |
| Accumulated depreciation | (100,000) | (100,000) |
| Net book value | 100,000 | 100,000 |

Included in plant and equipment are assets held under finance leases with a net book value of GBP 1,434,985 (2018: GBP 1,452,874).

In one of the subsidiary, plant and equipment with a carrying amount of GBP 46,666,565 were recently revalued at 31st March 2018 by an independent value not connected with the company on the basis of "In-Situ Value" being the cost of replacing the assets in like for like basis. Revaluations is carried out with sufficient regularity so that the carrying amount does not differ materially from that which would be determined using fair value at the reporting date.

If revalued assets were stated on an historical cost basis rather than a fair value basis, the total amounts included would have been as follows:

|  | Group 2019 GBP | Group 2018 GBP |
|---|---|---|
| Cost | 6,872,045 | 6,311,103 |
| Accumulated depreciation | (665,052) | (315,555) |
| Net book value | 6,206,993 | 5,995,548 |

Included in plant and equipment are assets held under finance leases with a net book value of GBP 3,741,229 (2018: GBP NIL).

Plant and machinery with a carrying amount of GBP 49,048,802 (2018: GBP 45,104,424) were revalued at 31 March 2019 by independent values not connected with the company, using a combination of cost approach and market approach depending on the nature of the assets. The valuation conforms to International Valuation Standards and was based on recent market transactions on arm's length terms for similar plant and machinery.

CRK-2/0063

If revalued assets were stated on a historical cost basis rather than a fair value basis, the total amounts included would have as follows:

|  | Group 2019 | Group 2018 |
|---|---|---|
|  | GBP | GBP |
| Cost | 27,866,254 | 27,866,254 |
| Accumulated depreciation | (13,949,932) | (13,113,944) |
| Net book value | 13,916,322 | 14,752,310 |

5. **INVESTMENT – HELD TO MATURITY-GROUP**

The Group has made investment in compulsory Convertible Debentures in Viraj Profiles Limited, a Public Company incorporated in India. Viraj Profiles Limited is classified as Indian Non-Government Company and is registered at Registrar of companies, Mumbai. Its authorized share capital is Rs. 1,801,000,000 (2018: 1,801,000,000) and its paid-up capital is Rs. 1,225,060,898 (2018:1,225,060,898). It is involved in Manufacture of structural metal products, tanks, reservations and steam generators.

|  | Group | |
|---|---|---|
|  | 2019 $ | 2018 $ |
| Investments at cost, CCD(Compulsory Convertible Debentures) | 8,255,500 | 8,255,500 |
| Impairment loss | (5,323,600) | (5,323,600) |
| Sold during the year | (2,931,900) | - |
| Fair value of investment at reporting date | - | 2,931,900 |

Compulsory Convertible Debentures ("CCD") are convertible into the equity shares upon expiry of one year from the date of allotment and before two years from the date of allotment of CCDs at a price which shall not be less than the fair value of Rs. 8.90 per share. CCD does not carry coupon rate and cannot be sold or pledged in any manner until such time it is converted into shares. None of the above CCD were converted to equity share till the date of sale of the investment.

During the prior year, the group recognised an impairment loss of $5,323,600 against the investment after taking into consideration the subsequent selling price of the investment. During the financial year, the investment held to maturity disposed off.
On 1 November 2018, the group has entered into a sales and purchase agreement to transfer its 9,773 compulsory convertible Debentures ("CCD") in Viraj Profile Limited for a consideration of USD 300 per CCD.

Hence Held-to-maturity approximates its fair value as on the statement of financial position date and are denominated in Indian Rupees.

6. **INVESTMENT - FINANCIAL ASSETS, AVAILABLE FOR SALE**

|  | Group | |
|---|---|---|
|  | 2019 $ | 2018 $ |

**Unquoted shares at cost**

LIBERTY HOUSE GROUP PTE. LTD.    64

CRK-2/0064

**679**

| | 2019 | 2018 |
|---|---|---|
| Investment in shares of Uttam Galva Metallics Ltd - at the beginning of the year | 1,344,041 | 1,344,041 |
| Allowance for impairment loss | (805,876) | (805,876) |
| Disposal during the year | (538,165) | - |
| At the end of the year | - | 538,165 |

FRS 109 (Available – for – sale) financial asset is denominated in Indian Rupees.

The above investments in shares are portfolio investments made to take benefits from the financial market; however they are not intended to be held till maturity. The increase in the fair value of the asset is accounted for in the statement of comprehensive income. The carrying amount of available- for- sale financial asset which is unquoted investments represents its costs as its fair value cannot be reliably measured.

On 26 April 2018, the company had entered into a sales and purchase agreement to sell its investment in 4,000,000 shares of Uttam Galva Metallics Limited for a consideration of INR 36,000,000.

| | Group | |
|---|---|---|
| | 2019 $ | 2018 $ |
| **Unquoted shares at cost** | | |
| Investment in joint venture | 239,380 | - |
| Allowance for impairment loss | - | - |
| Disposal during the year | - | - |
| At the end of the year | 239,380 | - |

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| BSR Pipeline Services Ltd | Pipe coating | United Kingdom | 50% | - |

7.    **INVESTMENT IN SUBSIDIARIES**

| Company | 2019 $ | 2018 $ |
|---|---|---|
| Unquoted shares, at cost | 183,565,446 | 183,565,446 |
| Less: Allowance for diminution in value | - | - |
| | 183,565,446 | 183,565,446 |

| Name of | Principal | Country of | Cost of investments | Interest |
|---|---|---|---|---|

LIBERTY HOUSE GROUP PTE. LTD.    65

CRK-2/0065

**680**

| Subsidiary | activity | incorporation | | | | held |
|---|---|---|---|---|---|---|
| | | | 2019 $ | 2018 $ | 2019 % | 2018 % |
| Liberty Industries Holding Pte Ltd | Investment Holding | Singapore | 65,106,533 | 65,106,533 | 100 % | 100 % |
| Liberty Commodities Group Pte Ltd | Investment Holding | Singapore | 118,458,913 | 118,458,913 | 100 % | 100 % |
| | | | 183,565,446 | 183,565,446 | | |

Liberty Industries Holding Pte Ltd was incorporated in Singapore with its Registration Number 201613404N as a limited liability company and its financial year end is 31 March 2019. It is being audited by T. Ravi & Co. The audit report of those financial statements for the financial year ended 31 March 2019 were issued without any modification on their report dated 21 May 2020.

Liberty Commodities Group Pte Ltd was incorporated in Singapore with its Registration Number 201115671N as a limited liability company and its financial year end is 31 December 2017. It is being audited by other firm of Public Accountants other than T. Ravi & Co whose report dated 14 November 2019 issued without any modification on their report.

The details of Subsidiaries and Sub-subsidiaries are as follows:

Held by Liberty Industries Pte Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Liberty Engineering Group Pte Ltd | Investment Holding Co | Singapore | 100% | 100% |
| Liberty Industries UK Limited | Investment Holding | Scotland | 100% | 100% |
| Liberty Steel Group Pte Ltd | Investment Holding | Singapore | 100% | 100% |
| LMR Holdings Pte Ltd | Investment Holding | Singapore | 100% | 100% |
| Liberty Finance Management Limited | Private Company Limited by shares | United Kingdom | 100% | 100% |

LIBERTY HOUSE GROUP PTE. LTD.   66

**681**

ddc9e1345a806482c14c457609a2600ed0d4325dc68d46a9e4a852762b90a05ed

| Liberty Industries PPA Limited | Private Company Limited by shares | United Kingdom | 100% | 100% |
|---|---|---|---|---|

Held by Liberty Engineering Group Pte. Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Liberty Steel Holding Pte Ltd | Investment Holding | Singapore | - | 100% |
| ^Liberty Tubular Solutions Pte Ltd | Investment Holding | Singapore | 100% | 100% |
| ^Liberty Distribution Pte Ltd | Investment Holding | Singapore | 100% | 100% |
| ^Liberty Advanced Engineering Products Pte Ltd | Investment Holding | Singapore | 100% | 100% |
| Liberty Performance Steels Pte Ltd | Investment Holding | Singapore | 100% | 100% |
| Shand Cycles Limited | Manufacture of bicycles | Singapore | 79.13 % | 79.13% |
| #Liberty Wheels France SAS | Design and manufacture of alloy wheels for automobiles | France | 100% | - |
| #*Liberty Forging Janves SAS (former: Liberty Duriosotti France) | Specialist in converting light-duty vehicles | France | 100% | - |
| #*Liberty machining Ardennes SAS | Investment Holding | France | 100% | - |

Held by Liberty Tubular Solutions Pte Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Accles and Pollock Limited | Manufacture of precision tube assemblies | United Kingdom | 100% | 100% |
| Liberty Tube Components Limited | Manufacture of precision tubular components | United Kingdom | 100% | 100% |
| Liberty Precision Tubes Limited | Manufacture of Steel tubes | United Kingdom | 100% | 100% |
| *Liberty Drawn Tubes Limited | Manufacture of seamless and welded tubes and pipes | United Kingdom | 100% | 100% |

LIBERTY HOUSE GROUP PTE. LTD.   67

CRK-2/0067

Held by Liberty Distribution Pte Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Liberty Building Solution FZE | General trading | United Arab Emirates | 100% | 100% |
| Liberty Steel Distribution Limited | Trading of ferrous and non-ferrous metals | United Kingdom | 100% | 100% |
| Hub Le Bas Limited | Supply of precision tube fittings | United Kingdom | 100% | 100% |

Held by Liberty Building Solutions FZE (UAE):

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Liberty Fire Safety Equipment Trading LLC | Trading in fire fighting and safety equipment | United Arab Emirates | 100% | - |

Held by Liberty Advanced Engineering Pte Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| *Liberty Trillion Limited | Trading of ferrous and non-ferrous metals | United Kingdom | 80% | 80% |
| Clydesdale Jones Limited | Design and manufacture of parking brakelever systems | United Kingdom | 100% | 100% |
| Liberty Vehicle Technologies Limited | Design and manufacture of braking systems | United Kingdom | 100% | 100% |
| Liberty Advanced Composites Limited | Advanced automotive technology design services | United Kingdom | 100% | 100% |
| Liberty Pressing Solutions | Metal pressings | United | 100% | 100% |

LIBERTY HOUSE GROUP PTE. LTD.   68

CRK-2/0068

| | | | 2019 | 2018 |
|---|---|---|---|---|
| Limited | manufacture, assembly and supply | Kingdom | | |
| Liberty Engineering (Willenhall) Limited (Formerly known as Liberty Tube Fittings Limited) | Manufacture of pipe fittings | United Kingdom | 100% | 100% |
| Liberty Bridge Aluminium Limited | Manufacture of die cast and machine components | United Kingdom | 100% | 100% |
| Liberty Pressing Solutions (Coventry) Limited | Automotive and other pressings | United Kingdom | 100% | 100% |
| Liberty Aluminium Technologies Limited | Die cast aluminum and machined components | United Kingdom | 100% | 100% |
| *Liberty Defence: Dynamics Limited | Trading of ferrous and non-ferrous metals | United Kingdom | 100% | 100% |
| *Liberty Classic Cars Limited | Maintenance and repair of motor vehicles | United Kingdom | 100% | 100% |

Held by Liberty Vehicle Technologies Limited:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Specialist Mobility Training Limited | Trading of ferrous and non-ferrous metals | United Kingdom | 60% | 60% |
| Shiftec Limited | Pneumatic and mechatronic systems | United Kingdom | 100% | 100% |

Held by Liberty Performance Steels Pte Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Liberty Performance Steels Limited | Manufacture of precision steel strip | United Kingdom | 100% | 100% |
| Liberty performance Steels Inc | Precision steel | United States | 100% | 100% |

LIBERTY HOUSE GROUP PTE. LTD.   69

CRK-2/0069

**684**

strip distributor      of America

^ The concerned subsidiaries were impaired in the prior year to the extent of $8,597,000/-.

*These subsidiaries are unaudited micro or dormant subsidiaries. The management accounts of the same are relied on during our consolidation procedures.
# Purchase consideration for the acquisition for these companies were paid by the related parties on behalf of the company.

+The concerned subsidiaries have further subsidiaries.

Held by Liberty Industries UK Ltd

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Liberty Aluminium Lochaber Limited | Aluminium Smelter | Scotland | 100% | - |
| Liberty Steel Sheerness Ltd | Dormant | United Kingdom | 100% | - |
| Liberty Steel Limited | Holding company | United Kingdom | 100% | - |
| Liberty Steel Newport Limited | Steel Production | United Kingdom | 100% | - |
| Liberty Steel Tradegar Limited | Steel Production | United Kingdom | 100% | - |

Held by Liberty Steel Ltd

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| Liberty Steel Clydebridge Limited | Dormant | United Kingdom | 100% | 100% |
| Liberty Steel Dalzell Limited | Manufacture of basic iron and steel and of ferro-alloys | United Kingdom | 100% | 100% |

Held by Liberty Steel Group Pte Ltd

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| +Liberty Steel Group Holdings UK Ltd | Activities of production holding companies | London | 100% | 100% |
| Astra Mining | Metals and mining | Mauritius | 100% | 100% |

LIBERTY HOUSE GROUP PTE. LTD.    70

CRK-2/0070

**685**

Held by Liberty Steel Group Holdings UK Ltd

| Name of subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| +CMB Restructuring Pte. Ltd. | Shipping lines | Singapore | 100% | 100% |
| Liberty Merchant Bar 2 Ltd. | Dormant | United Kingdom | 100% | 100% |
| Liberty Pipes (Hartlepool) Ltd | Manufacture of submerged carbon steel pipe | United Kingdom | 100% | 100% |
| +Liberty Speciality Steels Ltd | Holding | United Kingdom | 100% | 100% |
| Liberty Powder Metals Ltd | Dormant company | United Kingdom | 100% | - |
| Liberty Merchant Bar Distribution Ltd | Distribution and service centre | United Kingdom | 100% | - |

Held by CMB Restructuring Pte. Ltd.

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| +Liberty Merchant Bar Plc | Steel transformation to hot rolled ordinary steel products | United Kingdom | 100% | 100% |

Held by Liberty Merchant Bar Plc

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| United Merchant Bar Limited | Dormant | United Kingdom | 100% | 100% |

United Merchant Bar Limited generated no profit or loss because it is dormant. At 31 March 2019 the aggregate of share capital and reserves was GBP1.

