UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re application of ArcelorMittal Holdings AG for an order directing discovery pursuant to 28 U.S.C. § 1782 | ) ) ) ) ) ) ) ) ) ) ) |
| | CIVIL ACTION: 1:23-mi-106-TWT-CMS |

**<u>NOTICE OF FILING EXHIBITS TO THE DECLARATION OF CHARITY R. KIRBY</u>**

Petitioner ArcelorMittal Holdings AG ("Petitioner") hereby gives notice of filing Exhibits 25 to 48 to the Declaration of Charity R. Kirby, filed on October 24, 2023 (Dkt. No. 001-5) in support of Petitioner's *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.

For the avoidance of doubt, Petitioner is required to file the present notice and accompanying exhibits due to size restrictions on PACER, which prohibited the submission of such exhibits simultaneously with the Declaration of Charity R. Kirby at the time of filing. The present notice is not intended to remove or otherwise alter the ex parte nature of Petitioner's Ex Parte Petition for Assistance in Aid of a Foreign

Proceeding Pursuant to 28 U.S.C. § 1782. *Cf. In re Application of Bracha Found. Request for Discovery Pursuant to 28 U.S.C. §1782*, No. 2:15-MC-00748-KOB, 2015 WL 6123204, at *1 (N.D. Ala. Oct. 19, 2015), aff'd in part, vacated in part, remanded sub nom. *In re: Application of Bracha Found.*, 663 F. App'x 755 (11th Cir. 2016) ("The decisions of the Eleventh Circuit Court of Appeals affirm the granting of § 1782 applications in ex parte proceedings, and other decisions outside the Circuit acknowledge that the use of ex parte § 1782 applications is widespread and that granting them is not improper based on their ex parte nature.").

Dated: October 26, 2023

                                           Respectfully submitted,

                                           */s/ Brian A. White*
                                           Brian A. White
                                           KING & SPALDING LLP
                                           1180 Peachtree St, NE
                                           Suite 1600
                                           Atlanta, GA 30309
                                           Tel.: +1 404 572 4739
                                           bwhite@kslaw.com