# EXHIBIT 28

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of LIBERTY STEEL NEWPORT HOLDINGS PTE. LTD. (202025182E)

Date: 18 May 2023

| | | |
|---|---|---|
| Name of Company | : | LIBERTY STEEL NEWPORT HOLDINGS PTE. LTD. |
| Former Name if any | : | |
| Date of Change of Name | : | |
| UEN | : | 202025182E |
| Incorporation Date | : | 21 AUG 2020 |
| Company Type | : | EXEMPT PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 21 AUG 2020 |
| Registered Office Address | : | 8 MARINA VIEW<br>#40-06<br>ASIA SQUARE TOWER 1<br>SINGAPORE (018960) |
| Date of Address | : | 21 AUG 2020 |
| Date of Last AGM | : | |
| Date of Last AR | : | |
| FYE As At Date of Last AR | : | |

## Business Activities

| | | |
|---|---|---|
| Primary Activity | : | OTHER HOLDING COMPANIES(64202) |
| Primary User-Described Activity | : | |

Page 1 of 5

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/kUAezxWG5g



CRK-2/2426

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of LIBERTY STEEL NEWPORT HOLDINGS PTE. LTD. (202025182E)

Date: 18 May 2023

| Secondary Activity | : |
|---|---|
| Secondary User-Described Activity | : |

## Issued Share Capital

| Amount | Number of Shares [1] | Currency | Share Type |
|---|---|---|---|
| 1 | 1 | UNITED STATES OF AMERICA, DOLLARS | ORDINARY |

[1] Number of Shares includes number of Treasury Shares

## Paid-Up Capital

| Amount | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1 | 1 | UNITED STATES OF AMERICA, DOLLARS | ORDINARY |

## Company has the following Ordinary Shares held as Treasury Shares

| Number of Shares | Currency |
|---|---|

## Audit Firm(s)

| Name |
|---|

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/kUAezxWG5g



**CRK-2/2427**

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

bizFile+

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of LIBERTY STEEL NEWPORT HOLDINGS PTE. LTD. (202025182E)

Date: 18 May 2023

| Charge(s) | | | | |
|---|---|---|---|---|
| Charge Number | Date Registered | Currency | Amount Secured | Chargee(s) |

| Officer(s) | | | | | |
|---|---|---|---|---|---|
| Name<br><br>Address | Identification Number | Nationality/ Citizenship | Position | Date of Appointment | Source of Address |
| SANJEEV GUPTA<br><br>8 MARINA VIEW #40-06<br>ASIA SQUARE TOWER 1<br>SINGAPORE (018960) | G5206814U | BRITISH | DIRECTOR | 21 AUG 2020 | ACRA |
| LAXHMI RAJARETNASINGAM<br><br>80B TELOK BLANGAH STREET 31 #16-113<br>TELOK BLANGAH TOWERS<br>SINGAPORE (102080) | S0752631H | SINGAPORE CITIZEN | SECRETARY | 21 AUG 2020 | ACRA |

Page 3 of 5

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/kUAezxWG5g



CRK-2/2428

**ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)**

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of LIBERTY STEEL NEWPORT HOLDINGS PTE. LTD. (202025182E)

Date: 18 May 2023

## Shareholder(s)

| Name / Address | Identification Number | Nationality[2]/ Place of origin[3] | Number of Shares | Currency | Address Changed / Source of Address |
|---|---|---|---|---|---|
| SANJEEV GUPTA<br><br>8 MARINA VIEW<br>#40-06<br>ASIA SQUARE TOWER 1<br>SINGAPORE (018960) | G5206814U | BRITISH | 1 (ORDINARY) | UNITED STATES OF AMERICA, DOLLARS | 27 FEB 2023<br><br>ACRA |

[2] Includes nationality and citizenship
[3] Includes place of incorporation, place of origin and place of registration

## Abbreviation

| | | |
|---|---|---|
| UL | : | Local Entity not registered with ACRA |
| UF | : | Foreign Entity not registered with ACRA |
| AR | : | Annual Return |
| AGM | : | Annual General Meeting |
| FS | : | Financial Statements |
| FYE | : | Financial Year End |
| OSCARS | : | One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority. |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/kUAezxWG5g



CRK-2/2429

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of LIBERTY STEEL NEWPORT HOLDINGS PTE. LTD. (202025182E)

Date: 18 May 2023

## Notes

1. All the information provided above are extracted from lodgements filed with ACRA and/or from other government sources.

2. Please check to ensure that this document is issued by ACRA by:
   (a) scanning the verification QR code at the bottom of the page, or
   (b) visiting the verification URL at the bottom of the page, or
   (c) uploading the verifiable OpenAttestation file (e.g. Business_Profile.oa) on www.acratrustbar.gov.sg.



TAN YONG TAT

ASST REGISTRAR OF COMPANIES & BUSINESS NAMES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

RECEIPT NO.    :    ACRA230518120397

DATE              :    18 MAY 2023

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/kUAezxWG5g

