# EXHIBIT 29

# Companies House

# CS01 (ef)

## Confirmation Statement

Company Name: **LIBERTY MERCHANT BAR PLC**
Company Number: **01860172**

Received for filing in Electronic Format on the: **09/11/2020**


X9HFPJNV

Company Name: **LIBERTY MERCHANT BAR PLC**

Company Number: **01860172**

Confirmation Statement date: 02/10/2020

**Electronically filed document for Company Number:** 01860172

**CRK-2/1220**

# Full details of Shareholders

The details below relate to individuals/corporate bodies that were shareholders during the review period or that had ceased to be shareholders since the date of the previous confirmation statement.

Shareholder information for a non-traded company as at the confirmation statement date is shown below

Shareholding 1: **1250000 ORDINARY shares held as at the date of this confirmation statement**
Name: **CMB RESTRUCTURING PTE LTD**

---

**Electronically filed document for Company Number:**     01860172

CRK-2/1221

## Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

**Electronically filed document for Company Number:**            01860172

**CRK-2/1222**

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

**End of Electronically filed document for Company Number:**     01860172

CRK-2/1223