# EXHIBIT 30

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CMB RESTRUCTURING PTE. LTD. (201322031M)

Date: 24 May 2023

| | | |
|---|---|---|
| Name of Company | : | CMB RESTRUCTURING PTE. LTD. |
| Former Name if any | : | SIMEC SHIPPING PTE. LTD. |
| Date of Change of Name | : | 09 JUN 2017 |
| UEN | : | 201322031M |
| Incorporation Date | : | 14 AUG 2013 |
| Company Type | : | PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 14 AUG 2013 |
| Registered Office Address | : | 8 MARINA VIEW #40-06 ASIA SQUARE TOWER 1 SINGAPORE (018960) |
| Date of Address | : | 30 JUN 2017 |
| Date of Last AGM | : | 15 JUL 2021 |
| Date of Last AR | : | 15 JUL 2021 |
| FYE As At Date of Last AR | : | 31 MAR 2020 |

## Business Activities

| | | |
|---|---|---|
| Primary Activity | : | OTHER HOLDING COMPANIES(64202) |
| Primary User-Described Activity | : | |

Verify Document Instantly

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/DzdGrJpuzQ



Page 1 of 5

CRK-2/2466

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CMB RESTRUCTURING PTE. LTD. (201322031M)

Date: 24 May 2023

| | | |
|---|---|---|
| Secondary Activity | : | WHOLESALE TRADE OF A VARIETY OF GOODS WITHOUT A DOMINANT PRODUCT(46900) |
| Secondary User-Described Activity | : | GENERAL WHOLESALE TRADE OF FERROUS AND NON-FERROUS STEEL AND OTHER METALS |

## Issued Share Capital

| Amount | Number of Shares [1] | Currency | Share Type |
|---|---|---|---|
| 1 | 1 | UNITED STATES OF AMERICA, DOLLARS | ORDINARY |

[1] Number of Shares includes number of Treasury Shares

## Paid-Up Capital

| Amount | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1 | 1 | UNITED STATES OF AMERICA, DOLLARS | ORDINARY |

## Company has the following Ordinary Shares held as Treasury Shares

| Number of Shares | Currency |
|---|---|

## Audit Firm(s)

| Name |
|---|
| T RAVI & CO. |



**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/DzdGrJpuzQ

CRK-2/2467

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CMB RESTRUCTURING PTE. LTD. (201322031M)

Date: 24 May 2023

| Charge(s) | | | | |
|---|---|---|---|---|
| Charge Number | Date Registered | Currency | Amount Secured | Chargee(s) |

| Officer(s) | | | | | |
|---|---|---|---|---|---|
| Name / Address | Identification Number | Nationality/ Citizenship | Position | Date of Appointment | Source of Address |
| SANJEEV GUPTA<br><br>8 MARINA VIEW #40-06 ASIA SQUARE TOWER 1 SINGAPORE (018960) | G5206814U | BRITISH | DIRECTOR | 30 JUN 2017 | ACRA |
| LAXHMI RAJARETNASINGAM<br><br>80B TELOK BLANGAH STREET 31 #16-113 TELOK BLANGAH TOWERS SINGAPORE (102080) | S0752631H | SINGAPORE CITIZEN | SECRETARY | 14 AUG 2013 | ACRA |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/DzdGrJpuzQ



CRK-2/2468

**ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)**

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CMB RESTRUCTURING PTE. LTD. (201322031M)

Date: 24 May 2023

## Shareholder(s)

| Name / Address | Identification Number | Nationality[2]/ Place of origin[3] | Number of Shares | Currency | Address Changed / Source of Address |
|---|---|---|---|---|---|
| SANJEEV GUPTA<br><br>8 MARINA VIEW #40-06<br>ASIA SQUARE TOWER 1<br>SINGAPORE (018960) | G5206814U | BRITISH | 1 (ORDINARY) | UNITED STATES OF AMERICA, DOLLARS | 27 FEB 2023<br><br>ACRA |

[2] Includes nationality and citizenship
[3] Includes place of incorporation, place of origin and place of registration

## Abbreviation

| | | |
|---|---|---|
| UL | : | Local Entity not registered with ACRA |
| UF | : | Foreign Entity not registered with ACRA |
| AR | : | Annual Return |
| AGM | : | Annual General Meeting |
| FS | : | Financial Statements |
| FYE | : | Financial Year End |
| OSCARS | : | One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority. |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/DzdGrJpuzQ



CRK-2/2469

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of CMB RESTRUCTURING PTE. LTD. (201322031M)

Date: 24 May 2023

## Notes

1   All the information provided above are extracted from lodgements filed with ACRA and/or from other government sources.

2   Please check to ensure that this document is issued by ACRA by:
    (a) scanning the verification QR code at the bottom of the page, or
    (b) visiting the verification URL at the bottom of the page, or
    (c) uploading the verifiable OpenAttestation file (e.g. Business_Profile.oa) on www.acratrustbar.gov.sg.



TAN YONG TAT

ASST REGISTRAR OF COMPANIES & BUSINESS NAMES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

RECEIPT NO.   :   ACRA230524148926

DATE          :   24 MAY 2023

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/DzdGrJpuzQ



Page 5 of 5

CRK-2/2470