# EXHIBIT 34

# Revealed: Sanjeev Gupta's circular money trail

**T** thetimes.co.uk/article/revealed-sanjeev-guptas-circular-money-trail-5xzwnjppt

John Collingridge

Tycoon raised cash from Greensill by selling himself steel

John Collingridge
Saturday April 17 2021, 6.00pm BST, The Sunday Times



Sanjeev Gupta, pictured with his wife, Nicola

Sanjeev Gupta's Liberty Steel raised cash from finance firm Greensill Capital by selling steel that it then planned to buy back itself, stoking concerns about how his stricken empire was funded.

Documents seen by The Sunday Times show that Liberty Steel Newport in south Wales used a circular trading scheme whereby it sold steel to a company with close links to the tycoon, which another Gupta business was then to buy back.

That £2.5 million sale allowed Liberty to borrow from Greensill via invoice discounting. Liberty was then free to sell the same steel again, this time to a different customer, and raise more cash from Greensill against that second sale.

The circular transactions raised alarm among several of Gupta's staff. The disclosure sheds light on the risky financing that helped turn Gupta's GFG Alliance into a $20 billion turnover empire employing 35,000 staff in just five years.

The Indian-born, Cambridge-educated tycoon is scrambling to raise cash for that vast collection of steel, energy and commodities trading businesses after Greensill collapsed into insolvency last month amid concerns about its trading and close relationship with Gupta. About 5,000 jobs in the UK are at risk.

Tory MP Richard Fuller last month used parliamentary privilege to ask business secretary Kwasi Kwarteng whether the matter should be investigated by the Serious Fraud Office.

Fuller said: "An acquisition strategy based on supply chain financing arrangements, plus a future receivables derivative scheme, plus an additional month's cash-flow, and a liberal mix of state guarantees, has the characteristics of a potential Ponzi scheme."



Gupta denies any wrongdoing.

The documents show that Liberty Steel Newport sold £2.5 million of coils and tubes to VS International (VSI), a metals trading business with links to GFG. VSI was established in 2015 by Vikrant Sharma — who was until recently described as the president of Gupta's Liberty Steel Holdings USA.

CRK-2/1505

Liberty was then able to raise cash from Greensill, which provided finance against the invoice from VSI. Typically, Greensill lent Liberty 80 per cent of an invoice's value, suggesting that it handed Liberty £2 million, to be repaid more than 100 days later.

Documents show that VSI would then sell that steel to Gupta's CS Management Services, which in turn would sell the steel back to Liberty Steel Newport. That same steel was then to be sold for a second time, to a third party, with Greensill again providing cash against that invoice.



Liberty Steel's Aldewerke mill in Rotherham

BLOOMBERG VIA GETTY IMAGES

That circular trade allowed Liberty to raise millions of pounds of cash from Greensill — albeit temporarily — from a single shipment of steel. It is not clear whether the steel was even physically delivered to VSI.

Nor is it clear whether the trade met the terms of Greensill's financing arrangement with Liberty, under which the Australian banker Lex Greensill's eponymous firm provided billions of pounds to the commodities trader. Internal documents show that an invoice, or receivable, was only eligible for financing by Greensill if it related to "an actual and bona fide sale of tangible moveable goods". Greensill declined to comment.

However, the transaction appeared to be sanctioned by senior Gupta lieutenants including Derek O'Reilly, finance director of Liberty Industries, and Rajeev Gandhi, finance chief of his Simec energy division.

GFG said: "We refute any suggestion of wrongdoing. We abided by all the normal rules that apply to inventory-based financing and in full knowledge of all parties involved.

"While GFG companies have done business with people known to the founder, the company has long-term customer relationships with major infrastructure, industrial, aerospace and automotive customers — as you would expect from one of the world's largest steel producers and the operator of Europe's largest aluminium smelter."

Selling a product and then repurchasing it is not illegal, but GFG did not say why the circular trade was necessary.

Greensill's administrator, Grant Thornton, is trying to recoup $5 billion (£3.6 billion) that Greensill lent to GFG — money that Gupta has stopped repaying.

Credit Suisse, which invested in Greensill's supply chain finance funds, is trying to claw back its $1.2 billion of exposure to GFG and has launched proceedings to wind up several of Gupta's businesses.

However, those attempts are being delayed by coronavirus measures that give breathing space to firms facing winding up petitions.

VS International is one of several companies with close links to Gupta run by individuals known internally as "Friends of Sanjeev".

Gupta also used such companies to borrow from the government's business interruption loan scheme for large companies hit by the pandemic — exceeding the scheme's £50 million limit through eight separate loans to GFG and companies linked to his empire.

VSI is now run by a German businessman, Christian Marc-Olivier Favre, and is owned by Evershine Metals, a Singaporean metals trading business. Accounts show that it generated $92 million of turnover in 2019 and profits of $157,000.

It is based in a serviced office in central London, has no website or phone number and employs one person. VSI's auditor, King & King, a small firm based in central London, also audits Liberty Steel Newport. VSI has borrowed from Gupta's Wyelands Bank.

VSI temporarily owned Nathrach Hydro, a Scottish renewable power business that it bought from Gupta in 2018 but sold in 2019.

Favre and Sharma did not respond to requests for comment.

## Related articles



OLIVER SHAH

Red lights are flashing over Sanjeev Gupta's empire. Where is the SFO?

April 18 2021, 12.01am BST

Oliver Shah

Today's business