# EXHIBIT 35

Machine Translated by Google

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

**ADDITIONAL INFORMATION AND EXPLANATIONS**

**1. INFORMATION ON SIGNIFICANT EVENTS RELATING TO PREVIOUS YEARS, INCLUDED IN THE FINANCIAL STATEMENTS OF THE YEAR ROTARY**

Until the date of preparation of the financial statements for the financial year 2021, there were no events relating to previous years that were not, but should be, included in the financial statements of the financial year.

**2. INFORMATION ON SIGNIFICANT EVENTS THAT OCCURED AFTER THE BALANCE SHEET DATE AND NOT INCLUDED IN THE STATEMENT FINANCIAL**

After the balance sheet date and until the date of preparation of the financial statements for the financial year 2021, there were no events that should be included in the financial statements for the financial year.

The war in Ukraine destabilized the economy, including the steel industry. Despite this situation, the Company retains the ability to conduct business. War risk had no impact on the impairment of financial and non-financial assets. The company is not dependent on purchases from Ukraine. The Company's activities currently consist of reprocessing activities and related services. The Company does not sell its products to end users, nor is it directly threatened by their possible financial failure.

**3. CHANGES IN ACCOUNTING PRINCIPLES (POLICY) IN THE FINANCIAL YEAR**

The financial statements for the current and previous financial year were prepared using identical principles, both the accounting (policy) and the methods of presenting data in the financial statements.

**4. ERROR CORRECTION**

In the current financial year, no corrections of errors were made that could affect the comparability of the financial data for the previous year with the data of the financial statements for the current financial year.

Machine Translated by Google

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

**5. COMPARABILITY OF THE FINANCIAL DATA FOR THE PREVIOUS YEAR WITH THE DATA OF THE FINANCIAL STATEMENTS FOR THE CURRENT YEAR ROTARY**

The financial statements for the current and previous reporting periods were prepared using identical principles, both accounting (policy) and methods of presenting data in the financial statements.

Machine Translated by Google

Liberty Czÿstochowa Limited Liability Company

Financial statements for the year ended December 31, 2021

Additional information and explanations

## 6. PROPERTY, PLANT AND EQUIPMENT

### 1. PROPERTY, PLANT AND EQUIPMENT

**Year ended on 31 December 2021**

| The name of the generic group of fixed assets | Initial value (gross) - as at the beginning of the year rotary | Increasing the initial value | | | Total increases initial value | Decrease of the initial value | | | Total decrease in the initial value | Residual value - as at the end of the financial year |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Update | Revenue | Displacements | | Sale | Liquidation | Other | | |
| 1. Land | 0.00 | | 48,348,999.98 | | 48,348,999.98 | | | | 0.00 | 48,348,999.98 |
| 2. Buildings | 0.00 | | 61,925,999.89 | | 61,925,999.89 | | | | 0.00 | 61,925,999.89 |
| 3. Technical equipment and machinery | 0.00 | | 116,016,797.97 | | 116,016,797.97 | | | | 0.00 | 116 016 797.97 |
| 4. Means of transport | 0.00 | | 1,662,890.73 | | 1,662,890.73 | | | | 0.00 | 1,662,890.73 |
| 5. Other fixed assets | 0.00 | | 1 612 151.62 | | 1 612 151.62 | | | | 0.00 | 1,612,151.62 |
| 6. Fixed assets under construction | 0.00 | | 232 469 502.49 | | 232 469 502.49 | | | 230,141,669.58 | 230 141 669.58 | 2,327,832.91 |
| TOGETHER | 0.00 | 0.00 | 462 036 342.68 | 0.00 | 462 036 342.68 | 0.00 | 0.00 | 230 141 669.58 | 230 141 669.58 | 231 894 673.10 |

| Redemptions - as at the beginning of the year rotary | Increases during the financial year | | | Total increase in redemption | Redemption reduction | Depreciation - as at the end of the financial year | Net value of fixed assets | |
|---|---|---|---|---|---|---|---|---|
| | Update | Depreciation for the financial year | Other | | | | position at the beginning of the financial year | As at the end of the financial year |
| 1. Land | 0.00 | 462,527.81 | 0.00 | 462,527.81 | 0.00 | 462,527.81 | 0.00 | **47,886,472.17** |
| 2. Buildings | 0.00 | 2,378,622.11 | 0.00 | 2,378,622.11 | 0.00 | 2,378,622.11 | 0.00 | **59,547,377.78** |
| 3. Technical devices and machines. 4. | 0.00 | 11,366,635.24 | 0.00 | 11,366,635.24 | 0.00 | 11,366,635.24 | 0.00 | **104,650,162.73** |
| Means of transport | 0.00 | 195,588.33 | 0.00 | 195,588.33 | 0.00 | 195,588.33 | 0.00 | **1,467,302.40** |
| 5. Other fixed assets | 0.00 | 739,512.74 | 0.00 | 739,512.74 | 0.00 | 739,512.74 | 0.00 | **872,638.88** |
| 6. Fixed assets under construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **2,327,832.91** |
| TOGETHER | **0.00** | **15,142,886.23** | **0.00** | **15,142,886.23** | **0.00** | **15,142,886.23** | **0.00** | **216 751 786.87** |

