# EXHIBIT 36

Poland | Select another site to see content specific to your location  Change site



Poland

June 1, 2022     No category

# Huta w Częstochowa celebrates a year as part of the LIBERTY Group

Nearly one million tons of steel produced since purchase by LIBERTY in June 2021

Scope of restarts, upgrades and decarbonization projects completed to support new '55-65-85' manufacturing strategy

Resumption of local investment and social partnerships

LIBERTY Częstochowa, Poland's largest manufacturer of low-carbon GREENSTEEL plates, celebrates the first year since the plant was taken over by LIBERTY Steel Group. In the first year of operation under the name LIBERTY, production at Huta is systematically increased, reaching in March this year the highest levels since 2017, which translated into nearly one million tons produced by the plant over the past year: the production of GREENSTEEL flat slabs at the Steelworks exceeded 500,000 tons and more than 400,000 tons of GREENSTEEL sheets were produced in the Thick Plate Rolling Mill.

CRK-2/1957

The increase in plant production was possible due to the resumption of operational processes and a number of modernization projects, including: restarting the prefabrication plant; modernization of the continuous steel casting line, rolling line and cutting line No. 1 and No. 2; as well as an increase in the efficiency of the production process. With the aim of achieving emission neutrality by 2030, a photovoltaic farm was launched at the plant in February, another one is planned to be installed this year, which, upon completion, will provide LIBERTY Częstochowa with approximately 3 MW of renewable energy capacity.

All investments made will support the adopted production strategy of the "55-65-85" company, assuming the ultimate shipment of 85,000 tons of GREENSTEEL sheets per month.

Throughout the year, the company also worked hard to strengthen partnerships with local communities and educational institutions: cooperation agreements signed by LIBERTY Częstochowa with universities: Częstochowa University of Technology and the University of Jan Długosz will allow their students to complete internships and doctoral internships at the plant, as well as joint research programs.

Krishnamoorthy Venkatasubramanian, General Manager of Liberty Częstochowa, said: "The first year of operation of LIBERTY Częstochowa was a challenge that the entire Huta team more than met. On this occasion, I would like to thank all employees for their commitment and hard work. Together, we managed to achieve ambitious goals - both in terms of production levels, modernizations carried out, and setting new standards of work safety. I am convinced that this is just the beginning of the road, and LIBERTY Częstochowa will soon become the leader of GREENSTEEL production in this part of Europe and a trusted partner for the Polish government in the implementation of the most important Polish infrastructure projects."

# Latest news

CRK-2/1958



News

August 11, 2023

## Railway siding operating regulations

Regulations for the operation of the standard-gauge railway siding Liberty Częstochowa Sp. z o. o. (updated) with Annex No. 1. Ordinance No...

Read more



News

June 1, 2023

## Summer School 2023

LIBERTY Częstochowa launches its first Summer School. It hopes to become one of the most important internship programs in the region as...

Read more



No category

14 mark, 2023

## Government support for LIBERTY Częstochowa Sp. z o. o

"The entrepreneur received aid under the government program entitled: "Aid for energy-intensive sectors related to sudden increases in natural gas prices...

Read more



No category

December 28, 2022

## Information on the implemented tax strategy for the tax year 2021

Liberty Czestochowa Sp. z o. o. (the "Company"), fulfilling the obligations under Art. 27c of the Act of February 15, 1992.

Read more

View All

POLAND ⌄

PL    EN

## Connect with us





---

Sitemap          Contact Us

© 2023 LIBERTY Steel Group