CRK-2/0071

**686**

d57b41f4f461c8b114d13f0f425d2dae04f325be584eda7ec8f62762f0fe05fb

Held by Liberty Specialty Steels Limited

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| +Speciality Steel UK Ltd | Fully integrated steel manufacturer and distributor | England and Wales | 100% | 100% |
| Liberty Speciality Steel Service Centre Suzhou Co Ltd | Distribution and service centre | China | 100% | 100% |
| Liberty Speciality Steel Service Centre Xi'an Co. Ltd. | Distribution and service centre | China | 100% | - |

Held by Specialty Steel UK Limited

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| LHG Speciality Steel International Private Limited | Customer service centre | India | 100% | 100% |
| Liberty Speciality steels France | Customer service centre | France | 100% | - |
| Liberty Speciality Steels America Inc. | Customer service centre | USA | 100% | 100% |
| Liberty Speciality Steels GMBH | Customer service centre | Germany | 100% | 100% |
| Engineering Bar Limited | Customer service centre | United Kingdom | 100% | - |

Held by LMR Holdings Pte Ltd

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |
| LMR US Holdings BV Amsterdam | Recovery of sorted materials , financial holdings | Netherland | 100% | 100% |
| Liberty Metal Recycling UK Ltd (UK) | Manufacture of basic iron and steel and of Ferro alloys | England and Wales | 100% | 100% |
| Liberty Metal Recycling Europe Ltd. | Wholesale of waste and scrap | Poland | 99% | 99% |

Held by Liberty Commodities Group Pte Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held | |
|---|---|---|---|---|
| | | | 2019 % | 2018 % |

CRK-2/0072

**687**

| Name | Principal activity | Country | 2019 | 2018 |
|---|---|---|---|---|
| LCT Vietnam co., Limited | Trading in wholesale metals, metal ores and other specialized wholesale | Vietnam | 100% | 100% |
| Liberty Commodities Limited | Trading in steel and non-ferrous metals | United Kingdom | 100% | 100% |
| Liberty FE Trade DMCC | Trading in steel and non-ferrous metals | United Arab Emirates | 100% | 100% |
| +Liberty Commodities Asia Pte Ltd | Trading in steel and non-ferrous metals | Singapore | 100% | 100% |
| Liberty Commodities HK Limited | Trading in steel and non-ferrous metals | Hong Kong | 100% | 100% |
| Liberty Commodities Pacific Pty Ltd | Trading in steel and non-ferrous metals | Australia | 100% | 100% |
| Liberty Commodities Trading (Shanghai) Co., Ltd | International trade, Entrepot Trade etc. | China | 100% | 100% |
| Liberty Commodities France SAS(LC France) | Trading in wholesale metals, ores and other specialized wholesale | France | 100% | - |
| Liberty Commodities (Suisse) SA (LC Suisse) | Providing management services to other entities of the group | Switzerland | 100% | - |

Held by Liberty Commodity Asia Pte Ltd:

| Name of Subsidiary | Principal activity | Country of incorporation | Interest held 2019 % | 2018 % |
|---|---|---|---|---|
| Liberty Commodities Malaysia Limited | Trading in steel and non-ferrous metals | Malaysia | 100% | 100% |

During the financial period, the company has invested additional US$1,540,000 in Liberty Commodities Trading (Shanghai) co., Ltd and invested in two

LIBERTY HOUSE GROUP PTE. LTD.   73

CRK-2/0073

**688**

subsidiaries, Liberty Commodities (Suisse) SA, a company incorporated in Switzerland and Liberty Commodities France SAS, a company incorporated in France, amounting to $102,803 (CHF100,000) and $5,728(EUR5,000), respectively.

Subsequent to the financial period, the company has injected further $270,000 in Liberty Commodities Trading (Shanghai) Co. Ltd for investment.

8.    AMOUNTS DUE FROM / TO RELATED PARTIES

The amounts owing by/to related parties are non-trade in nature, unsecured, interest-free. The carrying amounts of the group's and company's amounts owing from/ (to) related parties approximate their fair values and are denominated in following currencies.

|  | Group 2019 $ | Group 2018 $ |
|---|---|---|
| Amount due from related parties-Non Current | 78,117,142 | 43,635,229 |
| Amount due from related parties- Current | 79,333,459 | - |
|  | 157,450,601 | 43,635,229 |
|  |  |  |
| Amount due to related parties-Non Current | (157,050,492) | 91,634,569 |
| Amount due to related parties- Current | (223,203,478) | - |
|  | (380,253,970) | 91,634,569 |

| (Amount due from related parties) | Group 2019 $ | Group 2018 $ |
|---|---|---|
| Euro | 809,061 | - |
| Great Britain Pound | 63,091,211 | 4,316,208 |
| United States Dollars | 93,550,329 | 39,319,021 |
|  | 157,450,601 | 43,635,229 |

| Amount due to related parties | Group 2019 $ | Group 2018 $ |
|---|---|---|
| Euro | 9,280,611 | - |
| Great Britain Pound | 224,837,472 | 12,417,869 |
| United States Dollars | 146,135,887 | 79,216,700 |
|  | 380,253,970 | 91,634,569 |

On consolidation, certain related parties' balances have been offset and a net balance shown. During the year, one of the subsidiary transferred a subsidiary to a related party outside the Group, realising a gain at Group level of $6.9 million

| Company | Company |
|---|---|

LIBERTY HOUSE GROUP PTE. LTD.    74

**CRK-2/0074**

**689**

| | 2019<br>$ | 2018<br>$ |
|---|---|---|
| Amount due from related parties-Non Current | 244,080,006 | 191,162,563 |
| Amount due from related parties- Current | - | - |
| | 244,080,006 | 191,162,563 |
| | | |
| Amount due to related parties-Non Current | (108,148,959) | (48,819,603) |
| Amount due to related parties- Current | (27,755) | - |
| | (108,176,714) | (48,819,603) |

| | Company<br>2019<br>$ | Company<br>2018<br>$ |
|---|---|---|
| **Amount due from related parties** | | |
| Great Britain Pound | 2,945,853 | - |
| United States Dollars | 241,134,153 | 191,162,563 |
| | 244,080,006 | 191,162,563 |
| **Amount due to related parties** | | |
| Great Britain Pound | 11,746,376 | 3,429,281 |
| United States Dollars | 96,430,338 | 45,390,322 |
| | (108,176,714) | (48,819,603) |

LIBERTY HOUSE GROUP PTE. LTD.    75

4a2122167a5a33a3/4a2122167a5a33a3/4a2122167a5a33a3/4a2122167a5a33a3/4a2122167a5a33a3

9.      **INTANGIBLE ASSETS – GROUP**

Intangible assets are denominated in Great Britain Pound.

| Cost / Valuation | Balance as at 01 Apr 2018 | On creation of new Subsidiary | Addition | Foreign Exchange | Balance as at 31 Mar 2019 |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| Goodwill on Consolidation | 6,895,849 | 169,243 | - | (447,394) | 6,617,698 |
| Other Intangible Assets | 25,118,541 | 112,541 | 108,561 | (1,633,446) | 23,706,197 |
| | 32,014,390 | 281,784 | 108,561 | (2,080,840) | 30,323,895 |

| Amortization/Impairment | Balance as at 01 Apr 2018 | Reversal | Charge for the year | Foreign Exchange | Balance as at 31 Mar 2019 |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| Goodwill on Consolidation | 156,523 | (826,452) | 675,811 | (10,160) | (4,278) |
| Other Intangible Assets | 5,889,029 | - | 4,331,046 | (373,657) | 9,846,418 |
| | 6,045,552 | (826,452) | 5,006,857 | (383,817) | 9,842,140 |

| | Net Book Value | |
|---|---|---|
| | 2018 | 2019 |
| | $ | $ |
| Goodwill on Consolidation | 6,739,326 | 6,621,976 |
| Other Intangible Assets | 19,229,512 | 13,859,779 |
| | 25,968,838 | 20,481,755 |

d4c34154f5a54c82c14c4b765f2d3ac2d96d385dce544da7aca687762b70a036d

10.  **INVENTORIES - Group**

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Goods for resale | 6,137,901 | 67,974,463 |
| Raw materials and consumables | 88,730,921 | 60,335,848 |
| Work in progress | 103,049,069 | 90,529,726 |
| Finished goods | 91,322,033 | 87,002,648 |
| Inventories in transit | 4,905,513 | 2,602,618 |
|  | 294,145,437 | 308,445,303 |

The Inventories as at the reporting date are denominated in following currencies.

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Euro | 5,247,220 | - |
| Great Britain Pound | 272,368,962 | 227,392,242 |
| United States Dollar | 16,529,255 | 81,053,061 |
|  | 294,145,137 | 308,445,303 |

Inventories comprise of raw materials, slabs, stores and spares, and engineering stock. They are valued at cost, in some cases at revalued amount as its cost itself (at time of acquisition). The carrying amounts of the Group's inventories therefore, approximate their net realisable values.

The cost of inventories recognised as an expense and included in "cost of sales" amounting to $9,149,418,728/- (2018: $7,134,918,809/-). The carrying amounts of the group's inventories therefore approximate their fair values.

An impairment loss of GBP 1,188,440 and USD 281,102 (2018: GBP 1,045,164, and USD 175,506) and reversal of impairment provisions of GBP 489,578 (2018: GBP 190,622) was recognised in cost of sales against slow moving and obsolete stocks.

During the period three of the subsidiaries recognised impairment losses of GBP Nil (2018: GBP 382,701), GBP 4,321,581 (2018: GBP 6,043,676) and GBP 2,795,280 (2018: GBP 425,351) respectively in cost of sales against the inventory during the year due to slow-moving and obsolete inventories.

The cost of stock recognised as an expense in the period was GBP 72,141k (2018: GBP 73,059k).

One of the subsidiary are subject of floating charge to secure the company's borrowings.

11.  **CONTRACT WITH CUSTOMERS (TRADE RECEIVABLES)**

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Third parties | 818,494,925 | 720,239,393 |

LIBERTY HOUSE GROUP PTE. LTD.   77

692

| | | |
|---|---|---|
| Less: Allowance for impairment | (8,655,166) | (3,152,603) |
| Related parties | 10,433,133 | 62,715,504 |
| | 820,272,892 | 779,802,294 |

Expected credit losses

The movement in allowance for expected credit losses of trade receivables computed based on lifetime ECL are as follows:

| | Group | |
|---|---|---|
| **Movement in allowance for impairment** | 2019 $ | 2018 $ |
| Opening balance as at 01 April 2018 | 3,152,603 | - |
| Provision during the year | 5,502,563 | 3,152,603 |
| Balance at end of the year | 8,655,166 | 3,152,603 |

The group's amounts of contract with customers are denominated in the following currencies:

| | Group | |
|---|---|---|
| | 2019 $ | 2018 $ |
| Great Britain Pound | 166,826,248 | 188,138,545 |
| Euro | 30,684,240 | 12,789,860 |
| United States Dollar | 621,292,663 | 576,426,017 |
| United Arab Emirates dirham | 1,469,741 | 2,210,585 |
| Vietnam Dong | - | 237,287 |
| | 820,272,892 | 779,802,294 |

| | Company | |
|---|---|---|
| | 2019 $ | 2018 $ |
| Trade receivables | 21,370,616 | 28,690,696 |
| | 21,370,616 | 28,690,696 |

The company's amounts of contract of customers are denominated in the following currencies:

| | Company | |
|---|---|---|
| | 2019 $ | 2018 $ |
| United States Dollars | 21,370,616 | 28,690,696 |
| | 21,370,616 | 28,690,696 |

Trade receivables are settled through assignment agreements.

LIBERTY HOUSE GROUP PTE. LTD.   78

CRK-2/0078

Trade receivables are non-interest bearing and credit terms are in accordance with the contract or agreements with the customers. Trade receivables are recognised at their original invoiced amounts which represent their fair values on initial recognition. The trade receivables are considered to be of short duration and are not discounted and the carrying values are assumed to approximate their fair values. Certain trade debtors have been pledged as security to the banks/third parties on an individual transaction's basis. (Note 17 and 31).

An impairment loss of GBP 335,389 and $310,863 (2018: GBP 80,245 and USD 45,000), and reversal of impairment provision of (GBP 14,520) was recognised in administrative expenses / (income) against trade receivables during the year due to bad and doubtful debts.

As part of receivable purchase agreement between a subsidiary and a group company, certain trade receivables amounting to GBP 8,643,121 (2018: GBP 12,212,927) were sold on a non-recourse basis. Hence trade receivables are shown net of these amount sold. This facility is secured by a fixed and floating charge over the trade receivables of the company.

In accordance with the invoice discounting facility, certain trade receivables of one of the subsidiaries amounting to GBP 570,376 are sold on a non-recourse basis, hence the subsidiary does not retain the significant risks and rewards related to the discounted debts. As such, trade receivables are shown net of the amount sold with the latter being derecognised as financial assets.

One of the subsidiary's trade receivables are sold to a factoring company. As at 31 March 2019, the receivables sold amounted to Euro 6,191,930 and is shown in other receivables. The total of contractual holdbacks is shown under "Other receivables" and amounts to Euro 530,318.

One of the subsidiary manages the risk associated with the sale of goods on credit terms through the use of trade credit insurance. One of the subsidiary bank has a fixed charge over cash deposits of GBP 209,950 (2018: GBP 161,000) included in cash (2018: Other receivables), which has been set aside as a guarantee for certain facilities provided by the bank.

As part of a receivable purchase agreement between the above sub-subsidiaries and a group subsidiary, certain trade receivables were sold on a non-recourse basis. Hence, trade receivables are shown net of these amounts sold. Included within trade receivables are allowances for doubtful debts of GBP 4,564,106 (2018: GBP 3,813,107). During the year one of the subsidiary has an impairment loss of GBP 88,000 (2018: GBP 54,360) was recognised in trade receivables.

12.    **OTHER RECEIVABLES**

|  | Group | |
|---|---|---|
| **Current** | 2019 | 2018 |
|  | $ | $ |
| Advance to staff | 225,336 | 193,826 |
| Advance to suppliers-third party | 638,925 | 5,200,796 |
| Deposit – margin deposit for brokers | - | 7,453,161 |
| Deposit – others | 6,194,395 | 376,494 |
| Deposit – law suit | 1,454,956 | 8,618 |

CRK-2/0079

**694**

| | 2019 | 2018 |
|---|---|---|
| GST recoverable | 4,073,952 | 1,302,561 |
| Deferred tax assets | 2,949,434 | 626,183 |
| Other taxation and social security | 16,830,805 | 4,403,379 |
| Prepayments- finance expenses | - | - |
| - operating expenses | 19,450,441 | 396,515 |
| - others and accrued income | 616,094 | 21,763,506 |
| Other receivable | 46,876,355 | 9,986,080 |
| | 99,310,693 | 51,711,119 |
| Less: Allowance for impairment | (1,330,971) | (1,293,461) |
| | 97,979,722 | 50,417,658 |

| | Group | |
|---|---|---|
| **Non-Current** | **2019** | **2018** |
| | **$** | **$** |
| Other receivable | 10,927 | - |
| | 10,927 | - |

| | Group | |
|---|---|---|
| **Movement in allowance for impairment** | **2019** | **2018** |
| | **$** | **$** |
| Opening balance as at 01 April 2018 | 1,293,461 | 1,293,461 |
| Provision during the year | 37,510 | - |
| Balance at end of the year | 1,330,971 | 1,293,461 |

| | Company | |
|---|---|---|
| | **2019** | **2018** |
| | **$** | **$** |
| Other receivables | 6,194,395 | - |
| Balance at end of the year | 6,194,395 | - |

Deposit paid for lawsuit is pertaining to the advance paid by the Vietnam subsidiary to the court in Vietnam for the various law suits by the subsidiary against its debtors amounting to $101,660 (2018: $110,280). Allowance for doubtful debts of $48,538 (2018: $11,028) have been provided against these receivables due to uncertainty about the recoverable amounts of these balances.

One of the subsidiary other debtors amounting to $1,530,525 which are unsecured, interest-free and repayable on demand.

Advances to supplier represents funds provided towards future purchase transactions of the group.