Liberty Czÿstochowa Limited Liability Company

Financial statements for the year ended December 31, 2021

Additional information and explanations

## 7. INTANGIBLE ASSETS

**Year ended on 31 December 2021**

| Name of intangible assets | Initial value (gross) - state at the beginning financial year | Increasing the initial value | | | Total increase in initial value | Decrease of the initial value | | | Total reduction of the initial value | Final value - status at the end of the financial year |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Update | Revenue | Displacements | | Sale | Liquidation | Other | | |
| Research and development costs | 0.00 | | 365,521.99 | | 365,521.99 | | | | | 365,521.99 |
| Goodwill | 0.00 | | 0.00 | | 0.00 | | | | | 0.00 |
| Other intangible assets | 0.00 | | 32,251,179.45 | | 32,251,179.45 | | | | | 32,251,179.45 |
| TOGETHER | 0.00 | 0.00 | 32,616,701.44 | 0.00 | 32,616,701.44 | 0.00 | 0.00 | 0.00 | 0.00 | 32,616,701.44 |

-

| Redemptions - as at the beginning of the financial year | Increases during the financial year | | | Total increase redemption | Redemption reduction | Depreciation - as at the end of the financial year | Net value of intangible assets | |
|---|---|---|---|---|---|---|---|---|
| | Update | Depreciation for the financial year | Other | | | | position at the beginning of the financial year | As at the end of the financial year |
| Research and development costs | | 42,644.21 | | 42,644.21 | | 42,644.21 | 0.00 | 322,877.78 |
| Goodwill | | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.00 |
| Other intangible assets | | 14,998,112.40 | | 14,998,112.40 | | 14,998,112.40 | 0.00 | 17,253,067.05 |
| TOGETHER | 0.00 | 15,040,756.61 | 0.00 | 15,040,756.61 | 0.00 | 15,040,756.61 | 0.00 | 17,575,944.83 |

4

Machine Translated by Google

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

The value of land in perpetual usufruct as at December 31, 2021 was PLN 47,886,472.17 (as at December 31, 2020, the company did not own any land).

In 2021, the Company did not incur any costs of servicing liabilities incurred to finance fixed assets under construction (in 2020, it did not incur any costs of servicing liabilities incurred to finance fixed assets under construction).

Liberty Czÿstochowa Limited Liability Company

Financial statements for the year ended December 31, 2021

Additional information and explanations

## 8. INVESTMENTS

### 8.1 Short-Term Investments

Both as at December 31, 2021 and December 31, 2020. The Company did not have any short-term investments, excluding cash and cash equivalents.

## 9. ACCEPTABLE SETTLEMENTS

| (in PLN) | Year ended on 31 December 2021 | Year ended on 31 December 2020 |
|---|---:|---:|
| Medium repairs | 1,522,246.14 | 0.00 |
| Insurance policy Fees | 1,112,358.00 | 0.00 |
| for telek.courier services | 1,918.00 | 0.00 |
| Advertising Fees | 33,632.28 | 0.00 |
| Subscription fees | 80,304.99 | 0.00 |
| **Together** | **2,750,459.41** | **0.00** |

## 10. CAPITALS

As at 31 December 2021, the share capital of the Company amounted to PLN 5,000 five thousand.