The other receivables are denominated in the following currencies:

| | Group | |
|---|---|---|
| | **2019** | **2018** |
| | **$** | **$** |

**695**

doc941?4fe501852c1dc4b765?a23c1cd0d4385dc4644da7e4a852762b7de05c4

| | | |
|---|--:|--:|
| Vietnam Dong | 151,016 | 233,354 |
| Malaysia Ringgit | - | 10,133 |
| Hong Kong dollars | 120,847 | 122,399 |
| Singapore dollars | 233,953 | 106,008 |
| Great Britain Pound | 83,108,047 | 36,529,447 |
| United Arab Emirates dirham | 679,679 | 336,148 |
| United States dollars | 13,458,223 | 12,913,118 |
| Chinese Yuan renminbi | 223,460 | 167,051 |
| Swiss Franc | 4,497 | - |
| | 97,979,722 | 50,417,658 |

## 13.    DERIVATIVE FINANCIAL INSTRUMENTS

### GROSS AMOUNT

| | Contract/ notional amount @ | Financial assets | Financial liabilities | Net financial liabilities in statement of financial position |
|---|--:|--:|--:|--:|
| | $ | $ | $ | $ |
| **GROUP - 2019** | | | | |
| Assets | | | | |
| Undesignated derivative | | | | |
| Commodity forward | - | - | - | - |
| Currency forward | | | | |
| | - | - | - | - |
| Liabilities | | | | |
| Undesignated derivative | | | | |
| Commodity forward | 112,719,368 | 96,773,163 | (109,139,175) | (12,366,012) |
| Currency forward | - | - | - | - |
| | 112,719,368 | 96,773,163 | (109,139,175) | (12,366,012) |
| **GROUP - 2018** | | | | |
| Assets | | | | |
| Undesignated | | | | |

LIBERTY HOUSE GROUP PTE. LTD.    81

**696**

| | | | | |
|---|---|---|---|---|
| derivative | | | | |
| Commodity forward | 89,816,560 | 85,940,138 | (74,766,149) | 11,173,989 |
| Currency forward | - | 239,527 | - | 239,527 |
| | 89,816,560 | 86,179,665 | (74,766,149) | 11,413,516 |
| Liabilities | | | | |
| Undesignated | | | | |
| derivative | | | | |
| Commodity forward | 2,331,324 | 10,056,151 | (14,249,180) | (4,193,029) |
| Currency forward | - | - | (34,985) | (34,985) |
| | 2,331,324 | 10,056,151 | (14,284,165) | (4,228,014) |

Commodity forward contracts are transacted in price for Nickel and Cooper. Commodity forwards are transacted to hedge highly probable forecast commodity transactions expected to occur at various dates within three months from the end of the reporting period. The commodity forward have maturity dates that coincide within the expected occurrence of these transactions. Gains and losses are recognized in statement of comprehensive income as part of purchases consumed (Note 23).

14.    **CASH AND BANK BALANCES**

The cash and bank balances including fixed and margin deposits as at the reporting date are stated at its fair value.

| | Group | |
|---|---|---|
| | 2019 | 2018 |
| | $ | $ |
| Cash on hand | 171,080 | 10,746 |
| Cash at bank | 44,591,030 | 47,110,374 |
| Fixed deposit | 450,546 | 779,037 |
| Call deposit | - | 2,386 |
| Labour deposits | 26,955 | 114,594 |
| Margin deposits | 11,320,399 | 12,259,649 |
| | 56,560,010 | 60,276,786 |

**Fixed deposit**
The fixed deposits bear interest in between 1.61% to 1.85% per annum with tenor period of 6 to 12 months. The fixed deposits are pledged with a bank for banking facilities purpose (note 31).

**Call deposit**
In previous year Call deposit has no fixed maturity period and is non-interest bearing.

**Labour deposit**
Labour deposit are held under lien for guarantees issued (note no.31)

**Margin deposit**
Margin deposits have been pledged to banks as security for the banking facilities as disclosed in Note no 31. Margin deposit has no fixed maturity period and is non-interest bearing.

**Time deposit**

LIBERTY HOUSE GROUP PTE. LTD.    82

Time deposit is with tenor period of 30 days with interest rate of 2.3% per annum. Time deposit have been pledged to banks as security for the banking facilities as disclosed in Note 31.

| | Company | |
|---|---|---|
| | 2019 | 2018 |
| | $ | $ |
| Cash at bank | 371,825 | 3,220 |
| Margin deposit | 4,873,279 | - |
| | 5,245,104 | 3,220 |

The carrying amounts are assumed to be a reasonable approximation of fair value.

CRK-2/0083

The cash and bank balances as at the reporting date are denominated in the following currencies:

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Chinese yuan renminbi | 178,805 | 26,633 |
| Euro | 6,386,650 | 4,965,200 |
| Hong Kong Dollars | 17,505 | 16,891 |
| Singapore Dollars | 101,183 | 83,496 |
| Great Britain Pound | 28,007,038 | 13,649,005 |
| United Arab Emirates Dirham | 2,511,631 | 99,224 |
| United States Dollars | 18,227,697 | 41,430,666 |
| Australian Dollar | 405 | 468 |
| Vietnam Dong | 6,359 | 5,203 |
| Swiss Franc | 1,725 | - |
| Hungarian Forint | 633,624 | - |
| Polish Zloty | 487,388 | - |
|  | 56,560,010 | 60,276,786 |

|  | Company | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| United States Dollars | 3,038,125 | 3,220 |
| Great Britain Pound | 2,206,979 | - |
|  | 5,245,104 | 3,220 |

15.   CONTRACT WITH SUPPLIERS (TRADE PAYABLES) and OTHER PAYABLES

| Current | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Contract with suppliers  - Third parties | 248,406,725 | 182,899,002 |
| Contract with suppliers    –  Related parties | 6,587,352 | 10,496,186 |
| Deposits and accruals | 88,336,909 | 154,227,865 |
| Other tax liability payable | 27,138,489 | 12,822,541 |
| Advance from customers | 2,790 | 92,104 |
| Other payables | 6,752,429 | 4,746,835 |
|  | 377,224,694 | 365,284,533 |

| Non-Current | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Provision for staff end-of-service gratuity | 965,517 | 771,213 |
| Other payables | 4,719,960 | 140,200 |

LIBERTY HOUSE GROUP PTE. LTD.    84

**699**

| | | |
|---|---:|---:|
| Defined benefit pension scheme deficit | 57,741,660 | 10,767,360 |
| Long term provision | - | 71,417,824 |
| Deferred income | 7,102,067 | 14,423,154 |
| | 70,529,204 | 97,519,751 |

| | Company | |
|---|---:|---:|
| Current | 2019 | 2018 |
| | $ | $ |
| Contract with suppliers | 1,950,135 | - |
| Other payables | - | 200,607 |
| Provision for expenses | 260,000 | 210,000 |
| | 2,210,135 | 410,607 |

Trade payables are recognised at their original invoiced amounts which represent their fair values on initial recognition. Trade payables are considered to be of short duration and are not discounted.

Trade payables are non-interest bearing and are settled on cash against document terms.

The group's amounts of Trade and other payables are denominated in the following currencies:

| Current | Group | | Company | |
|---|---:|---:|---:|---:|
| | 2019 | 2018 | 2019 | 2018 |
| | $ | $ | $ | $ |
| Australian Dollars | 6,131 | 10,532 | - | - |
| Chinese yuan renminbi | 47,397 | 109,968 | - | - |
| Euro | 28,738,429 | - | 1,833,586 | - |

LIBERTY HOUSE GROUP PTE. LTD.    85

CRK-2/0085

| | | | | |
|---|---|---|---|---|
| Hong Kong Dollars | 3,556 | 5,823 | - | - |
| Singapore Dollars | 103,216 | 116,212 | - | - |
| Great Britain Pounds | 265,043,699 | 268,696,906 | - | - |
| United Arab Emirates Dirham | 2,387,096 | 1,558,297 | - | - |
| United States Dollars | 85,329,611 | 94,777,154 | 376,549 | 410,607 |
| Vietnam Dong | 10,108 | 9,641 | - | - |
| Swiss Franc | 16,761 | - | - | - |
| Polish zloty | 2,640,757 | - | - | - |
| | 377,224,694 | 365,284,533 | 2,210,135 | 410,607 |

| | Group 2019 $ | Group 2018 $ |
|---|---|---|
| **Non-current** | | |
| Great Britain Pound | 62,461,620 | 96,748,538 |
| Euro | 7,102,067 | - |
| Australian dollar | 965,517 | - |
| United States Dollar | - | 771,213 |
| | | 97,519,751 |
| | 70,529,204 | |

Contract liabilities relates to finance received from two major UK automobile groups upon acquisition of a UK subsidiary to secure future sources of supply and is being amortised against sales made to such groups, which is expected to be approximately 2 years.

One of the subsidiary has come to an arrangement with one of their suppliers to defer GBP 3,000,000 amount of trade creditor's payable for a period of over 1 year.

Defined retirement benefit
Eleven of the subsidiaries operates a defined contribution pension scheme for all qualifying employees. The assets of the scheme are held separately from those of the subsidiary in an independently administered fund.  At reporting date, the total outstanding within current liabilities for all the six subsidiaries was GBP 57,393(2018: GBP 49,434)

One of the subsidiary became the principal employer of the final salary defined benefit scheme, Coventry presswork pension and life assurance scheme, when it acquired the business of CP realisations 2016 Limited (formerly known as Covpress Limited).

The pension scheme assets are held in a separate trustee administered fund to meet the long term pension liabilities to past and present employees. The trustees of the fund are required to act in the best interest of the funds beneficiaries. The appointment of trustees to the fund is determined by the scheme trust documentation. The full actuarial valuation was carried out as at 31 March 2019. Full actuarial valuations will be carried out every three years. The scheme closed to future accruals from 5 April 2004.

LIBERTY HOUSE GROUP PTE. LTD.    86

CRK-2/0086

d4c3413f5e844c82c14c4b705042dc1c60c4325dc19441da7eda852782b76e050d

The updated valuation showed the market value of the scheme assets amounted to GBP 23,234,000 (2018: GBP 24,376,000) and the actuarial value was sufficient to cover 90% (2017:88%) of the benefit that had accrued to members.

At the period end, a deficit of GBP 2,680,000 (2018: GBP 3,330,000) has been recognised in respect of the defined benefit pension plan. The opening position of the pension scheme on acquisition was a deficit of GBP 2,769,000.

The assets and liabilities of the scheme at 31 March 2019 are:

|  | Group | |
|---|---|---|
|  | 2019 GBP | 2018 GBP |
| Scheme assets at fair value |  |  |
| Global equities | 12,786,000 | 12,871,000 |
| Government bonds | 3,694,000 | 3,621,000 |
| Corporate bonds | 4,221,000 | 4,382,000 |
| Trustee bank balance | 215,000 | 381,000 |
| Value if insured annuities | 1,836,000 | 1,979,000 |
| Fair value of scheme assets | 22,752,000 | 23,234,000 |
| Present value of scheme liabilities | (29,431,000) | (25,914,000) |
| Defined benefit pension plan deficit | (6,679,000) | (2,680,000) |

The annual return on scheme assets was GBP 359,000.

The pension scheme has not invested in any of the subsidiary own financial instruments nor in properties or other assets used by the subsidiary.

The amounts recognised in the income statement and in the statement of comprehensive income for the period analysed as follows:

**Recognised in the income statement**

|  | Group | |
|---|---|---|
|  | 2019 GBP | 2018 GBP |
| Net interest on net liability | 74,000 | 82,000 |
| Scheme expenses | 224,000 | 247,000 |
|  | 298,000 | 329,000 |

Administration costs of GBP 247,000 (2018: GBP 192,000) incurred by the trustees were in relation to acquisition legal advice and therefore have been included within the negative goodwill.

**Taken to the statement of other comprehensive income**

|  | Group | |
|---|---|---|
|  | 2019 GBP | 2018 GBP |
| Actuarial (gains) / losses | 4,026,000 | (629,000) |
|  | 4,026,000 | (629,000) |

CRK-2/0087

Changes in the present value of the defined benefit pension obligation are analysed as follows:

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | GBP | GBP |
| Opening defined benefit obligation | 25,914,000 | 27,706,000 |
| Interest expense | 708,000 | 673,000 |
| Actuarial experience (gains) / losses | 2,627,000 | 143,000 |
| Change in actuarial assumptions – financial | 1,464,000 | (1,004,000) |
| Benefits received paid | (1,282,000) | (1,604,000) |
| Closing defined benefit obligation | 29,431,000 | 25,914,000 |

Changes in the fair value of plan assets are analysed as follow:

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | GBP | GBP |
| Opening fair value of assets | 23,234,000 | 24,376,000 |
| Interest income | 634,000 | 591,000 |
| Employer's contribution | 325,000 | 350,000 |
| Scheme expenses | (224,000) | (247,000) |
| Return on plan assets less interest income | (1,282,000) | (232,000) |
| Benefits paid | 65,000 | (1,604,000) |
|  | 22,752,000 | 23,234,000 |

Pension contributions are determined with the advice of independent qualified actuaries, on the basis of annual valuations using the projected unit credit method. The projected unit credit method is an accrued benefits valuation method in which the scheme liabilities make allowance for future earnings. Scheme assets are stated at their market values at the respective statement of financial position dates.

Main assumptions

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Discount rate at start period | 2.80% | 2.80% |
| Discount rate at period end | 2.40% | 2.80% |
| Retail Price inflation | 3.10% | 3.10% |
| Consumer price inflation | 2.00% | 2.00% |
| Pension accrued before 6.4.1997 | 3.00% | 3.00% |
| Pension accrued after 6.4.1997 | 3.20% | 3.20% |
| Life expectancy at age 65 years |  |  |
| Males | 20.9 | 20.9 |
| Females | 22.8 | 22.8 |
| Males (age 45 at period-end) | 22.0 | 22.0 |
| Females (age 45 at period-end) | 24.0 | 24.0 |

A schedule of contributions covering the period from 6 April 2017 to 5 April 2022 states that contributions will be payable monthly by the last day of the calendar month to which the contribution relates. For 6 April 2018 to 5 April 2019 monthly

LIBERTY HOUSE GROUP PTE. LTD.   88

CRK-2/0088

**703**

payment of GBP 29,167 will be paid.

The provision for staff end of service gratuity relates to one of the subsidiaries post-employment benefits for its qualifying employees in accordance with the subsidiary's employment policies.

The group has accrued arbitration costs amounting to $999,639(2018: $999,639) for the dispute of one of its subsidiaries with a customer on the quality of goods supplier.

16.     **AMOUNT DUE TO A DIRECTOR**

The amount owing to a director is non-trade in nature, unsecured, interest-free and repayable within the next twelve months.

The amount owing to a director is denominated in United States dollars

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Amount due to a director | 2,841,083 | 2,679,451 |
|  | 2,841,083 | 2,679,451 |

17.     **BANK BORROWINGS, secured**

The bill payables and trust receipts bear interest in the range of 4.75% to 505% (2018:4.05% to 6.7%) (2017:3.2% to 5.75%) per annum and repayable from 90 to 180 (2018: 60 to 150 days)

The bank overdraft born interest ranged from 3% to 5.75% per annum or LINOR plus a margin of 1.5% up to 4.25% per annum.

Bills discounted with financial institution are recourse, bear interest at the range of 4.95% to 5.7% (2017: 4.75% to 5.75%) per annum and repayable within 90 to 150 (2017:180) days.

The bank loan bear interest in the range of 3% to 3.5% (2018: 3% to 3.5%) per annum and repayable within next 12 months.

The bank borrowings are generally secured on an individual transaction basis (note.31)

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |

LIBERTY HOUSE GROUP PTE. LTD.   89

CRK-2/0089

**704**

| | $ | $ |
|---|---|---|
| Bank borrowings, short term | 202,438,408 | 393,128,753 |
| Bank and other borrowings, long term | 70,526,863 | 71,368,989 |
| | 272,965,271 | 464,497,742 |

Further analysis of bank and other borrowings are as follows: -

| | Group | |
|---|---|---|
| | 2019 | 2018 |
| **Current** | **$** | **$** |
| Bank loans | 26,247,788 | 31,241,465 |
| Bills payables/Trust receipts | 87,399,482 | 175,679,626 |
| Bills discounted | 4,813,209 | 15,916,259 |
| Bank overdrafts | 723,235 | - |
| Receivable finance facility | 83,254,694 | 170,291,403 |
| | 202,438,408 | 393,128,753 |
| **Non-current** | | |
| Bank loans | 70,526,863 | 71,368,989 |
| | 70,526,863 | 71,368,989 |
| | 272,965,271 | 464,497,742 |

The bank borrowings are denominated in the following currencies:

| | Group 2019 | Group 2018 |
|---|---|---|
| | $ | $ |
| Euro | 14,342,628 | - |
| Great Britain Pound | 179,467,275 | 243,915,438 |
| United States dollar | 79,155,368 | 220,582,304 |
| | 272,965,271 | 464,497,742 |

| | Company 2019 | Company 2018 |
|---|---|---|
| | $ | $ |
| Bank borrowings | 7,169,500 | - |
| | 7,169,500 | - |

The bank borrowings are denominated in the following currencies:

| | Company | Company |
|---|---|---|
| | $ | $ |
| | 2019 | 2018 |

LIBERTY HOUSE GROUP PTE. LTD.    90

CRK-2/0090

**705**

d8c241f45e56c8bc14c4b7609423c_c8663385dc9841da7e1a852762b7Cc054a

| | | |
|---|---|---|
| Great Britain Pound | 7,169,500 | - |
| | 7,169,500 | - |

### Other Borrowings

A part of the loan repayable, included in current and non-current liabilities and are bearing interest at prevailing market rate per annum and are over a term of 5 years. The loan is guaranteed by a fixed and floating charge over certain assets of the subsidiary.