As at 31 December 2020, the share capital of the Company amounted to PLN 5,000 five thousand

## 11. PROFIT DISTRIBUTION/ LOSS COVERAGE

### 11.1 Profit distribution/loss coverage for the previous year

Pursuant to the Resolution of the Ordinary General Meeting of Shareholders of Liberty Czÿstochowa Sp. z o. o. of September 30, 2021, the net loss for 2020 in the amount of PLN 1,731,703.79 will be covered from the profits of the following years

### 11.2 Profit distribution/loss coverage for the current year

The financial statements were prepared before the resolution on the allocation of the current year's profit was adopted

## 12. RESERVES

The following changes in the status occurred in the reporting periods covered by the financial statements reserves:

**Year ended on 31 December 2021**

| (in PLN) | Deferred income tax | Provision for retirement and similar benefits | Provisions for future liabilities-CO2 | The remaining reserves | Together |
|---|---:|---:|---:|---:|---:|
| **As of January 1, 2021** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Boosts | 16,180,753.97 | 27,440,430.40 | 18,682,845.13 | 0.00 | **46 123 275.53** |
| Usage | 0.00 | 0.00 | 0 | 0.00 | **0.00** |
| Solution | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **As at December 31, 2021, including:** | **16,180,753.97** | **27,440,430.40** | **18,682,845.13** | **0.00** | **62 304 029.50** |
| Long-term | 16,180,753.97 | 21,043,336.99 | 0.00 | 0.00 | **37 224 090.96** |
| Short-term | 0.00 | 2,900,737.87 | 18,682,845.13 | 0.00 | **21,583,583.00** |

Liberty Czÿstochowa Limited Liability Company

Financial statements for the year ended December 31, 2021

Additional information and explanations

As at December 31, 2020, the company did not create any provisions

### 13. WRITE-DOWNS ON RECEIVABLES

In 2021 and 2020, the Company did not create any write-downs for receivables

### 14. LONG-TERM AND SHORT-TERM LIABILITIES

Liabilities maturity structure:

**December 31, 2021**

| (in PLN) | up to 1 year | 13 years | 3 - 5 years | over 5 years | Together |
|---|---|---|---|---|---|
| 1. Liabilities towards related entities, | 327,663,278.58 | 0.00 | 0.00 | 0.00 | 433 819 475.88 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| including: a) due to deliveries | 241 352 768.16 | 106 156 197.30 | 0.00 | 0.00 | 347 508 965.46 |
| and | 86,310,510.42 | 0.00 | 0.00 | 0.00 | 86 310 510.42 |
| services b) other 2. Liabilities to other entities, | 56,928,917.63 | 0.00 | 0.00 | 0.00 | 56,928,917.63 |
| including: |  |  |  |  |  |
| a) for supplies and services | 38,033,882.32 | 0.00 | 0.00 | 0.00 | 38 033 882.32 |
| b) bank credits and loans c) for | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| finance lease d) advance payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| received for supplies 0.00 e) for taxes, duties, insurance and other benefits | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12,550,126.85 g) for remuneration 4,661,090.46 h) other | | 0.00 | 0.00 | 0.00 | 12 550 126.85 |
|  |  | 0.00 | 0.00 | 0.00 | 4,661,090.46 |
|  | 1,683,818.00 | 0.00 | 0.00 | 0.00 | 1,683,818.00 |
| **Total liabilities as at 31 December 2021** | **384,592,196.21** | **0.00** | **0.00** | **0.00** | **490 748 393.51** |

**December 31, 2020**

| (in PLN) | up to 1 year | 13 years | 3 - 5 years | over 5 years | Together |
|---|---|---|---|---|---|
| 1. Liabilities towards related entities, | 21,539.33 | 0.00 | 0.00 | 0.00 | 21,539.33 |
|  | 0.00 | 0.00 | 0.00 | 0.00 |  |
| including: a) due to deliveries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| and | 21,539.33 | 0.00 | 0.00 | 0.00 | 21,539.33 |
| services b) other 2. Liabilities to other entities, | 1,299,365.30 | 0.00 | 0.00 | 0.00 | 1,299,365.30 |
| including: |  |  |  |  |  |
| a) for supplies and services | 811,063.06 | 0.00 | 0.00 | 0.00 | 811,063.06 |
| b) bank credits and loans c) for | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| finance lease d) advance payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| received for supplies e) for taxes, | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| duties, insurance and other benefits g) for salaries h) other | 170,320.70 | 0.00 | 0.00 | 0.00 | 170,320.70 |
|  | 316,955.45 | 0.00 | 0.00 | 0.00 | 316,955.45 |
|  | 1,026.09 | 0.00 | 0.00 | 0.00 | 1,026.09 |
| **Total liabilities as at 31 December 2020** | **1,320,904.63** | **0.00** | **0.00** | **0.00** | **1,320,904.63** |

Machine Translated by Google

Case 1:23-ml-00106-TWT-CMS   Document 5-12   Filed 10/26/23   Page 9 of 13

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

### 15. SOCIAL ASSETS AND LIABILITIES

The Act on the Company Social Benefits Fund of March 4, 1994, as amended,

requires an enterprise with 20 or more employees to establish and operate a company social benefit fund. The company manages such a fund by making the required write-offs.