Other loans also includes GBP 6,246,215 term loan facility with one of the bank.

### Receivables and stock finance facility

The receivables and stock finance facility for all the subsidiaries are guaranteed by a fixed and floating charge over the assets of the subsidiaries at a commercial rate above LIBOR. The underlying securities in this respect are trade receivables and inventories of the subsidiaries.

At year end the subsidiaries owed GBP nil (2018: GBP 19,323,609) to the receivables finance facility. During the year, two subsidiaries secured a new receivable finance facility through its related party.

At the year end the subsidiary owed GBP 31,338,936 (2018: 35,347,138) to the stock finance facility.

Included in the bank overdraft and bank loans are secured amounts in the sum of GBP NIL (2018: GBP 32,846,850) in respect of invoice financing. The GBP 6,690,487 (2018: GBP 3,153,500) is in respect of secured bank loans due within one year. The underlying securities in this respect are trade receivables and inventories of the company.

### Bank Borrowings – Current and Non-current

Bank loans, overdraft facilities and similar finance are secured by a fixed and floating charge over the trade receivables/inventories/ other assets of the subsidiaries with interest being charged at commercial rates and the loans are repayable in full within 2 to 5 years.

### Current liabilities

Other loans include a receivables finance facility of GBP 1,813,000 (2018: GBP 2,198,778) which is secured by a charge over certain assets of the company.

Upon acquisition of the business that was used to set up for Liberty Wheels France, financing was raised from two major French automobile groups totalling to Euro 10 million (USD 12 million) so as to secure future sources of supply, of which Euro 8.5 million (USD 9.5 million) will be repaid over the period 2022 to 2026. Of this amount, Euros 4.6 million was received during the year of which approximately Euros 3.8 million is classes as a loan, and Euros 809k is non-refundable. The remaining amounts is to be received in next two years. Guarantees have been given in respect of these arrangements by Liberty House Group Pte ltd and Liberty Global Holdings Pte Ltd.

CRK-2/0091

**706**

Amounts owed to group undertakings and related parties have no fixed repayment date and non-interest bearing.

Bank facilities of the Group are secured by the following:

a) Certain of the Group companies have provided cross-guarantees to certain banks in respect of their facilities.
b) Assignment of insurance policy for stock (inventories) and receivables
c) All asset debentures for certain companies
d) Deed of pledge and assignment over general/specific inventories, documents, trade receivables and all rights
e) Irrevocable personal guarantee of a Director
f) Pledge on bank accounts of the Group
g) Letter of undertaking
h) Keyman insurance of Director.

The company need to repay the loan in full on the repayment date which is 180 days and it is denominated in Euro currency.

18.   OTHER BORROWINGS, secured

|  | Group 2019 $ | Group 2018 $ |
|---|---|---|
| Bills discounted | 36,803,285 | 43,421,326 |
| Loans | 81,726,105 | 74,733,722 |
|  | 118,529,390 | 118,155,048 |

|  | Company 2019 $ | Company 2018 $ |
|---|---|---|
| Loans | 19,973,389 | 28,989,273 |
|  | 19,973,389 | 28,989,273 |

**Other Borrowings**

A part of the loan repayable, included in current and non-current liabilities and are bearing interest at 4.75% per annum and are over a term of 5 years. The loan is guaranteed by a fixed and floating charge over certain assets of the subsidiary.

Bills discounted are discounted with third parties/financial institution other than bank (Note 17). This bills discounted are recourse, bears interest at 4% to 10.5% (2018:5.8% to 10.5%) per annum and repayable within 90 days to 180 (2018:120 to 180) days.

Other loans bears interest ranging from 8% to 9% (2018:7% to 7.80%) per annum and repayable within 90 to 180 days (2018:180 days). Out of the total bills discounted loans of $36,803,285 (2018:43,421,326) are secured by trade receivables of $50,301,166(2018:$49,394,189)

CRK-2/0092

**707**

Other borrowings are denominated in following currencies:

|  | Group | |
|---|---|---|
|  | 2019 $ | 2018 $ |
| Euro | 16,220 | - |
| United States dollar | 117,690,105 | 116,052,048 |
| Great Britain Pound | 823,065 | 2,103,000 |
|  | 118,529,390 | 118,155,048 |

19.   FINANCIAL LEASE LIABILITIES

| Current | Group | |
|---|---|---|
|  | 2019 $ | 2018 $ |
| Due within one year – (current) | - | 8,139 |
| Obligation under finance lease | 15,024,598 | 9,182,210 |
|  | 15,024,598 | 9,190,349 |

| Non-Current | Group | |
|---|---|---|
|  | 2019 $ | 2018 $ |
| Due within two to five years – (Non-current) | - | - |
| Obligation under finance lease | 30,742,206 | 41,471,931 |
|  | 30,742,206 | 41,471,931 |

The finance lease liabilities represent vehicle loan amounting to $8,139 (2018: $39,814) at interest rate of 5.5% (2018:5.5%) per annum is secured upon the related vehicle having a cost of $128,100 and net book value of $43,903 (2018: $58,484).

Obligations under finance lease

Finance lease payments represents rentals payable by the above subsidiaries for certain items of plant and machinery. Lease include purchase options at the end of the lease period and no restrictions are placed on the use of the assets. The average lease terms are 3-5 years. All leases are on a fixed repayment basis and no arrangements have been entered into for contingent rental payments. The fair value of the subsidiary lease obligations is approximately equal to their carrying amount.

The finance lease liabilities are denominated following currencies:

|  | Group | |
|---|---|---|
|  | 2019 $ | 2018 $ |
| United Arab Emirates Dirham | - | 8,139 |
| Great Britain Pound | 45,766,804 | 50,654,141 |
|  | 45,766,804 | 50,662,280 |

20.   TAXATION – GROUP

LIBERTY HOUSE GROUP PTE. LTD.   93

CRK-2/0093

**708**

(a) **Income tax expenses**

|  | 2019 $ | 2018 $ |
|---|---|---|
| Current income tax | 1,095,900 | 4,435,800 |
| Under/(over) provision in prior year | - | - |
|  | 1,095,900 | 4,435,800 |

The current year income tax expense varies from the amount of income tax expense determined by applying the Singapore statutory income tax rate of 17% (2018: 17%) to the profit/(loss) before income tax as a result of the following differences: -

|  | 2019 $ | 2018 $ |
|---|---|---|
| Profit before tax | 95,564,529 | 78,268,876 |
| Tax calculated at corporate tax rate of 17% | 16,245,970 | 13,305,709 |
| Tax effect on deferred tax not recognised | 115,939 | 3,542,982 |
| Tax effect on separate source | 90,228 | (277,636) |
| Effect of different tax rates in other country | (3,115,692) | (3,397,509) |
| Tax incentive/rebate | (632,747) | (1,962,604) |
| Temporary differences not recognised | 573,658 | 330,670 |
| Non-taxable income | (11,035,208) | (6,983,450) |
| Tax exemption | (22,916) | (18,491) |
| Under/(over) provision in prior years | (2,057,312) | (89,413) |
| Tax effect on group relief | 1,216,621 | - |
| Others | (282,641) | (14,458) |
| Tax expenses | 1,095,900 | 4,435,800 |

The group and company has unabsorbed tax losses which are available for offset against future taxable income of the group and company subject to the agreement by the local tax authorities. Future tax benefits arising from tax losses have not been recognised since there is no reasonable certainty of their recoverability in future periods.

(b) **Movement in current income tax liability**

|  | 2019 $ | 2018 $ |
|---|---|---|
| Balance at beginning of financial year | 7,483,230 | 2,299,475 |
| Tax expense on profit for current financial year | 1,095,900 | 4,435,800 |
| Tax paid/(refund) during the financial year | (3,284,652) | 747,955 |
| Others | 285,030 | - |
| Balance at end of financial year | 5,294,478 | 7,483,230 |

(c) **Deferred tax**

Deferred income tax assets and liabilities are offset when there is a legally enforceable right to set off current income tax assets against current income tax liabilities and when the deferred income taxes relate to the same fiscal authority.

The amounts, determined after appropriate offsetting.

|  | 2019 | 2018 |
|---|---|---|

LIBERTY HOUSE GROUP PTE. LTD.   94

CRK-2/0094

**709**

|  | $ | $ |
|---|---|---|
| Deferred income tax asset |  | - |
| Deferred income tax liability | 31,425,882 | 36,138,077 |
| Net deferred income tax  liability/(assets) | 31,425,882 | 36,138,077 |

The movement in the deferred income tax assets and liabilities (prior to offsetting of balances within the same tax jurisdiction) during the financial year is as follows:

**Deferred income tax assets**

|  | 2019 | 2018 |
|---|---|---|
|  | $ | $ |
| Tax losses | - | - |
| Capital allowances | - | - |
| Provisions | - | - |
| Other temporary differences | - | - |
| Deferred income tax assets | - | - |

**Deferred tax liability and other provision**

|  | 2019 | 2018 |
|---|---|---|
|  | $ | $ |
| Excess of net book value over tax written down values of plant and equipment |  | - |
| Deferred tax liability | 31,425,882 | 36,138,077 |
| Other provisions | 28,639,548 | 30,373,630 |
| Deferred tax  liability | 60,065,430 | 66,511,707 |

Provision for tax and other provisions

|  | 2019 | 2018 |
|---|---|---|
|  | $ | $ |
| Environmental Provisions | 3,391,940 | 23,188,812 |
| Dilapidation Provision | 4,831,503 | 3,063,477 |
| Pot relining and decommissioning | 17,811,571 | 1,775,331 |
| Provision for other liabilities | 2,604,534 | 2,346,010 |
|  | 28,639,548 | 30,373,630 |

The movement in the Company's deferred tax liability is as follows:

|  | 2019 | 2018 |
|---|---|---|
|  | $ | $ |
| Balance at 1 January | 66,511,707 | 14,887,784 |
| Current year recognition-Deferred tax liability | (4,712,195) | 21,250,293 |
| Current year recognition-Other Provisions | (1,734,082) | 30,373,630 |
| Deferred income tax  liability | 60,065,430 | 66,511,707 |

**TAXATION: COMPANY**

(a)   **Tax expense**

LIBERTY HOUSE GROUP PTE. LTD.   *95*

**710**

| | 2019 | 2018 |
|---|---|---|
| | $ | $ |
| Current income tax | 7,155 | 5,753 |
| | 7,155 | 5,753 |

The income tax on profit before tax differs from the amount that would arise using the Singapore standard rate of income tax due to the following:

| | 2019 | 2018 |
|---|---|---|
| | $ | $ |
| Profit/(Loss) before tax | (2,276,613) | 52,265 |
| Tax calculated at corporate tax rate of 17% | (387,024) | 8,885 |
| Tax effect on deferred tax not recognised | 379,869 | (3,132) |
| Tax payable | 7,155 | 5,753 |

As at 31 March 2019, the company has tax losses amounting to $1,980,097/- (2018: $296,516/-) and deferred tax benefit of $336,616/- (2018: $50,408/-) not recognised in the financial statement under review.

**(b)   Movement in current income tax liability**

| | 2019 | 2018 |
|---|---|---|
| | $ | $ |
| Balance at beginning of financial year | 5,753 | - |
| Tax expense on profit for current financial year | 7,155 | 5,753 |
| Balance at end of financial year | 12,908 | 5,753 |

**21.   SHARE CAPITAL-Group and Company**

Issued and paid-up ordinary share capital

| | 2019 | 2018 |
|---|---|---|
| | $ | $ |
| 325,561,301  ordinary shares | 325,561,301 | 325,561,301 |

The issued ordinary share is fully paid. There is no par value for this ordinary share. The holder of ordinary share is entitled to receive dividends as declared from time to time and is entitled to one vote per share at meetings of the company. All shares rank equally with regards to the company's residual assets.

Revaluation Reserves

The Revaluation Reserve records unrealised surpluses and deficits created from the revaluation of fixed assets. One of the subsidiary has taken certain transitional exemptions under FRS 102 to use the historic valuation of certain land and buildings as deemed cost. The revaluation reserve will be released over the remaining life of the associated property assets.

Share premium

In one of the subsidiary the share premium account is a non –distributable reserve and represents the amount above the nominal value received for shares sold, less any transaction costs associated with the issuing of shares. Due to the fact that the above subsidiary's annual financial statement is not subject to the obligation of

LIBERTY HOUSE GROUP PTE. LTD.   96

**711**

auditing and announcing pursuant to article 64 of the Act, the financial statement does not include a statement of changes in equity and a cash flow statement (article 45 paragraph 3 of the Accounting Act)

22.    REVENUE

| Disaggregation of Revenue | Group | |
|---|---|---|
| | 2019 $ | 2018 $ |
| Sale of Steel | 1,206,326,137 | 793,430,045 |
| Sale of Engineering | 258,783,896 | 285,356,617 |
| Sale of Aluminium | 231,976,551 | 187,613,127 |
| Sale of metal and metal ores | 8,381,085,904 | 6,578,459,540 |
| | 10,078,172,488 | 7,844,859,329 |
| **Timing of transfer of goods** | 10,078,172,488 | 7,844,859,329 |
| At a point of time | | |
| | 10,078,172,488 | 7,844,859,329 |
| **Primary geographical market** | | |
| United Kingdom | 773,522,366 | 647,398,913 |
| Rest of Europe | 428,754,695 | 333,613,962 |
| North America (Canada, USA, Mexico) | 50,988,279 | 52,145,996 |
| India | 86,114 | 9,208,835 |
| Rest of Americas | 12,530 | 18,540,249 |
| Australasia | 1,865 | 890,418 |
| Asia and Middle East | 4,926,660,721 | 4,664,685,318 |
| Europe | 3,321,827,779 | 1,812,154,521 |
| United States of America | 37,068,847 | 46,012,891 |
| Africa | 25,580,359 | 4,821,032 |
| Others | 70,028,830 | - |
| Rest of Asia | 328,252,906 | 139,999,997 |
| Rest of the world | 115,387,197 | 115,387,197 |
| | 10,078,172,488 | 7,844,859,329 |

| Disaggregation of Revenue | Company | |
|---|---|---|
| | 2019 $ | 2018 $ |
| Sale of metal and metal ores | 67,405,579 | 61,500,367 |
| | 67,405,579 | 61,500,367 |
| **Timing of transfer of goods** | 67,405,579 | 61,500,367 |
| At a point of time | | |

LIBERTY HOUSE GROUP PTE. LTD.    97

**712**

|  | 67,405,579 | 61,500,367 |
|---|---|---|

**Primary geographical market**

|  |  |  |
|---|---|---|
| Hong Kong | 25,156,449 | 20,630,115 |
| United Kingdom | 28,005,895 | 21,226,359 |
| Singapore | 14,243,235 | 19,643,893 |
|  | 67,405,579 | 61,500,367 |