The purpose of the fund is to co-finance the Company's social activities, loans for employees and other social expenses. The fund consists of accumulated contributions to the fund reduced by non-refundable expenses of the fund. The assets presented in the table below are not

actually controlled by the Company. Cash allocated to the Social Fund and other assets of the Funds are restricted and therefore cannot be used by the Company for its own benefit.

The composition and type of assets, liabilities and costs related to the Social Fund are presented in the table below:

**Assets and liabilities, receipts and expenses of the company's social benefits fund**

| (in PLN) | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Revenues of the Company Social Benefits Fund (opening balance + write-off) | 1,939,300.59 | 0.00 |
| ZFÿS expenses for holidays, summer camps, camps | 1,230,690.00 | 0.00 |
| Expenses of the Company Social Fund for material and financial assistance | 653,610.00 | 0.00 |
| ZFÿS balance | **55,000.59** | **0.00** |

### 16. FUNDS IN THE VAT ACCOUNT

As at December 31, 2021, there were cash in the VAT bank account in the amount of PLN 880,819.17.

### 17. PREPAYMENTS

| (in PLN) | Year ended on 31 December 2021 | Year ended on 31 December 2020 |
|---|---|---|
| Negative goodwill | 27,294,254.12 | 0.00 |
| Other accruals, including: | 17,178,044.43 | 0.00 |
| - CO2 emission rights | 17,178,044.43 | 0.00 |
| **Together** | **44,472,298.55** | **0.00** |

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

### 18. LIABILITIES SECURED BY THE ENTITY'S ASSETS

The company had no liabilities secured on its assets.

### 19. CONTINGENT LIABILITIES, INCLUDING GRANTED BY THE ENTITY GUARANTEES AND SURETIES, INCLUDING PROmissory Notes

As at December 31, 2021 and December 31, 2020, the Company did not have any contingent liabilities, including any guarantees and sureties granted.

### 20. OFF-BALANCE SHEET LIABILITIES

As at December 31, 2021, the Company had no off-balance sheet liabilities.

As at 31 December 2020, the Company had no off-balance sheet liabilities.

### 21. PROPERTY AND TERRITORIAL STRUCTURE OF SALES

The material structure of sales revenue in 2021 and 2020 was as follows:

| Type of activity (in PLN) | Year ended on day December 31, 2021 | Year ended on day December 31, 2020 |
|---|---|---|
| 1. Products |  | 0.00 |
| 2. Services and materials | 1,147,219,223.62 | 0.00 |
| Total net sales | 1,147,219,223.62 | 0.00 |

The territorial structure of sales revenues in 2021 and 2020 was as follows:

| Area of activity (in PLN) | Year ended on day December 31, 2021 | Year ended on day December 31, 2020 |
|---|---|---|
| 1. Domestic revenues | 28,675,955.14 | 0.00 |
| 2. Export revenues | 1,118,543,268.48 | 0.00 |
| Total net sales | 1,147,219,223.62 | 0.00 |

### 22. WRITE-DOWNS ON FIXED ASSETS AND FIXED ASSETS IN CONSTRUCTION

In 2021 and 2020, the Company did not create impairment losses on fixed assets and fixed assets under construction.

### 23. WRITE-DOWN ON INVENTORY

In 2021 and 2020, the Company did not create any write-downs for inventories

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

### 24. INFORMATION ON REVENUE, COSTS AND RESULTS OF ACTIVITIES DISCONTINUED IN THE FINANCIAL YEAR OR INTENDED TO BE DISCONTINUED IN THE FOLLOWING YEAR

In the financial year, the Company did not discontinue any type of activity. In the next financial year, it does not plan to discontinue any type of activity.

### 25. OTHER OPERATING INCOME

| (in PLN) | Year ended on December 31, 2021 | Year ended on 31 December 2020 |
|---|---|---|
| Profit on disposal of non-financial fixed assets Subsidies | 0.00 | 0.00 |
|  | 112 376.00 | 0.00 |
| Revaluation of non-financial assets. | 0.00 | 0.00 |
| Other operating income, including: | 3,086,516.55 | 2,808.96 |
| - compensation | 846,480.14 | 0.00 |
| - reversal of the provision for future liabilities, including: - reversal | 1,526,112.68 | 0.00 |
| of the provision for unused leaves - reversal of the | 562,222.51 | 0.00 |
| provision for jubilee awards - reversal of the provision | 590,307.28 | 0.00 |
| for retirement and disability benefits - reversal of the provision | 197,180.31 | 0.00 |
| for contributions to the Company Social Benefits Fund | 176,402.58 | 0.00 |
| Revenue related to used emission allowances | 131,191.15 | 0.00 |
| Negative goodwill write-down - | 580,728.81 | 0.00 |
| other | 2,003.77 | 0.00 |
| **Other operating income, TOTAL** | **3,198,892.55** | **2,808.96** |