The following table provides information about the nature and timing of the satisfaction of performance obligations in contracts with customers, including significant payment terms, and the related revenue recognition policies:

| Nature of goods and services | The group and company generates revenue from trading or sale in commodities (i.e. ferrous and non-ferrous metal and metal ores). |
|---|---|
| When revenue is recognised | Income from the sale of goods is recognised when the control of goods (i.e. risk of obsolescence and loss of shipment) are transferred to the customer). |
| Significant payment terms | Payment is due within 0 to 180 days from the date of shipment. |

23.     COST OF SALES

|  | Group | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Opening inventories | 308,445,303 | 155,351,078 |
| Wages & salaries | 219,155,218 | 198,864,718 |
| Depreciation | 45,758,262 | 43,800,765 |
| Commission paid | 303,982 | 381,432 |
| Freight and handling charges | 52,586,328 | 45,029,070 |
| Marine and credit insurance | 11,638 | 110,010 |
| Tolling charges | 703,559 | 7,815,299 |
| Production overhead expenditure | 70,587,660 | 89,488,239 |
| Inspection charges | 20,612 | 16,573 |
| Net gain on fair value of derivative (note13) | 61,856,095 | (24,197,495) |
| Storage charges | 83,677 | 22,520 |
| Other direct cost | 144,602,997 | 148,060,885 |
| Purchases | 9,135,118,862 | 7,288,013,035 |
| Amortisation of intangible asset | - | 6,634 |
| Debt written off | - | (8,699,672) |
|  | 10,039,234,193 | 7,944,063,091 |
| Less: Closing inventories | (294,145,437) | (308,445,303) |
|  | 9,745,088,756 | 7,635,617,788 |
|  | Company | |
|  | 2019 | 2018 |
|  | $ | $ |
| Purchases | 63,966,662 | 58,930,223 |

LIBERTY HOUSE GROUP PTE. LTD.     98

|  | | |
|---|---|---|
|  | 63,966,662 | 58,930,223 |

## 24. OTHER INCOME

|  | Group | |
|---|---|---|
|  | **2019** | **2018** |
|  | **$** | **$** |
| Management fee-related party | 854,670 | 252,000 |
| Administrative fee-related party | - | 603,297 |
| Interest income – banks and fixed deposits | 453,012 | 294,609 |
| Profit share and government grant | 15,314,156 | 8,451,955 |
| Profit on sale acquisition of subsidiary | 6,977,424 | 4,795,468 |
| Net exchange gain | - | 323,036 |
| Bargain purchase on acquisition | 32,268,354 | 92,961,613 |
| Profit on sale on disposal of fixed assets | - | 145,351 |
| Others | 6,292,725 | 4,621,112 |
|  | 62,160,341 | 112,448,441 |

|  | Company | |
|---|---|---|
|  | **2019** | **2018** |
|  | **$** | **$** |
| Interest income | 6,129 | - |
| Exchange gain | 22,235 | - |
| Put option income | 656,416 | - |
|  | 684,780 | - |

## 25. ADMINISTRATIVE EXPENESE

|  | Group | |
|---|---|---|
|  | **2019** | **2018** |
|  | **$** | **$** |
| Allowance for doubtful debts | 157,147 | 4,446,064 |
| Allowance for inventory obsolesce | - | 47,000 |
| Amortisation of intangible assets | 6,400,206 | 3,647,331 |
| Audit and accounting expenses | 2,861,552 | 1,996,144 |
| Consultancy fees | 1,950,399 | 482,719 |
| Depreciation | 953,250 | 711,588 |
| Employment benefit | 65,914,821 | 39,358,585 |
| Foreign exchange loss | 10,607,140 | 1,160,549 |
| General expenses | 35,209,714 | 22,083,329 |
| Impairment | (144,291) | 15,666,501 |
| Insurance | 8,264,632 | 9,405,267 |
| Legal and professional fees | 5,881,328 | 11,499,830 |
| Management fees | 3,777,597 | 6,698,052 |
| Office rental- operating lease | 2,702,253 | 9,516,847 |
| Repairs and maintenance | 6,764,347 | 215,878 |
| Subscription and donation | 446,847 | 365,796 |
| Telecommunication | 1,335,546 | 1,135,405 |
| Travelling expenses | 2,446,155 | 1,648,820 |
| Withholding tax | - | 284,453 |
|  | 155,528,643 | 130,370,158 |

LIBERTY HOUSE GROUP PTE. LTD.    99

CRK-2/0099

|                                | Company | |
|--------------------------------|---------|---------|
|                                | 2019    | 2018    |
|                                | $       | $       |
| Audit and accounting expenses  | 100,000 | 313,719 |
| General expenses               | 3,318,050 | 50,610 |
| Insurance                      | 138,331 | -       |
| Legal and professional fees    | 171,570 | 108,863 |
| Travelling expenses            | 4,569   | 1,475   |
|                                | 3,732,520 | 454,667 |

26.   **DISTRIBUTION COSTS**

|                               | Group | |
|-------------------------------|-------|-------|
|                               | 2019  | 2018  |
|                               | $     | $     |
| Commission and brokerage      | 2,498,899 | 2,954,302 |
| Marketing expenses            | 926,813 | 1,051,309 |
| Travelling expenses           | 4,037,021 | 3,598,603 |
| Salaries & other benefits     | 3,058,683 | 8,759,885 |
| Other distribution expenses   | 43,200,572 | 21,127,907 |
|                               | 53,721,988 | 37,492,006 |

27.   **FINANCE COSTS**

|                                            | Group | |
|--------------------------------------------|-------|-------|
|                                            | 2019  | 2018  |
|                                            | $     | $     |
| Bank interest and charges                  | 33,434,856 | 26,880,378 |
| Interest on trade finance                  | 52,062,654 | 28,559,477 |
| Interest on finance lease – Vehicle Ioan B | 18,858 | 1,656 |
|                                            | 85,516,368 | 55,441,511 |

|                           | Company | |
|---------------------------|---------|---------|
|                           | 2019    | 2018    |
|                           | $       | $       |
| Interest on trade finance | 2,667,790 | 2,063,212 |
|                           | 2,667,790 | 2,063,212 |

28.   **LOSS BEFORE TAXATION**

|                                    | Company | |
|------------------------------------|---------|---------|
|                                    | 2019    | 2018    |
|                                    | $       | $       |
| This is determined after charging :- |       |         |
| Audit fee                          | 100,000 | 313,719 |
| Bank charges                       | 464,933 | 310     |

LIBERTY HOUSE GROUP PTE. LTD.    100

CRK-2/0100

ddc%61315a63a82e14c4b7cb9a2dc1cd0643285dc6844da7ee68852782b7c6051c

| | | |
|---|---|---|
| Commission | 2,667,790 | 2,063,212 |
| Events and conference expenses | - | 30,000 |
| Insurance | 138,331 | - |
| Put option | 1,388,305 | - |
| BG Invocation | 1,464,512 | - |
| Legal and professional fees | 171,571 | 108,863 |
| Printing and stationery expenses | 300 | 300 |
| Travelling expenses | 4,569 | 1,475 |

## 29.   OTHER EXPENSES

| | Group | |
|---|---|---|
| | 2019 | 2018 |
| | $ | $ |
| Re-organisation cost | 4,582,612 | 14,942,133 |
| Loss on disposal of fixed assets | 202,729 | 3,937,057 |
| Loss on purchase of subsidiary | 127,204 | 97,406 |
| Foreign exchange (gain)/loss | - | 1,140,835 |
| | 4,912,545 | 20,117,431 |

## 1.   RELATED PARTY TRANSACTIONS – Group and Company

### (a)   Transactions with related parties

| | 2019 | 2018 |
|---|---|---|
| | $ | $ |
| Purchase | 20,278,580 | 7,266,834 |
| Sales | 87,521,657 | 82,774,890 |
| Loan repaid to a director  - Company | - | 23,344,200 |
| Repayment of amount due to director | - | 7,831,428 |
| Expenses paid/payable on behalf of director | - | 99,695 |
| Payment of expenses paid on behalf by subsidiary | - | 295,603 |
| Payment of expenses on behalf of related parties | 5,539,297 | 1,515,282 |
| Payment of expenses on behalf of immediate holding company | - | 97,216 |
| Payment to creditor on behalf of immediate holding company | 8,585,267 | - |
| Payment of expenses on behalf of intermediate holding company | 341,473 | - |
| Expenses paid on behalf by related parties | 177,079 | - |
| Receipt on behalf by related parties | 151,989,790 | - |
| Loan from related parties | 650,000 | - |
| Funds transfer from related parties  -Group | 57,834,888 | - |
| Fund transfer to related parties | 4,829,151 | 39,049,515 |
| Fund transfer from immediate holding company | - | 20,000 |
| Fund transfer to director | 20,000 | - |
| Freight, insurance and handling charges | 1,345,881 | 12,162,360 |

**716**

| | | |
|---|---|---|
| Management fees paid/payable to related parties | **447,885** | 1,558,598 |
| Management fees received/receivables from related party | **919,380** | 252,000 |
| Interest income from related parties | **-** | 87,216 |
| Interest paid to related parties | **18,858** | - |
| Rental paid/payable to related parties | **647,745** | 393,805 |
| Payment of creditor on behalf by related parties | **8,327,577** | 25,157,311 |
| Payment of creditor on behalf of related parties | **17,356,441** | 2,711,334 |
| Commission and demurrage paid to related party | **-** | 189,714 |
| Tolling charges paid to related party | **79,782** | 7,815,299 |
| Administrative expenses | **-** | 603,297 |
| Purchase of investment from director | **-** | 283,360 |
| Bank interest/charges paid by related party | **216,703** | - |
| Bank interest paid to related party | **-** | 4,515,546 |

(a)   **Key management personnel compensation**

The remuneration of key management personnel during the financial year is as follows:-

**Group**

| | 2019 $ | 2018 $ |
|---|---|---|
| Short term benefits | **1,666,706** | 1,669,870 |
| | **1,666,706** | 1,669,870 |

There are no other key management personnel other than the director of the group.

2.   **COMMITMENT**

a)   Legal cases:

A claim for lower quality of goods being supplied was lodged by a customer during the previous financial year against one of the subsidiaries. The subsidiary has disclaimed the liability and is defending the action. Legal advice obtained indicate that it is unlikely that any significant liability will arise.

At the date of the financial statements, the director is of the view that no material losses will arise in respect of the legal claim. The subsidiary has accrued arbitration cost of $999,639 (2017: $999,639) in the other payable for the financial year ended 31 March 2019.

b)   Commitments:

LIBERTY HOUSE GROUP PTE. LTD.   102

**CRK-2/0102**

**717**

|  | 2019<br>$ | 2018<br>$ |
|---|---|---|
| Open letter of credits | - | 3,396,830 |
| Guarantee with Ministry of Labour UAEs | 26,956 | 31,043 |
|  | 26,956 | 3,427,873 |

Generally, banking facilities of the group were secured by the following however, the exact securities offered differs from facility to facility.

a) The subsidiaries of the company have jointly provided cross guarantees to certain banks in respect to their trade facilities ranging from $10M to $58M.
b) The group and the company have provided corporate guarantees of $516,000,000 to various financial institutions that provide loans and other credit finance facilities to the group.
c) Assignment of insurance policy for stock and credit insurance policy;
d) Deed of pledge and assignment over general/specific inventories, documents, trade receivables, all rights and benefits of purchase/sales contract financed by the banks;
e) Cash margin of the total limit, time and fixed deposit receipt under lien to the bank
f) Letter of undertakings to repay the bank dues in case of any part/non-payment of claims by the insurance company.
g) Irrevocable personal guarantee of director;

3.   RETIREMENT BENEFITS AND PENSION COMMITMENTS

**Defined contribution schemes**

|  | 2019<br>$ | 2018<br>$ |
|---|---|---|
| Change to statement of comprehensive income in respect of defined contribution schemes | 2,296,591 | 1,603,744 |

Eleven of the subsidiaries operate a defined contribution scheme for all qualifying employees. The assets of the scheme are held separately from those of the subsidiaries in an independently administered fund.

**Defined benefit scheme**
One of the subsidiary operates a defined benefit scheme which is closed to future accruals from 5 April 2004.

The pension scheme assets are held in a separate trustee administered fund to meet the long term pension liabilities to past and present employees. The trustees

CRK-2/0103

of the fund are required to act in the best interest of the funds beneficiaries. The appointment if trustees to the fund is determined by the scheme trust documentation.

A full actuarial valuation showed the market value of the scheme assets amounted to GBP 22,752,000(2018: GBP 23,234,000) and the actuarial value was sufficient to cover 77% (2018:90%) of the benefit that had accrued to members.

At the period end, a deficit of GBP 6,679,000(2018: GBP 2,680,000) has been recognised in respect of the defined benefit pension plan

**Pension Commitments**
The pension cost charge represents contributions payable by three of the subsidiaries to the fund and amounted to GBP 116,447 (2018: GBP 93,559). Contributions totalling GBP 27,851 (2018: GBP 16,313) were payable to the fund at the reporting date and are included in current liabilities.

One of the subsidiary provides pension benefits to employees by means of a defined contribution pension scheme, known as the Merchant Bar Stakeholder Pension Scheme that is fully compliant with the conditions set out by Government that this type of scheme must meet.

Caparo Industries UK Limited (the parent company of Caparo Steel Products Limited) entered administration on 19th October 2015 leaving the Caparo Group CI88 defined benefit scheme (which closed to future accrual earlier that same year) in crisis with 4 of its 5 employers insolvent, with LMB remaining the only solvent employer.
Throughout the year the directors have engaged proactively, together with independent expert pension advisers and separate expert legal advisers appointed by the subsidiary, to assist their negotiations with the CI88 scheme trustee, their scheme advisers and the PPF, with the aim of reaching a compromise and containing any liability on LMB going forward.

These negotiations were at a developed stage by year end, but short of reaching a final conclusion. The indications are that all parties remain certain that a satisfactory agreement can be reached, however a perceived uncertainty will remain during 2019/20 until an agreement and any ongoing liability has been resolved between the trustee, the subsidiary and a new shareholder.

During the year, one of the subsidiary retirement benefits were accruing to no directors (2018-2) in respect of defined contribution pension schemes. The highest paid director received remuneration of GBP Nil (2018: GBP 82,584).

The value of the company's contributions paid to a defined contribution pension scheme in respect of the highest paid director amounted to GBP Nil (2018: GBP 12,049).

During 2018 the directors' emoluments in respect of services to the Liberty Merchant Bar Plc are borne by the Liberty group and their emoluments can be found in the financial statements of the group. Copies of these financial statements can be obtained from UK Companies House.

**719**

d4a7k1345e64c635e14c45c7439d2e0ced04a325dc5844da7e1a8527826e7ce650d

The number of directors for whom retirement benefits are accruing under defined contribution schemes amounted to 1 (2018:1)

4.      OPERATING LEASE COMMITMENT

Operating lease payments represents rentals payable by the group for leases of office space. The leases have varying terms and renewal rights.

The future aggregate minimum lease payments under non-cancellable operating lease contracted for at the end of the reporting period but not recognized as liabilities, are as follows: -

Group

|  | 2019 $ | 2018 $ |
|---|---|---|
| Due within one year | 1,381,628 | 1,920,536 |
| Due within two years but not later than five year | 2,547,842 | 3,313,780 |
| More than five years | - | 319,985 |
|  | 3,929,470 | 5,554,301 |

The above commitment is denominated in United States Dollars.