### 26. OTHER OPERATING COSTS

| (in PLN) | Year ended on 31 December 2021 | Year ended on 31 December 2020 |
|---|---|---|
| **I. Loss on disposal of non-financial non-current assets** | 0.00 | 0.00 |
| **II. Revaluation of non-financial assets** | 0.00 | 0.00 |
| **III. Other operational costs** | 135,846.01 | 0.15 |
| **Other operating costs, TOTAL** | **135,846.01** | **0.15** |

Machine Translated by Google

Case 1:23-mi-00106-TWT-CMS   Document 5-12   Filed 10/26/23   Page 12 of 13

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

### 27. FINANCIAL REVENUE

| (in PLN) | Year ended on 31 December 2021 | Year ended on 31 December 2020 |
|---|---:|---:|
| **I. Dividends and Profit Shares** | 0.00 | 0.00 |
| **II. Interest** | 0.00 | 0.00 |
| **III. Profit on the sale of financial fixed assets IV. Revaluation of financial assets** | 0.00 | 0.00 |
|  | 0.00 | 0.00 |
| V. Other | 0.24 | 0.00 |
| **Financial income, TOTAL** | **0.24** | **0.00** |

### 28. FINANCING COSTS

| (in PLN) | Year ended on 31 December 2021 | Year ended on 31 December 2020 |
|---|---:|---:|
| **I. Interest, including:** | **5,876,886.98** | **19,723.66** |
| - interest for related companies - | 5,866,231.35 | 19,723.66 |
| interest for other contractors | 7,301.77 | 0.00 |
| - budget interest | 3,353.86 | 0.00 |
| **II. Loss on disposal of investments III. Revaluation of investments IV. Other, including:** | 0.00 | 0.00 |
|  | 0.00 | 0.00 |
|  | 6,362,514.31 | 723,518.61 |
| - exchange differences | 6,362,423.92 | 0.00 |
| - the remaining | 90.39 | 723,518.61 |
| **Financial costs, together** | **12,239,401.29** | **743,242.27** |

### 28. INFORMATION ON THE AVERAGE EMPLOYMENT, BY OCCUPATIONAL GROUP

| A group of employees | Year ended on 31 December 2021 | Year ended on 31 December 2020 |
|---|---:|---:|
| Management | 0 | 0 |
| White-collar workers | 298 | 2 |
| Manual workers | 830 | 4 |
| **Employment together** | **1128** | **6** |

### 30. INFORMATION ON REMUNERATION OF AUDIT COMPANIES

The report for 2021 was audited by the Statutory Auditor. The amount of remuneration is PLN 80,000 net.

11

Liberty Czÿstochowa Limited Liability Company
Financial statements for the year ended December 31, 2021
Additional information and explanations

### 31. INFORMATION ON REMUNERATION, INCLUDING PROFIT REMUNERATION, PAID OR DUE TO PERSONS COMPOSING MANAGEMENT AND SUPERVISORY BODIES

Both in the financial year ending on 31 December 2021 and in the previous year, the Company did not pay any remuneration.

### 32. INFORMATION ON LOANS AND SIMILAR BENEFITS GRANTED PERSONS COMPOSING THE MANAGING BODIES AND SUPERVISORY

Both in the financial year ending on 31 December 2021 and in the previous year, the Company did not grant any loans or benefits of a similar nature to members of the management, supervisory or administrative bodies.

### 33. FINANCIAL INSTRUMENTS

**Objectives and principles of financial risk management**

The Company is exposed to market risk, including primarily the risk of changes in interest rates and exchange rates.

The Company is exposed to currency risk due to the concluded transactions. Such risk arises as a result of sales or purchases made by the operating unit in currencies other than its valuation currency.

The Company does not enter into forward transactions intended to protect against currency risk. During the financial year, the Company did not make any transactions with the use of financial instruments.
The Company does not hold or issue derivative financial instruments for trading. The book value of financial assets and liabilities presented in the balance sheet does not significantly differ from the fair value.

### 34. WITHDRAWAL FROM PREPARING CONSOLIDATED FINANCIAL STATEMENTS

Consolidated financial statements for the capital group are prepared within the Liberty Group.