The Group has financial commitments under operating leases. Two of the subsidiaries had total annual commitments under operating lease commitments as under:

Group

|  | Land & Buildings GBP | Property GBP | Other GBP | Total GBP |
|---|---|---|---|---|
| Within one year | 249,525 | 304,000 | 447,231 | 1,000,756 |
| In two to five years | 825,600 | 1,216,000 | 720,017 | 2,761,617 |
| In over five years | 1,702,800 | 2,508,000 | 7,476 | 4,218,276 |
|  | 2,777,925 | 4,028,000 | 1,174,724 | 7,980,649 |

Ten of the subsidiaries had total annual commitments under operating lease commitments as under:

|  | Group | |
|---|---|---|
|  | 2019 GBP | 2018 GBP |
| Within one year | 17,826,624 | 9,006,473 |
| In two to five years | 27,503,382 | 33,853,275 |
| In over five years | 52,064,485 | 47,163,882 |
|  | 97,394,491 | 90,023,630 |

One of the subsidiary has total future operating lease commitments of GBP 28,335 (2018: GBP 107,226) which is not included above.

**720**

5.    **CAPITAL COMMITMENTS**

Group

|  | 2019 $ | 2018 $ |
|---|---|---|
| Capital commitments contracted but no provided for | 1,191,549 | 3,014,975 |
|  | 1,191,549 | 3,014,975 |

Other financial commitments:

**Liberty Industries UK Ltd**

The subsidiary is party to a joint and several obligations to reimburse The Scottish Ministers in respect of a guarantee provided by The Scottish Ministers in favour of Liberty Aluminium Lochaber Limited, a sub-subsidiary of the subsidiary. This guarantee is provided for certain payment obligations of Liberty Aluminium Lochaber Limited and should The Scottish Ministers be required to make the payments under the guarantee Liberty Industries UK Limited, together with Liberty House Group Pte Limited, SIMEC Energy Pte Limited and SIMEC Group Limited, have undertaken to reimburse the Scottish Ministers.

The payment obligations are currently GBP 3,733,890 (2018: GBP 3,533,822) per quarter and the Scottish Ministers also hold a charge on the shares of Liberty Aluminium Lochaber Limited.

The entities mentioned above are all part of the GFG Alliance, which encompasses entities under the common control of Mr S K Gupta and his father Mr P K Gupta.

**Liberty Merchant Bar Plc**

The above subsidiary remains in discussion with pension trustees to reach an agreement. These negotiations are at a developed stage by year end, but short of reaching a final conclusion.

On 22nd May 2019, LMB'S British Steel (major supplier of raw materials (billet) and services (notably Gas, Electricity, Water, IT) was placed into insolvency. In the weeks that have followed, LMB has developed contingency plans to secure alternative supply routes which will enable it to continue in the event of a complete cessation of operations at British Steel.

The Directors are of the opinion that robust measures are in place to secure operations at LMB. Of particular note are the (already well -advanced) continuous caster revamp at Liberty Rotherham site, which will in any event

CRK-2/0106

**721**

replace British Steel as the major provider of Billet from July 2019. In respect of Coke Oven Gas (COG) which fuels the reheat furnaces at LMB, a technical study confirms the possibility to supply a synthetic COG (a mixture of Natural Gas and Nitrogen to reduce the calorific value of NG to that of COG) as a short term solution should COG no longer be available. In the longer term, LMB will execute a further small capital development to supply natural gas directly.

Finally, the uncertainties surrounding BREXIT remain. Measures are in place to manage the administrative and logistics changes that a "no-deal" Brexit may cause (largely associated with the transportation of goods into Europe and quality assurance accreditations). LMB currently enjoys a market share of circa 38% in its UK markets. Any serious implications affecting supplies into Europe are likely to be neutralised by similar implications placed upon our European competitors.

The Group continues to bring about capital expenditure improvements and expansions to its operations in both the UK and France and investigate other possible capital expenditure plans. These were unquantified at the reporting date.

1.    FINANCIAL RISK MANAGEMENT

Risk management

The group and company's activities expose it to market risk (including currency risk, interest rate risk and price risk), credit risk and liquidity risk. The group and company's overall risk management strategy seeks to minimise adverse effects from the unpredictability of financial markets on the group and company's financial performance.

**Credit Risk**

Credit risk refers to the risk that a counterparty will default on its contractual obligations resulting in financial loss to the group. The major classes of financial assets of the group are bank deposits, trade and other receivables. For banks and financial institutions, deposits are placed with regulated banks. For credit exposures to customers, management assesses the credit quality of the customer, taking into account its financial position, past experience and other factors.

As the group does not hold any collateral, the maximum exposure to credit risk for each class of financial instruments presented on the statements of financial position.

**Financial Credit Risk**

Surplus cash and cash equivalents are placed with established financial institutions.

**Commercial Credit Risk**

The management minimises this risk by analysing the credibility of its clients. In addition, it monitors the repayment terms of its debtors on a regular basis. Credit risk is the risk of loss that may arise on outstanding financial instruments should a counterparty default on its obligation.

The company exposure to credit risk arises primarily from trade and other receivables. For other financial assets (including cash and cash equivalents), the company minimises credit risk by dealing exclusively with high credit rating counterparties.

The company's objective is to seek continual revenue growth while minimising losses incurred due to increased credit risk exposure.

**Exposure to credit risk**

At the reporting date, the company's maximum exposure to credit risk is represented by the carrying amount of each class of financial assets recognised in the financial statement.

*Market risk*

a. **Foreign Currency Risk**

The group is exposed to foreign currency risk arising from future commercial transactions, recognised assets and liabilities, primarily with respect to currencies other than United States dollars such as Singapore dollars, United Arab Emirates dirham, Euro, Great Britain Pounds, Chinese Yuan Renminbi, Hong Kong dollars and Indian Rupee. The group monitors the foreign currency exchange rate movements closely to ensure that their exposures are minimised by closely monitoring the timing of the inception and settlement of the transactions. However, the group and company do not use any hedging instruments to protect against the volatility associated with the foreign currency transactions.

CRK-2/0108

**Group**
**2019**

| | GBP | HKD | SGD | EUR | CNY | AED | AUD | VND | CHF | FT | PLN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inventories | 272,368,962 | - | - | 5,247,220 | - | | - | - | - | - | - |
| Trade receivables | 30,684,240 | - | - | 166,826,248 | - | 1,469,741 | - | - | - | - | - |
| Other receivables | 83,108,047 | 120,847 | 233,953 | | 223,460 | 679,679 | | 151,016 | 4,497 | - | - |
| Amount owing from/to related party | 161,746,261 | - | - | 8,471,550 | - | | - | - | - | - | - |
| Cash and bank balances | 28,007,038 | 17,505 | 101,183 | 6,386,650 | 178,805 | 25,116,314 | 405 | 6,359 | 1,725 | 633,624 | 487,388 |
| Trade and other payables | 327,505,319 | 3,556 | 103,216 | 35,840,496 | 47,397 | 2,387,096 | 971,648 | 10,108 | 16,761 | - | 2,640,757 |
| Bank borrowings | 179,467,275 | - | - | 14,342,628 | - | - | - | - | - | - | - |
| Other borrowings | 823,065 | - | - | 16,220 | - | - | - | - | - | - | - |
| Finance lease liabilities | 45,766,804 | - | - | - | - | - | - | - | - | - | - |
| | 1,129,477,011 | 141,908 | 438,352 | 237,131,012 | 449,662 | 29,652,830 | 972,053 | 167,483 | 22,983 | 633,624 | 3,128,145 |
| Strengthened/weakened (10%) | 112,947,701 | 14,191 | 43,835 | 23,713,101 | 44,966 | 2,965,283 | 97,205 | 16,748 | 2,298 | 63,362 | 312,815 |

The company's foreign currency risk exposure based on the information provided to key management is mainly on other payables for operating expenses which are not significant to report.

The group's significant currency exposures based on the information provided to key management as follows;

## Group
### 2018

| | GBP | HKD | SGD | MYR | EUR | CNY | AED | AUD | VND |
|---|---|---|---|---|---|---|---|---|---|
| Inventories | 227,392,242 | - | - | - | - | - | - | - | - |
| Trade receivables | 188,138,545 | - | - | - | 12,789,860 | - | 2,210,585 | - | 237,287 |
| Other receivables | 36,529,447 | 122,399 | 106,008 | 10,133 | | 167,051 | 336,148 | - | 233,354 |
| Amount owing from/to related party | 146,341,892 | - | - | - | - | - | - | - | - |
| Cash and bank balances | 13,649,005 | 16,891 | 83,496 | | 4,965,200 | 26,633 | 99,224 | 468 | 5,203 |
| Trade and other payables | 365,445,444 | 5,823 | 116,212 | | | 109,968 | 1,558,297 | 10,532 | 9,641 |
| Bank borrowings | 272,904,711 | - | - | - | - | - | - | - | - |
| Other borrowings | 2,103,000 | - | - | - | - | - | - | - | - |
| Finance lease liabilities | 50,654,141 | - | - | - | - | - | 8,139 | - | - |
| | 1,303,158,427 | 145,113 | 305,716 | 10,133 | 17,755,060 | 303,652 | 4,204,254 | 11,000 | 485,485 |
| Strengthened/weakened (10%) | 130,315,843 | 14,511 | 30,572 | 1,013 | 1,775,506 | 30,365 | 420,425 | 1,100 | 48,549 |

Most of the subsidiaries are located in the United Kingdom, wherein the functional currency is GBP, which may have an impact on the overall Group. The effect of the change in the currency exchange rates will have an impact on the Group, which is not ascertained at the time of the financial statements.

The amount due from / to related parties have not been categorised as per the currency denomination. Therefore, the same is not taken in the above foreign currency risk analysis.

CRK-2/0110

**b.  Interest rate risk:**

The group has exposure to market risk for change in interest rate as it has interest bearing borrowings and deposits as disclosed elsewhere in the notes to the financial statements.

The Group was exposed to interest rate risk on its interest-bearing borrowings which are on variable rates and none of which are subject to swap arrangements.

**Interest rate sensitivity**

The sensitivity analysis below have been determined based on the exposure to interest rates for derivative instruments at the end of the reporting period and the stipulated change taking place at the beginning of the financial year and held constant throughout the reporting period in the case of instruments that have floating rates.  A 50 (2018: 50) basis point increase or decrease is used when reporting interest rate risk internally to key management personnel and represents managements' assessment of the reasonably possible change in interest rates.

**Group**

|  | 2019 $ | 2018 $ |
|---|---|---|
| Cash and bank balances | 56,560,010 | 60,276,786 |
| Bank borrowings | (272,965,271) | (464,497,742) |
| Other borrowings | (118,529,390) | (118,155,048) |
| Finance lease liabilities | (45,766,804) | (50,662,280) |
|  | (380,701,455) | (573,038,284) |

If the interest rate had been 50 (2018: 50) basis points higher or lower and all other variables were held constant, the group's profit and equity for the year ended 31 March 2019 would increase /(decrease) by $1,903,507/- (2018: $2,865,191/-).

**c.  Commodity Price risk:**

The price of metal commodities can be very volatile, exposing the group to commodity price risk as its sale and purchase commitments do not normally match at the end of each business day.  The group uses forwarded physical and/or derivative contracts to mitigate such risk.

At the end of the reporting period, a 10% (2018: NIL)  increase/decrease of the commodities price indices, with all other variable held constant, would have increased/decreased profit before tax and equity by the amounts as shown below:-

**Liberty Commodity Group Pte Ltd**
Group:

|  | 2019 $ | 2018 $ |
|---|---|---|

LIBERTY HOUSE GROUP PTE. LTD.    111

| Effect of increase / decrease in commodities price indices on profit before tax | 1,236,000 | 698,000 |
|---|---|---|

**Liquidity risk**

Prudent liquidity risk management implies maintaining sufficient cash and cash equivalents in its operations. At the end of each reporting period, assets held by the group for managing liquidity risk included cash and cash equivalents as disclosed in Note 14.

The management monitors rolling forecasts of the group and the company's liquidity reserve (comprising cash and cash equivalents) on the basis of expected cash flow. This is generally carried out at local level in the operating companies of the group and the company in accordance with practice and limits set by the group. These limits vary by location to take into account the liquidity of the market in which the entity operates.

The table below analyses the group and the company's non-derivative financial liabilities into relevant maturity grouping based on the remaining period from the end of each reporting period to the contractual maturity date. The amounts disclosed in the table are the contractual undiscounted cash flows. Balances due within 12 months equal their carrying balances as the impact of discounting is not significant. The group adopts prudent liquidity risk management by maintaining sufficient cash and cash equivalents and available funding through the principal.

|  | Group | |
|---|---|---|
| **Less than one year** | 2019 $ | 2018 $ |
| Trade and other payables | 377,224,694 | 365,284,533 |
| Amount due to a directors | 2,841,083 | 2,679,451 |
| Amount due to related parties | 223,203,478 | - |
| Bank borrowings-short term | 202,438,408 | 393,128,753 |
| Other borrowings | 118,529,390 | 118,155,048 |
| Derivative financial instruments | 12,366,012 | 4,228,014 |
| Finance lease liabilities | 15,024,598 | 9,190,349 |
| Provision for taxation | 5,294,478 | 7,483,230 |
|  | 956,922,141 | 900,149,378 |

|  | Group | |
|---|---|---|
|  | 2019 $ | 2018 $ |
| **More than one year** |  |  |
| Bank borrowings -long term | 70,526,863 | 71,368,989 |
| Finance lease | 30,742,206 | 41,471,931 |

LIBERTY HOUSE GROUP PTE. LTD.   112

| | | |
|---|---|---|
| Amount due to related parties | 157,050,492 | 91,634,569 |
| Other payables | 70,529,204 | 97,519,751 |
| Deferred tax liability | 60,065,430 | 66,511,707 |
| | 388,914,195 | 368,506,947 |

**Derivative financial instruments**

The group's derivative financial instruments comprise of commodity forward contract amounting to $12,366,012/- (2018: $4,228,014) with contracted net cash outflows due within one year.

| | Company | |
|---|---|---|
| | 2019 | 2018 |
| **Less than one year** | $ | $ |
| Trade and other payables | 2,210,135 | 410,607 |
| Bank borrowings | 7,169,500 | - |
| Other borrowings | 19,973,389 | 28,989,273 |
| Amount due to related parties | 27,755 | - |
| Provision for taxation | 12,908 | 5,753 |
| | 29,393,687 | 29,405,633 |

| | Company | |
|---|---|---|
| | 2019 | 2018 |
| **More than one year** | $ | $ |
| Amount due to related parties | 108,148,959 | 48,819,603 |
| | 108,148,959 | 48,819,603 |

2.   **FINANCIAL INSTRUMENTS**

The fair value of financial assets and liabilities is the amount at which instrument could be exchanged or settled between knowledgeable and willing parties in an arm's length transactions, other than in a forced or liquidation sale.

The management has determined that the carrying amounts of short-term deposits, current trade receivables, amounts due by related party, current trade and other payables, amount due to directors and related party and hire purchase creditors, based on their notional amounts, reasonably approximate their fair values because these are mostly short-term in nature or are reprised frequently within a year.

3.   **NET FAIR VALUES OF FINANCIAL ASSETS AND FINANCIAL LIABILITIES**

The carrying amounts of cash and cash equivalent, fixed and margin deposits, trade and other receivables, amount owing from/to related parties, trade and other payables, bank and other borrowings, amount owing to a director and amount owing to /by subsidiaries approximate their fair values due to their short-term nature.

CRK-2/0113

The fair values of the financial leases, amount due by/to related parties and bank loans are estimated based on the expected cash flows discounted to present value with reference to current market interest rate applicable to the financial instruments. There is no significant difference between the fair value and carrying value of the lease and borrowing obligations including amount owing to related parties at the end of the reporting period.

The financial assets and financial liabilities of the Company consist of its current assets, current liabilities and non-current receivable. The fair values of the Company's financial assets and financial liabilities at the reporting date approximate their book values as shown in the financial statement.

The carrying amounts of financial instruments in each of the following categories are as follows:-

**Financial assets**

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2019 $ | 2018 $ | 2019 $ | 2018 $ |
| Property, plant and equipment | 586,079,497 | 595,685,730 | - | - |
| Investments- Held to maturity | - | 2,931,900 | - | - |
| Investments-financial assets available for sale | 239,380 | 538,165 | - | - |
| Intangible assets | 20,481,755 | 25,968,838 | - | - |
| Contract with customers | 820,272,892 | 779,802,294 | 21,370,616 | 28,690,696 |
| Amount due from related parties | 157,450,601 | 43,635,229 | 244,080,006 | 191,162,563 |
| Other receivables | 97,990,649 | 50,417,658 | 6,194,395 | - |
| Cash and bank balances | 56,560,010 | 60,276,786 | 5,245,104 | 3,220 |
|  | 1,739,074,784 | 1,559,256,600 | 276,890,121 | 219,856,479 |

**Financial liabilities**

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2019 $ | 2018 $ | 2019 $ | 2018 $ |
| Contract with supplier | 377,224,694 | 365,284,533 | 2,210,135 | 410,607 |
| Other borrowings | 118,529,390 | 118,155,048 | 19,973,389 | 28,989,273 |
| Finance lease liability | 45,766,804 | 50,662,280 | - | - |
| Amount due to a director | 2,841,083 | 2,679,451 | - | - |
| Amount due to related parties | 380,253,970 | 91,634,569 | 108,176,714 | 48,819,603 |
| Bank borrowings | 272,965,271 | 464,497,742 | 7,169,500 | - |

| | | | | |
|---|---|---|---|---|
| Other payables | 70,529,204 | 97,519,751 | - | - |
| Derivative financial instruments | 12,366,012 | 4,228,014 | - | - |
| | 1,280,476,428 | 1,194,661,388 | 137,529,738 | 78,219,483 |

## 1. CAPITAL RISK MANAGEMENT

The group and the company's objectives when managing capital are to safeguard the Company's ability to continue as a going concern in order to provide returns for shareholders and benefits for other stakeholders and to maintain an optimal capital structure to reduce the cost of capital.

Consistent with others in the industry, the company monitors capital on the basis of the gearing ratio. This ratio is calculated as net debt divided by total capital. Net debt is calculated as total borrowings (including borrowings and trade and other payables, and amount owing to related parties and amount owing to shareholders including provision for taxation and deferred tax liability as shown in the financial statement) less cash and equivalents. Total capital is calculated as equity, as shown in the financial statement, plus net debts.

| | Group 2019 $ | Group 2018 $ |
|---|---|---|
| Total loans and borrowing | 1,345,836,336 | 1,268,656,325 |
| Less: cash and cash equivalents | (56,560,010) | (60,276,786) |
| Net debt | 1,289,276,326 | 1,208,379,539 |
| Equity attributable to the equity holders of the company | 687,383,885 | 610,459,094 |
| Capital and net debt | 1,976,660,211 | 1,818,838,633 |
| Gearing ratio | 0.65 | 0.66 |

| | Company 2019 $ | Company 2018 $ |
|---|---|---|
| Total loans and borrowing | 137,542,646 | 78,225,236 |
| Less: cash and cash equivalents | (5,245,104) | (3,220) |
| Net debt | 132,297,542 | 78,222,016 |
| Equity attributable to the equity holders of the company | 322,912,921 | 325,196,689 |
| Capital and net debt | 455,210,463 | 403,418,705 |
| Gearing ratio | 0.29 | 0.19 |

CRK-2/0115

2.        **SUBSEQUENT EVENTS**

On June 30, 2019, the Group completed the acquisition of seven major steelworks and five service centres across seven European countries from Arcelormittal, excluding China. The consideration for the acquisition is Euros 750 million.

i.     Acquisition, addition and disposal of investments.

ii.    One of the subsidiary is intending merger with 4 of the group entities in Willenhall. The merger is expected to complete before year ending March 2021.

iii.   Restructuring plan for one of the subsidiary is announced for the financial year ending March 2021.

iv.    The Group has acquired and won bid for two of the companies namely Liberty Aluminum Poitou and Liberty Poundry Poitou for consideration of Euro 50k and Euro 25k. Another new subsidiary namely, Liberty Duriosotti Metz S.a.r.l has been incorporated subsequent to the reporting date.

v.     Since the reporting date, one of the subsidiary has issued 500,000 ordinary shares of GBP 1 each to its parent company for a cash consideration of GBP 500,000. Subsequent to this, the subsidiary was sold to G W Atkins & Sons Limited and left the Liberty House Group as of 20 December 2019. Mr Sanjeev Gupta ceased to be a person with significant control and has resigned as Director on that date for the respective subsidiary.

vi.    One of the subsidiary is under liquidation process and a provision for discontinued operations is made for the same.

vii.   During the year ended March 31, 2019, the management decided the permanent closure of one of the subsidiary's USA administration function, resulting in a provision of GBP 25,500 being made to cover professional fees to facilitate this. The office closure will be fully enacted during the trading period 2019/2020.

**II. Others**

i.     Since the reporting date, two of the subsidiaries, has been subject to recapitalization through the issuance of GBP 6,963,000, 1 ordinary shares at par value and GBP 1,300,000 via the issuance of non-voting shares respectively, in a debt to equity swap.

ii.    Since the reporting date the subsidiary has been party to various deeds of assignment for amounts due to/from group and related undertakings. These receivables and payables were assigned to the immediate parent company and subsequently converted into shares via the recapitalization detailed in II.

iii.   Leumi Bank facility for 2 of the subsidiaries has expired in September 2019. A new facility with Barclays Bank for GBP 15.7 million has been approved subsequent to the reporting date.

iv.    Since the reporting date, one of the subsidiary has declared an interim dividend of GBP 1,300,000.

3.        **COMPARATIVE FIGURE**

Out of the all the subsidiaries of Liberty Industries Holding Pte. Ltd, the following subsidiaries comparative figures are more than or less than 12 months' period as detailed below:

Liberty Aluminum Technologies Limited

**731**

Company changed its year end to March to bring in line with the Group companies. It had a year end of 31/01/2017, and therefore the previous year covers 14 months, whereas the current period covers 12 months.

Liberty Fire and Safety Equipment Trading LLC

As the subsidiary is incorporated on 26 April 2018 in United Arab Emirates, the current year covers near to 12 months, and there are no prior figures.

Liberty Wheels France SAS

As the subsidiary is incorporated on 1 June 2018 in France, the current year covers near to 10 months, and there are no prior year figures.

Liberty Durisotti France (Formerly known as: Liberty Forging Janves SAS)
As the subsidiary is incorporated on 16 Nov 2018 in France-, the current year covers near to 6 months, and there are no prior year figures.

Liberty Machining Ardennes SAS
As the subsidiary is incorporated on 16 Nov 2018 in France, the current year covers near to 6 months, and there are no prior year figures.

Liberty Classic Cars Limited

The subsidiary had an accounting year end of October 2019 in the current year. Subsequent to the reporting date, the period end has been extended to 31/03/2020.

Liberty Powder Metals Ltd
Current financial period is from 12 July 2018 to 31 October 2018 and there is no comparative year as it was incorporated on 12 July 2018.

Liberty Industries UK Ltd
The comparatives relate to 17 months' period from 22 November 2016 to 31 March 2018.

Liberty Industries PPA Ltd
The comparatives relate to 9 months' period from 10 July 2017 to 31 March 2018.

Liberty Metal Recycling Europe SP.ZOO
Current audited financial year is from 1 January 2018 to 31 December 2018 and the comparative year end is 31 December 2017.

Liberty Metal Recycling UK Ltd
Current financial year end is 31 December 2018 and the comparative year is 31 December 2017.

LMR US Holdings BV – Amsterdam
Current financial year end is 31 March 2019 and the comparative period is from 29 April 2017 to 31 March 2018.

CRK-2/0117

Liberty Merchant Bar Plc; Liberty pipes (Hartlepool) Limited; Liberty Specialty Steels Limited

The comparatives relate to 15 months' period from 1 January 2017 to 31 March 2018.

CMB Restructuring Pte. Ltd.
The sub-subsidiary changed its financial year end to March. The comparative figures cover the period of 16 months from 1 December 2016 to 31 March 2018.

The below are dormant accounts
Engineering Bar Limited (E & W) was incorporated in Sheffield on 2 May 2018.
Liberty Merchant Bar Distribution Ltd was incorporated in London on 31 October 2018.

The financial year/period ended for the following set of financial statement are 31 March 2019, except for 8 as stated in point 30,31,37,38,40,56,61 and 62:
1. Liberty Advanced Engineering Products Pte. Ltd, was incorporated in Singapore on 24 December 2015.
2. Liberty Performance Steels Pte Ltd, was incorporated in Singapore on 24 December 2015.
3. Liberty Tubular Solutions Pte. Ltd, was incorporated in Singapore on 24 December 2015.
4. Liberty Distribution Pte Ltd, was incorporated in Singapore on 18 January 2016.
5. Liberty Bridge Aluminium Limited, was incorporated in England on 8 December 2015.
6. Clydesdale Jones Limited, was incorporated in England on 8 December 2015.
7. Liberty Vehicle Technologies Limited was incorporated in England on 8 December 2015.
8. Liberty Advanced Composites Limited, was incorporated in England on 8 December 2015.
9. Liberty Pressing Solutions Limited, was incorporated in England on 8 December 2015.
10. Hub Le Bas, was incorporated in England on 2 December 2015.
11. Liberty Precision Tubes Limited, was incorporated in England on 29 December 2015.
12. Accles and Pollock Limited, was incorporated in England on 29 December 2015.
13. Liberty Tube Components Limited, was incorporated in England on 29 December 2015.
14. Liberty Drawn Tubes Limited, was incorporated in England on 8 December 2015.
15. Liberty Tube Fittings Limited, was incorporated in England on 8 December 2015.
16. Liberty Building Solution FZE, was incorporated in Dubai on 13 April 2016
17. Liberty Steel Distribution Limited, was incorporated in England on 16 January 2016 and commenced trading in November 2016.
18. Liberty Performance Steel Inc, was incorporated in USA on 21 January 2016
19. Liberty Performance Steels Limited was incorporated in England on 8 December 2015.
20. Specialist Mobility Training Limited, was incorporated in England on 27 February 2017.
21. Shiftec Ltd was incorporated in England on 21 January 2017
22. Liberty Pressing Solutions (Coventry) Limited, was incorporated in England on 09 December 2016.

CRK-2/0118

ddcx4133fa54a52e1dv41b7604a3e1ed90338544a5444a7e4a852782b7ce064d

23. Liberty Trillion Ltd was incorporated in England on 29 March 2016.
24. Shand Cycles Limited incorporated in England on 17 October 2011. It was purchased on 12/10/2017. Therefore, there are no comparatives presented for the same, and the current year covers 6 months of its financial position.
25. Liberty Aluminium Technologies Limited (formerly known as Liberty Insulation Limited) was incorporated in England on 12 January 2016, and acquired by the Group on 20th July 2017, and there are no comparatives presented for the same.
26. Liberty Wheels France SAS was incorporated in France on 1 June 2018.
27. Liberty Fire and Safety Equipment Trading LLC was incorporated in United Arab Emirates on 26 April 2018.
28. Liberty Forging Janves SAS (Formerly known as: Liberty Durisotti France) was incorporated in France on 16 November 2018.
29. Liberty Machining Ardennes SAS was incorporated in France on 16 November 2018.
30. Liberty Defence: Dynamics Limited was incorporated in England on 29 December 2015, and has a year end of December 2018.
31. Liberty Classic Cars Limited was incorporated in England on 19 February 2018, and has a year end of October 2018. Subsequent to the reporting date, the year-end has been extended to 31 March 2020.
32. Liberty Steel Group Pte. Ltd. was incorporated in Singapore on 18 May 2016.
33. Astra Mining Ltd (Mauritius) was incorporated in Mauritius on 19 June 2012
34. Liberty Steel Group Holdings UK Ltd was incorporated in London on 31 March 2017.
35. CMB Restructuring Pte Ltd was incorporated in Singapore on 14 August 2013.
36. Liberty Merchant Bar Plc was incorporated in England on 1 November 1984
37. United Merchant Bar Ltd was incorporated in Scunthorpe on 1 December 2016
38. Liberty Merchant Bar 2 Limited was incorporated in London on 17 December 2015.
39. Liberty Pipes (Hartlepool) Limited was incorporated in London on 29 December 2015.
40. Liberty Powder Metals Ltd, was incorporated in London on 12 July 2018
41. Liberty Speciality Steels Ltd was incorporated in London on 14 December 2015.
42. Speciality Steel UK Ltd was incorporated in Sheffield on 22 November 2016.
43. Liberty Speciality Steels (Gmbh) – Branch of Liberty Speciality Steel in Germany.
44. LHG Speciality Steel International Private Limited- Branch of Liberty Speciality Steel in India.
45. Liberty Speciality Steels America Inc- Branch of Liberty Speciality Steel in USA.
46. Engineering Bar Limited (E & W) was incorporated in Sheffield on 2 May 2018.
47. Liberty Speciality Steels France- Branch of Liberty Speciality Steel in France.
48. Liberty Merchant Bar Distribution Ltd was incorporated in London on 31 October 2018.
49. Liberty Finance Management Ltd was incorporated in London on 10 December 2015.
50. Liberty Industries UK Ltd was incorporated in Scotland on 22 November 2016.
51. Liberty Aluminium Lochaber Ltd was incorporated in Scotland on 9 November 2016.
52. Liberty Steel Ltd – UK was incorporated in London on 17 March 2016.
53. Liberty Steel Dalzell Ltd (UK) was incorporated in London on 18 March 2016.
54. Liberty Steel Clydebridge Ltd (UK) was incorporated in London on 18 March 2016.
55. Liberty Steel Newport Ltd (UK) was incorporated in Gwent on 11 July 2008.

**734**

56. Liberty Steel Sheerness Ltd (UK) was incorporated in London on 15 September 2016.
57. Liberty Steel Tradegar Limited (UK) was incorporated in London on 11 April 2016.
58. Liberty industries PPA Ltd was incorporated in London on 10 July 2017.
59. LMR Holdings Pte Ltd was incorporated in England on 16 February 2016.
60. LMR US Holdings BV – Amsterdam was incorporated in Amsterdam on 29 April 2017.
61. Liberty Metal Recycling UK Ltd – UK was incorporated in Gwent on 21 December 2015.
62. Liberty Metal Recycling Europe SP.ZOO was incorporated in Poland on 14 March 2017.

Reclassification of Prior Period Balances
In the audited financial statement in two of the subsidiaries there is restatement of prior years due to:

In prior years all releases of negative goodwill in respect of fixed assets were reflected in cost of sale. The director of those subsidiaries considers that it is more appropriate for comparability purposes to show releases of negative goodwill in respect of significant disposals of fixed assets as a separate item within the statement of Comprehensive Income, below gross profit The comparatives for 2018 have therefore been restated to show this change of classification. There has been no impact on recorded operating profit or profit before or after tax.
During the year one of the subsidiary reclassified amount owing to related parties within one year, for the year ended 31 March 2018 to amounts falling due more than one year. Management felt that upon further review of the existing related party agreements, this reclassification was a more accurate representation of the economic substance behind the balance.

**PRIOR PERIOD ADJUSTMENT**

The following table's summaries the material impacts of the reclassifications changes on the Group's financial position,

The effects of the reclassification of the prior year's financial statements are as follows: -

STATEMENT OF FINANCIAL POSITION -GROUP

|  | Net change | Group 2018 | Group 2018 |
|---|---|---|---|
|  |  | $ Restated | $ As reported |
| Trade and other receivables | 9,276,899 | 8,913,211 | 18,190,110 |
| Current liabilities | (9,276,899) | (20,678,671) | (29,955,570) |

CRK-2/0120

d0c3413f5a5c182c14c4b765942da1cd0c3385dc3B4fda7a4a85276267f4a05c4

In preparing the financial statements, the director identified that the subsidiary had in correctly classified provisions in relation to post medical plans as accruals. The director has therefore restated the prior period financial statements. This has resulted in the following:

- Accruals for the year ended 31 March 2018 decreased by GBP 1,239,001
- Provisions for the year ended 31 March 2018 increased by GBP1,239,001

4. **CONTROLLING PARTY**

The immediate parent company is LHG International Holding Pte Ltd a company registered in Singapore. At 31 March 2019 the ultimate holding company was SKG Holdings Pte Ltd, a company registered in Singapore.

The largest and smallest groups in which the results of the company are consolidated are headed by Liberty House Group Pte Limited. The financial statements are publicly available by writing to the company secretary at 8 Marina View, #40-06 Asia Square Tower 1, Singapore 018 960.

The ultimate controlling owner is Sanjeev Gupta.

5. **RELATED PARTY TRANSACTIONS**

During the financial year, significant transactions with a related parties on terms agreed between the parties were as follows:-

Liberty Aluminium Lochaber Ltd

At the year end, the above subsidiary was owed GBP 3,078,203 (2018: GBP 999,810) from Liberty Commodities Limited, a subsidiary of Liberty House Group Pte Ltd. During the period, the above subsidiary sold goods of GBP 15,873,957 (2018: GBP 30,254,499) to Liberty Commodities Limited.

At the year end, the subsidiary owed GBP 6,689,869 (2018: 106,403) to SIMEC Power 1 Ltd.

On 16 December 2016 the sub-subsidiary entered into a 25-year power purchase agreement("PPA") with SIMEC Lochaber Hydro Power 2 Limited ("SLH2") for SLH2 to provide certain fixed quantities of electricity at set prices ("Fixed PPA") and additional variable quantities of electricity at other set prices ("variable PPA"). SLH2 is in the business of generating electricity from hydropower sources. The Fixed PPA also requires the company to pay quarterly pre-set amounts to SLH2 for the fixed quantities of electricity.

During the period, the subsidiary purchased power from SLH2 amounting to GBP 17,040,284 (2018: GBP 19,423,923). The subsidiary earned profit maintenance of GBP 9,950,000 (2018: GBP 5,473,733) from SLH2 during the year. At the year end the subsidiary was owed GBP 4,979,528 (2018: GBP 6,136,542 liability) from SLH2.

At the year end, the subsidiary was owed GBP 10,220,050 (2018: GBP 381,092 Liability) from SIMEC Lochaber Hydro Power Limited, C S Management Ltd GBP

CRK-2/0121

1,178,739 (2018: Nil) and Wyelands Capital Holding Pte Ltd GBP 3,023,557 (2018: Nil).

At the year end, the subsidiary also owed balances to Simec Klnlochleven Power Ltd GBP 2,767,168 (2018: Nil). Simec Corporation Pte Ltd GBP 3,781,083 (2018: Nil) and Liberty Treasury MDR Ltd GBP 2,604,437 (2018: Nil).

The related subsidiaries mentioned above are part of the GFG Alliance, which encompasses entities under the common control of SK Gupta and his father PK Gupta.

Liberty Steel Tradegar Ltd
The above subsidiary is related to SIMEC Corporation Pte Limited, Marble Power Limited and GFG Estates P8 Limited by reason of these subsidiaries being controlled by father of the director.

Amounts due to SIMEC Corporation Pte Ltd, a company which is under the common control of S K Gupta, amounted to GBP 318,006 (2018: GBP 38,002). No interest is charged on these loans.

During the year, the company made sales of scrap material to CS Management Services Limited to the amount of GBP 676,795, and procured services to the value of GBP 175,262. The financial statement holds trade receivable balance of GBP 823,514 and trade payable balance of GBP 152,430. The financial statement also holds a loan payable to CS Management Services to the value of GBP 408,257.

During the year, the company purchased energy costing of GBP 293,451 (2018: GBP 209,508) from Marble Power Limited. Amounts payable to Marble Power Limited, a company which is under the common control of S K Gupta amounted to GBP 84,512 (2018: GBP 23,531) which is included in current liabilities under accruals and deferred income. No interest is charged on these loans.

During the year, the subsidiary expensed rent of GBP 238,131 (2018: GBP 177,270), of which GBP 236,360 is payable to GFG Estates P8 Limited, a company which is under the common control of S K Gupta. No interest is charged on these loans.

The subsidiary holds loans provided by Liberty Commodities Limited, a subsidiary which is under the common control of S K Gupta. The financial statement amounts owed to Liberty Commodities Limited was GBP 825,514 (2018: GBP 825,514). No interest is charged on these loans.

Liberty Industries PPA Ltd

During the previous period the subsidiary entered into five fixed quantity Renewable Obligations Certificates (ROC) purchase agreements ("ROC PAs") with SIMEC Power 1 Limited ("SP1") and SIMEC Power 2 Limited ("SP2"). The latter are part of the GFG Alliance which encompasses companies under the common control of S K Gupta or his father P K Gupta.

SP1 and SP2 are generators of electricity from bio-liquid fuels which entitles them to receive tradable ROCs and have agreed to sell quarterly fixed quantities of ROCS arising from the generation to the subsidiary.

The ROC Purchase agreements (Pas) supply contract is for 20-year term commencing on varying dates between August 2017 and October 2018, during which the subsidiary is required to make quarterly fixed payments for the ROCs. In the event of shortfall in supplying ROCs SP1 and SP2 have agreed to reimburse the subsidiary in either quantity or money terms for any shortfall in the quarterly ROCs supplied.

Under the terms of a separate account receivables purchase agreement between a financing entity and SP1 and SP2 the latter have agreed to sell the entire future receivables, arising from the ROC PAs, to the financing entity against loan advances made. The agreement also requires the subsidiary's quarterly fixed payments due to SP1 and SP2 to be assigned to the financing entity.

The subsidiary's director is of the opinion that the quarterly obligations to the financing entity only arise when the fixed quarterly payments become due on their respective due dates. Consequently, these financial statements do not reflect future quarterly payments payable for the duration of the ROC PAs. In any event, should the subsidiary be unable to meet its obligations the financing entity has option to require SP1 and SP2 to repurchase the outstanding balances under the terms of the agreement.

During the previous period and current period SP1 and SP2 did not generate electricity and thus was unable to supply any ROCs to the subsidiary. Therefore, under the reimbursement terms of the ROC PAs the quarterly payments due to the financing entity of GBP 3,880,693 and GBP 7,327,335 was made by SP1 and SP2 on behalf of the subsidiary thus compensating the subsidiary for the supply shortfall.

6.   **FINANCIAL COMMITMENTS, GUARANTEES AND CONTINGENT LIABILITIES**

1.   The following six subsidiaries secured a receivables facility from Leumi ABL Ltd., available from 24 March 2016. The facility is capped at the level of receivables and inventories, with a maximum group facility with these subsidiaries of GBP 13 million (2018: GBP 20/ 25 million), and at the reporting date amounted to GBP 7.9 million (2018: GBP 18.5 million). The facilities are cross guaranteed across these subsidiaries. The facilities are guaranteed by a fixed and floating charge over the assets of the below subsidiaries, a personal fraud warranty from SK Gupta, a confirmation that Leumi holds a first ranking position over the assets of the entities in the group facility and a cross guarantee from each entity in the group facility and their shareholders. Capital commitments at the reporting date amounted to GBP 3,579 (2018: GBP 382,984).

     (a)   Liberty Tube Components Limited
     (b)   Hub Le Bas Limited
     (c)   Accles and Pollock Limited
     (d)   Liberty Precision Tubes Limited
     (e)   Liberty Drawn Tubes Limited
     (f)   Liberty Steel Distribution Limited

The facility was terminated on the 12th February 2019. The Group together with other group companies, has secured a new group receivable purchase facility of

LIBERTY HOUSE GROUP PTE. LTD.   123

USD 22 million from a company under common control. The company, together with other group companies which participate in the group facility, has provided a cross guarantee against the full group facility amount.

2.   Liberty Building Solutions FZE

There is a contingent liability of USD 108,101(2018: USD 83,551) in relation to labour guarantees.

3.   One of the subsidiary has given commitments of Euro 10 million, and has also received commitment of Euro 7 million.

4.   The following seven subsidiaries secured a receivables finance facility from Lloyds Bank Plc in the year. The facility is capped at the level of receivables with a maximum facility of GBP7.5m for those subsidiaries. The facilities are guaranteed by a fixed and floating charge over the assets of those subsidiaries. The facilities are cross guaranteed across these subsidiaries, with a Fraud only warranty from Mr Sanjeev Gupta. The subsidiaries for this facility are:
     (a)   Liberty Vehicle Technologies Limited
     (b)   Liberty Advanced Composites Limited
     (c)   Liberty Pressing Solutions Limited
     (d)   Liberty Engineering (Willenhall) Limited, (Formerly known as Liberty Tube Fittings Limited)
     (f)   Clydesdale Jones Limited
     (g)   Liberty Bridge Aluminum Limited

The level of exposure at the year-end is GBP 3,196,271 (2018: GBP 3,514,447)

5.   Two of the subsidiaries are member of the VAT group with fellow group companies and accordingly is jointly and severally liable for any VAT liability due. The level of Group VAT liability or asset varies depending on where in the VAT cycle group is on and on the underlying transactions   of companies within the group. The VAT payable by the group as at 31 March 2019 was GBP 630,349 and was settled by individual group members post year end.

6.   One of the subsidiary has secured a receivables finance facility from Wyelands Bank Plc. The facility is capped at the level of receivables with a maximum facility of GBP 16 million. The facility is secured against trade receivables.

7.   Below subsidiary has secured a receivables finance facility from ABN Amro Commercial Finance PLC. The facility is capped at the level of receivables with a maximum facility of GBP 12.5m. The facility was terminated on the 28th September 2018.

During the year, the company, together with other group companies, has secured a new group receivable purchase facility of GBP 22 million from a company under common control. The company, together with other group companies which participate in the group facility, has provided a cross guarantee against the full group facility amount.
     1.   Liberty Pressing Solutions (Coventry) Limited.

J5c?4134fa54c82c14c457c094c3c6d3c3385dc4844da7e4a852762b7c6054d

8.    Further to Note 31, (4), subsequent to the year end, the company has acted as a guarantor for the aforementioned sale of the subsidiary.
      Also the subsidiary is liable for any claims in excess of GBP 20,000 however subject to the maximum of the sale price.

### Liberty Steel Dalzell Ltd

The subsidiary secured a stock finance facility from Ancile Investment Company Limited, which is managed and operated on their behalf by INOKS Capital SA. The facility is capped at the level of slab stock delivered with a maximum facility of GBP 12M.

The facility is guaranteed by a promissory note undertaken by Liberty Commodities Group Pte Limited, a subsidiary incorporated in Singapore and a member of Liberty House Group Pte Limited.

### Liberty Aluminum Lochaber Ltd

The payment obligations of the subsidiary to the financing entities described above are subject to a guarantee given by the Scottish Government, which has a legal charge over the assets of the company.

### Liberty Metal Recycling Europe Sp. Z.O.O.

Information on contracts concluded by the entity

Contractors who are recipient of goods –the recipient of the goods are foundries in and outside the EU Countries.

Contractors who are suppliers of services and goods for the subsidiary- The goods are delivered by Polish enterprises. The services are provided by the Polish port, foreign specialized enterprises and Polish companies.

All agreements concluded by the entity have been concluded on market terms and information about them is included in the financial statement.

The entity did not enter into transactions with the related parties on terms other than the market ones.

4.    **ACQUISITION OF BUSINESS**

One of the subsidiary period results from the procedure of taking over the assets of the company AR Industries, which the Commercial Court of Orleans has approved, as part of the rehabilitation plan of the latter, involving the sale of the assets to the subsidiary.

The date of possession was set for 01 June 2018.
One of the subsidiary was registered at the RCS of Chateauroux on 12 June 2018.
The assets of AR industries have been acquired for the following amounts:
Intangible assets: Euro 100,000
Tangible assets: Euro 100,000
Stocks: Euro 500,000

In accordance with the provisions of Article 213-7 of the CCP and CNCC Bulletin No 171 of 17 September 2013, the assets taken over has been recognised on the basis of global price of the acquisition transaction.

This overall price includes:
- The amount of the liabilities related to paid leave, acquired since the date of the AR Industries Judicial Rehabilitation, that is, on 16 January 2018, for the employees who were taken over, which were recorded in the tax and social security debts as of 01 June 2018, for an amount of Euro 552,319;
- It also includes the amount of end of service benefit for employees of the company, for a value of Euro 3,528,820 as of 01 June 2018.

In addition, the economic constraints, imposed by the main customers of the company, have led the company AR Industries to support, on behalf of the company Liberty Wheels France and during the period from 01 June to 30 September 2018, billing and purchases of materials and certain other expenses. All of these transactions, translated via a prorated account into the Liberty Wheels France accounts, were settled in December 2018, except for the portion of paid vacations prior to 16 January 2018, for a value of Euro 28,814.

In March 2019, the LIG Group acquired the French company, Durisotti that was under receivership. The unit is located in Hauts-de-France, specializes in converting light- duty vehicles.

Liberty Classic Cars completed the business acquisition from Cape International in November 2018. This unit is a specialist in classic car restoration and also provides a range of new and original parts, accessories and servicing for discerning customers around the world.

5.      NEW ACCOUNTING STANDARDS AND FRS INTERPRETATIONS

Certain new accounting standards and interpretations have been published that are mandatory for accounting periods beginning on or after 01 April 2019. The company does not expect that adoption of these accounting standards or interpretations will have a material impact on the company's financial statements.

6.      AUTHORISATION OF FINANCIAL STATEMENTS

These financial statements were authorised for issue in accordance with a resolution of the Board of Directors of LIBERTY HOUSE GROUP PTE. LTD. AND ITS SUBSIDIARIES on 17 August 2020.

**741**

The annexed detailed statement of comprehensive income does not form part of the audited statutory financial statements. It is not necessary to file the detailed statement of comprehensive income with the Accounting and Corporate Regulatory Authority.

LIBERTY HOUSE GROUP PTE. LTD.   127

CRK-2/0127

|  | Company | |
|---|---|---|
|  | 2019 | 2018 |
|  | $ | $ |
| Sales | 67,405,579 | 61,500,367 |
| Cost of sales | (63,966,662) | (58,930,223) |
| Gross profit | 3,438,917 | 2,570,144 |
| Other Income | 684,780 | - |
| **Operating expenses** | | |
| Audit fee | 100,000 | 313,719 |
| Bank charges | 464,933 | 310 |
| BG Invocation | 1,464,512 | - |
| Commission | 2,667,790 | 2,063,212 |
| Events and conference expenses | - | 30,000 |
| Insurance | 138,331 | - |
| Legal and professional fees | 171,570 | 108,863 |
| Printing and stationery expenses | 300 | 300 |
| Put option | 1,388,305 | - |
| Travelling expenses | 4,569 | 1,475 |
|  | 6,400,310 | 2,517,879 |
| Net profit before taxation | (2,276,613) | 52,265 |
| Income tax | (7,155) | (5,753) |
|  | (2,283,768) | 46,512 |

**743**

This is the exhibit marked "VJ-12"
referred to in the Affidavit of
**VIOLA JOYCE DELORIS JAPAUL**
affirmed / sworn before me
this 11th day of April 2021

**BEFORE ME**

**A COMMISSIONER FOR OATHS**