# EXHIBIT 43

**Registre de Commerce et des Sociétés**
Numéro RCS : B17870
Référence de dépôt : L230008059
Déposé et enregistré le 12/01/2023

DXAQKZP20220926T14351501_002

| RCSL Nr.: B17870 | Matricule : 2006 2229 242 |
|---|---|
| | eCDF entry date : 10/01/2023 |

## BALANCE SHEET

**Financial year from** 01 01/01/2020 **to** 02 31/12/2020 (in 03 EUR )

Liberty Liège - Dudelange (LU) S.A.
520-550, Z.A.E. Wolser B
L-3452 Dudelange

## ASSETS

| | | Reference(s) | Current year | Previous year |
|---|---|---|---|---|
| **A.** | **Subscribed capital unpaid** | 1101 | 101 | 102 |
| I. | Subscribed capital not called | 1103 | 103 | 104 |
| II. | Subscribed capital called but unpaid | 1105 | 105 | 106 |
| **B.** | **Formation expenses** | 1107 | 107 | 108 |
| **C.** | **Fixed assets** | 1109 | 109  11.021.721,40 | 110  11.483.472,08 |
| I. | Intangible assets | 1111 | 111 | 112 |
| | 1. Costs of development | 1113 | 113 | 114 |
| | 2. Concessions, patents, licences, trade marks and similar rights and assets, if they were | 1115 | 115 | 116 |
| | a) acquired for valuable consideration and need not be shown under C.I.3 | 1117 | 117 | 118 |
| | b) created by the undertaking itself | 1119 | 119 | 120 |
| | 3. Goodwill, to the extent that it was acquired for valuable consideration | 1121 | 121 | 122 |
| | 4. Payments on account and intangible assets under development | 1123 | 123 | 124 |
| II. | Tangible assets | 1125 | 125  11.021.721,40 | 126  11.483.472,08 |
| | 1. Land and buildings | 1127 | 127  2.957.160,06 | 128  2.954.169,71 |
| | 2. Plant and machinery | 1129 | 129  7.352.962,69 | 130  7.013.644,07 |

The notes in the annex form an integral part of the annual accounts

|  |  | Reference(s) | Current year | Previous year |
|---|---|---|---|---|
|  |  | RCSL Nr.: B17870 | Matricule: 2006 2229 242 | DXAQKZP20220926T14351501_002 |

|  |  | Reference(s) | Current year | Previous year |
|---|---|---|---|---|
| 3. Other fixtures and fittings, tools and equipment | 1131 | 131 | 189.957,77 | 132 | 489.214,21 |
| 4. Payments on account and tangible assets in the course of construction | 1133 | 133 | 521.640,88 | 134 | 1.026.444,09 |
| III. Financial assets | 1135 | 135 |  | 136 |  |
| 1. Shares in affiliated undertakings | 1137 | 137 |  | 138 |  |
| 2. Loans to affiliated undertakings | 1139 | 139 |  | 140 |  |
| 3. Participating interests | 1141 | 141 |  | 142 |  |
| 4. Loans to undertakings with which the undertaking is linked by virtue of participating interests | 1143 | 143 |  | 144 |  |
| 5. Investments held as fixed assets | 1145 | 145 |  | 146 |  |
| 6. Other loans | 1147 | 147 |  | 148 |  |
| **D. Current assets** | 1151 | 151 | **24.904.694,97** | 152 | **24.698.855,78** |
| I. Stocks | 1153 | 153 | 6.150.842,02 | 154 | 5.374.667,79 |
| 1. Raw materials and consumables | 1155 | 155 | 6.031.498,67 | 156 | 5.338.466,15 |
| 2. Work in progress | 1157 | 157 | 119.343,35 | 158 | 36.201,64 |
| 3. Finished goods and goods for resale | 1159 | 159 |  | 160 |  |
| 4. Payments on account | 1161 | 161 |  | 162 |  |
| II. Debtors | 1163 | 163 | 17.829.252,52 | 164 | 16.568.533,59 |
| 1. Trade debtors | 1165 | 165 | 5.139.626,42 | 166 | 4.371.958,01 |
| a) becoming due and payable within one year | 1167 | 167 | 5.139.626,42 | 168 | 4.371.958,01 |
| b) becoming due and payable after more than one year | 1169 | 169 |  | 170 |  |
| 2. Amounts owed by affiliated undertakings | 1171 | 171 | 11.768.202,86 | 172 | 11.200.778,65 |
| a) becoming due and payable within one year | 1173 | 173 | 11.768.202,86 | 174 | 11.200.778,65 |
| b) becoming due and payable after more than one year | 1175 | 175 |  | 176 |  |
| 3. Amounts owed by undertakings with which the undertaking is linked by virtue of participating interests | 1177 | 177 |  | 178 |  |
| a) becoming due and payable within one year | 1179 | 179 |  | 180 |  |
| b) becoming due and payable after more than one year | 1181 | 181 |  | 182 |  |
| 4. Other debtors | 1183 | 183 | 921.423,24 | 184 | 995.796,93 |
| a) becoming due and payable within one year | 1185 | 185 | 921.423,24 | 186 | 995.796,93 |
| b) becoming due and payable after more than one year | 1187 | 187 |  | 188 |  |

The notes in the annex form an integral part of the annual accounts

DXAQKZP20220926T14351501_002

| | RCSL Nr.: B17870 | Matricule: 2006 2229 242 |

| | Reference(s) | | Current year | | Previous year |
|---|---|---|---|---|---|
| III. Investments | 1189 | 189 | | 190 | |
|    1. Shares in affiliated undertakings | 1191 | 191 | | 192 | |
|    2. Own shares | 1209 | 209 | | 210 | |
|    3. Other investments | 1195 | 195 | | 196 | |
| IV. Cash at bank and in hand | 1197 | 197 | 924.600,43 | 199 | 2.755.654,40 |
| **E. Prepayments** | 1199 | 199 | | 200 | |
| **TOTAL (ASSETS)** | | 201 | 35.926.416,37 | 202 | 36.182.327,86 |

The notes in the annex form an integral part of the annual accounts

DXAQKZP20220926T14351501_002

| RCSL Nr.: B17870 | Matricule: 2006 2229 242 |
|---|---|

## CAPITAL, RESERVES AND LIABILITIES

| | Reference(s) | | Current year | | Previous year |
|---|---|---|---|---|---|
| **A. Capital and reserves** | 1301 | 301 | 20.168.225,13 | 302 | 19.370.454,41 |
|   I. Subscribed capital | 1303 | 303 | 13.855.000,00 | 304 | 13.855.000,00 |
|   II. Share premium account | 1305 | 305 | | 306 | |
|   III. Revaluation reserve | 1307 | 307 | | 308 | |
|   IV. Reserves | 1309 | 309 | 5.515.454,41 | 310 | 1.385.500,00 |
|     1. Legal reserve | 1311 | 311 | 1.385.500,00 | 312 | 1.385.500,00 |
|     2. Reserve for own shares | 1313 | 313 | | 314 | |
|     3. Reserves provided for by the articles of association | 1315 | 315 | | 316 | |
|     4. Other reserves, including the fair value reserve | 1429 | 329 | 4.129.954,41 | 330 | |
|       a) other available reserves | 1431 | 331 | 3.271.179,41 | 332 | |
|       b) other non available reserves | 1433 | 333 | 858.775,00 | 334 | |
|   V. Profit or loss brought forward | 1319 | 319 | | 320 | |
|   VI. Profit or loss for the financial year | 1321 | 321 | 797.770,72 | 322 | 4.129.954,41 |
|   VII. Interim dividends | 1323 | 323 | | 324 | |
|   VIII. Capital investment subsidies | 1325 | 325 | | 326 | |
| **B. Provisions** | 1331 | 331 | 1.637.168,81 | 332 | 1.603.426,18 |
|   1. Provisions for pensions and similar obligations | 1333 | 333 | 1.637.168,81 | 334 | 1.603.426,18 |
|   2. Provisions for taxation | 1335 | 335 | | 336 | |
|   3. Other provisions | 1337 | 337 | | 338 | |
| **C. Creditors** | 1435 | 435 | 14.121.022,43 | 436 | 15.208.447,27 |
|   1. Debenture loans | 1437 | 437 | | 438 | |
|     a) Convertible loans | 1439 | 439 | | 440 | |
|       i) becoming due and payable within one year | 1441 | 441 | | 442 | |
|       ii) becoming due and payable after more than one year | 1443 | 443 | | 444 | |
|     b) Non convertible loans | 1445 | 445 | | 446 | |
|       i) becoming due and payable within one year | 1447 | 447 | | 448 | |
|       ii) becoming due and payable after more than one year | 1449 | 449 | | 450 | |
|   2. Amounts owed to credit institutions | 1355 | 355 | | 356 | |
|     a) becoming due and payable within one year | 1357 | 357 | | 358 | |
|     b) becoming due and payable after more than one year | 1359 | 359 | | 360 | |

The notes in the annex form an integral part of the annual accounts

| RCSL Nr.: B17870 | Matricule: 2006 2229 242 |

DXAQKZP20220926T14351501_002

| | Reference(s) | Current year | Previous year |
|---|---|---|---|
| 3. Payments received on account of orders in so far as they are not shown separately as deductions from stocks | 1161 | 161 | 162 |
| a) becoming due and payable within one year | 1163 | 163 | 164 |
| b) becoming due and payable after more than one year | 1165 | 165 | 166 |
| 4. Trade creditors | 1167 | 167   8.910.560,03 | 168   10.863.038,85 |
| a) becoming due and payable within one year | 1169 | 169   8.910.560,03 | 170   10.863.038,85 |
| b) becoming due and payable after more than one year | 1171 | 171 | 172 |
| 5. Bills of exchange payable | 1173 | 173 | 174 |
| a) becoming due and payable within one year | 1175 | 175 | 176 |
| b) becoming due and payable after more than one year | 1177 | 177 | 178 |
| 6. Amounts owed to affiliated undertakings | 1179 | 179   1.062.515,93 | 180   694.715,44 |
| a) becoming due and payable within one year | 1181 | 181   1.062.515,93 | 182   694.715,44 |
| b) becoming due and payable after more than one year | 1183 | 183 | 184 |
| 7. Amounts owed to undertakings with which the undertaking is linked by virtue of participating interests | 1185 | 185 | 186 |
| a) becoming due and payable within one year | 1187 | 187 | 188 |
| b) becoming due and payable after more than one year | 1389 | 389 | 390 |
| 8. Other creditors | 1151 | 151   4.147.946,47 | 152   3.650.692,98 |
| a) Tax authorities | 1393 | 393   1.773.155,20 | 394   1.567.092,52 |
| b) Social security authorities | 1395 | 395   705.608,38 | 396   989.482,15 |
| c) Other creditors | 1397 | 397   1.669.182,89 | 398   1.094.118,31 |
| i) becoming due and payable within one year | 1399 | 399   1.646.398,35 | 400   1.094.118,31 |
| ii) becoming due and payable after more than one year | 1301 | 401   22.784,54 | 402   0,00 |
| D. Deferred income | 1403 | 403 | 404 |
| TOTAL (CAPITAL, RESERVES AND LIABILITIES) | | 405   35.926.416,37 | 406   36.182.327,86 |

The notes in the annex form an integral part of the annual accounts

Registre de Commerce et des Sociétés
Numéro RCS : B17870
Référence de dépôt : L230008059
Déposé le 12/01/2023

# Notes to the annual accounts at 12.31.2020

## NOTE 1- GENERAL

Liberty Liège-Dudelange (LU) S.A. (before ArcelorMittal Dudelange S.A., formerly Ewald Giebel Luxemburg GmbH) was incorporated on September 5, 1980 in Dudelange for an unlimited period.

The purpose of the company is to build and operate steel coating and rolled coil surface treatment facilities, as well as the sale of finished products manufactured at these facilities.

Since the takeover of ArcelorMittal Dudelange S.A. by the Liberty House group on July 1st, 2019, Liberty Liège-Dudelange (LU) S.A. has been carrying out this work on behalf of Liberty Liège-Dudelange (BE) S.A.

The head office is established in Dudelange. The fiscal year runs from January 1 to December 31.

The company can also carry out all industrial, commercial and financial transactions, concerning both material and immaterial property, having a total or partial relationship with the corporate purpose of the company.

The company may also, in any form whatsoever, acquire stakes in activities or companies which exercise the same corporate purpose or a similar corporate purpose, or in companies which would contribute to its functions of purchasing raw materials or sales, of finished products.

In response to the European Commission's request in order to satisfy market competition rules, the ArcelorMittal Group had put the company ArcelorMittal Dudelange S.A. up for sale. The process began in the second quarter of 2018 under the governance of a trustee set up by the European Commission. The sale was finalized by the takeover of ArcelorMittal Dudelange S.A. shares by the Liberty House group on July 1, 2019.

The company changed its name on July 1, 2019 to be called Liberty Liège-Dudelange (LU) S.A..

## NOTE 2- - ACCOUNTING PRINCIPLES, RULES AND METHODS

- General principles

    The annual accounts are drawn up in accordance with Luxembourg legal and regulatory requirements and generally accepted accounting practices.

- Currency conversion

    The company keeps its accounts in euros (EUR) and the balance sheet as well as the profit and loss account are expressed in this currency.

    Income and expenses in foreign currencies are converted into euros at the exchange rate in force on the date of the transaction.

    On the balance sheet closing date, balance sheet items expressed in foreign currencies are converted at the latest exchange rates resulting from market quotes provided by European Central Bank. Unrealized exchange losses resulting from this valuation and which would not be covered by forward exchange transactions are recorded in the profit and loss account.

Liberty Liège-Dudelange (LU) S.A

## Notes to the annual accounts at 12.31.2020

Unrealized foreign exchange gains are not recognized. Exchange differences noted in relation to trade receivables are charged directly to sales.

- Intangible assets

Intangible assets are valued at historical acquisition cost which includes incidental costs, less accumulated amortization.

The licenses are amortized over a period of 5 years.

- Tangible assets

Tangible fixed assets are valued at their acquisition price or at cost price. The acquisition price or cost of property, plant and equipment is depreciated on a straight-line basis based on the estimated economic life. Between January 1, 2000 and December 31, 2006, the depreciation of certain technical installations was carried out on a declining balance basis. In order to align with the instructions of the previous group, Liberty Liège-Dudelange (LU) SA reverted to the straight-line depreciation of these facilities from January 1, 2007. From January 2016, the useful lives were extended, in order to align them with the previous group following an analysis by the CTO (Chief Technical Officer).

In general, the service life is 30 years for constructions and production lines, 25 years for technical installations and 5 years for computers and office equipment.

- Stocks

Inventories of raw materials and other supplies are valued at their acquisition price based on the weighted average cost method.

From January 1, 2020, stored spare parts will be valued at their acquisition price based on the weighted average cost method. A value adjustment is applied to the parts according to their age. Inventories that existed on December 31, 2019 are written back without value given that they had already been written off on their acquisition.

In order to comply with the new requirements provided for the PCN 2020, the allocation of accounts and the presentation of the annual accounts as of December 31st, 2020 have been modified. To ensure the comparability of the financial years, the figures for the financial year ending on December 31st, 2019 have been reclassified in the same way as those as of December 31st, 2020, with no impact on the result of the 2019 financial year.

Profit & Loss:

|               |                                         |                      |
| ------------- | --------------------------------------- | -------------------- |
| 1 246 766,46€ | 4. Other operating income               | 1. Net turnover      |
| 136 089,38€   | 6. Staff costs b)i) relating to pensions | 6. Staff costs c) Other staff costs |

- -Receivables and debts

Liberty Liège-Dudelange (LU) S.A.

## Notes to the annual accounts at 12.31.2020

Other current assets and debts are recorded at their nominal value. Individual value adjustments are made on receivables when the estimated realizable value is lower than the nominal value, based on information available to the Board of Directors.

- <u>- Provisions</u>

Provisions are made to cover all expected risks and possible charges relating to the current year or to previous years.

Liberty Liège-Dudelange (LU) S.A

## Notes to the annual accounts at 12.31.2020

### Note 3 - Fixed assets

#### Intangible assets

|  | EUR |
|---|---:|
| Acquisition value at the beginning of 2020 | 2.944.902,02 |
| Entries/Exits of the exercise | — |
| **Acquisition price, at the end of the year** | **2.944.902,02** |
| | |
| Depreciation, beginning of 2020 | (2.944.909,02) |
| Depreciation acted in 2020 | — |
| **Depreciation at the end of the year** | **(2.944.909,02)** |
| | |
| **Net worth at the end of the year** | **—** |

Liberty Liège-Dudelange LUX S.A.

# Notes to the annual accounts at 12.31.2020

## Immobilisations corporelles (en EUR)

| | Début 2020 | Valeurs d'acquisition Entrées | Transferts | 31/12/2020 | Début 2020 | Amortissements Dotations | Reprises | 31/12/2020 | Valeurs aux livres Début 2020 | 31/12/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ligne 1 HDG** | | | | | | | | | | |
| Constructions | 8.011.191,39 | 171.480,00 | 185.650,00 | 8.368.321,39 | 7.893.626,99 | 23.648,08 | | 7.917.275,07 | 117.564,40 | 451.046,32 |
| Ligne de production | 37.841.707,81 | | | 37.841.707,81 | 35.089.741,34 | 163.374,21 | | 35.253.115,55 | 2.751.987,97 | 2.588.592,26 |
| Autres installations | 16.571.347,48 | | | 16.571.347,48 | 14.802.259,04 | 98.963,70 | | 14.901.222,74 | 1.769.088,44 | 1.670.124,74 |
| Rouleaux | | | 47.000,00 | 91.860,00 | | | | | | 91.860,00 |
| Ponts roulants | 3.524.017,80 | | | 3.524.017,80 | 3.273.959,56 | 30.517,00 | | 3.304.476,56 | 250.058,24 | 219.541,24 |
| **Ligne 2 HDG** | | | | | | | | | | |
| Constructions | 10.088.465,77 | | | 10.088.465,77 | 9.715.398,82 | 105.190,23 | | 9.820.589,05 | 373.066,95 | 267.876,72 |
| Ligne de production | 49.873.321,00 | | 524.580,00 | 50.397.901,00 | 48.561.805,04 | 184.350,54 | | 48.766.155,58 | 1.291.355,96 | 1.631.745,42 |
| Autres installations | 13.999.442,19 | | | 13.999.442,19 | 12.975.474,58 | 65.276,78 | | 13.040.751,36 | 1.023.967,61 | 958.690,83 |
| Rouleaux | 58.322,70 | | | 58.322,70 | | | | 58.322,70 | | |
| Ponts roulants | 1.802.480,98 | | | 1.802.480,98 | 1.697.466,19 | 5.860,06 | | 1.703.348,25 | 104.917,79 | 99.132,73 |
| **Ligne 3 ELO** | | | | | | | | | | |
| Constructions | 6.932.429,33 | | | 6.932.429,33 | 6.920.873,38 | 1.386,71 | | 6.922.260,09 | 11.555,95 | 10.169,24 |
| Ligne de production | 12.237.701,27 | | | 12.237.701,27 | 12.141.298,89 | 7.542,89 | | 12.148.841,78 | 96.402,38 | 89.859,40 |
| Autres installations | 577.358,24 | | | 577.358,24 | 515.285,71 | 2.890,60 | | 518.176,31 | 62.072,53 | 59.181,93 |
| Ponts roulants | 110.992,86 | | | 110.992,86 | 103.126,90 | 518,43 | | 103.645,33 | 7.865,96 | 7.347,33 |
| **Ligne 4 ELO** | | | | | | | | | | |
| Constructions | 4.174.553,88 | | | 4.174.553,88 | 3.014.845,13 | 111.009,21 | | 3.125.854,34 | 1.159.708,55 | 1.048.699,34 |
| Ligne de production | 25.169.047,13 | | | 25.169.047,13 | 25.169.046,39 | 0,05 | | 25.169.046,44 | 0,74 | 0,69 |
| Autres installations | 153.370,11 | | | 153.370,11 | 137.497,49 | 940,84 | | 138.438,33 | 15.872,62 | 14.931,78 |
| Ponts roulants | 298.708,17 | | | 298.708,17 | 298.708,17 | | | 298.708,17 | | |
| **Steel Service Center** | | | | | | | | | | |
| Constructions | 5.199.023,78 | | | 5.199.023,78 | 4.865.842,78 | 20.248,97 | | 4.886.091,75 | 333.181,00 | 312.932,03 |
| Lignes de finissage | 7.036.706,65 | | | 7.036.706,65 | 7.033.789,33 | 204,78 | | 7.033.994,11 | 2.917,32 | 2.712,54 |
| Autres installations | 39.060,19 | | | 39.060,19 | 39.060,19 | | | 39.060,19 | | |
| Ponts roulants | 220.160,00 | | | 220.160,00 | 113.585,64 | 499,01 | | 214.088,65 | 6.570,36 | 6.071,35 |
| **Social HDG** | | | | | | | | | | |
| Constructions HDG | 2.287.618,67 | | | 2.287.618,67 | 1.929.265,88 | 40.051,76 | | 1.969.317,64 | 358.352,79 | 318.301,03 |
| Equipements HDG | 1.526.748,04 | | | 1.526.748,04 | 1.453.887,61 | 4.090,59 | | 1.457.978,20 | 72.860,43 | 68.769,84 |
| **Social ELO** | | | | | | | | | | |
| Constructions ELO | 1.923.076,47 | | | 1.923.076,47 | 1.322.336,40 | 52.604,69 | | 1.374.941,09 | 600.740,07 | 548.135,38 |
| Equipements ELO | 4.285.668,62 | | | 4.285.668,62 | 4.281.104,56 | 241,27 | | 4.281.345,83 | 4.564,06 | 4.322,79 |
| Transports | 392.898,74 | | | 392.898,74 | 363.216,58 | 8.095,14 | | 371.311,72 | 29.682,16 | 21.587,02 |
| **Ordinateurs et machines de bureau** | | | | | | | | | | |
| Site HDG | 1.387.086,51 | | | 1.387.086,51 | 1.382.908,51 | 759,88 | | 1.383.668,39 | 4.177,00 | 3.418,12 |
| Site ELO fournitures | 226.242,90 | | | 226.242,90 | 217.800,36 | 2.412,58 | | 220.212,94 | 8.442,54 | 6.030,36 |
| Site ELO ordinateurs | 412.298,17 | | | 412.298,17 | 412.298,17 | | | 412.298,17 | | |
| **TOTAL** | 216.361.046,65 | 221.340,00 | 752.230,00 | 217.334.616,65 | 205.904.018,66 | 930.517,47 | | 206.834.536,13 | 10.457.027,99 | 10.500.080,52 |

Les durées de vie prévisibles des immobilisations sont utilisées pour calculer les amortissements. En général, et si aucune autre information n'est disponible, la durée de vie est de 30 ans pour les constructions et les lignes de production, 25 ans pour les installations techniques et 5 ans pour les ordinateurs et équipements de bureau. Les rouleaux immobilisés sont pris en compte avec leur durée de vie réelle estimée.

Liberty Liege-Dudelange (LU) S.A.

## Notes to the annual accounts at 12.31.2020

Down payments and tangible fixed assets in progress

|  | EUR |
|---|---|
| **Balance at the start of 2020** | 1.026.444,09 |
| Acquisitions during the year | 468.766,79 |
| Write-backs in fixed assets | 752.230,00 |
| **Balance at 12.31.2020** | **521.640,88** |

### Note 4 – OTHER RECEIVABLES

As of December 31, 2020, other receivables mainly consisted of receivables from the Administration of Registration and Domains (tax receivables) and advances paid to staff.

### Note 5 – SHARE CAPITAL

The share capital as of December 31, 2020 is 13,855,000 EUR and consists of 5,542 shares of EUR 2,500, - each.

### Note 6 – LEGAL RESERVE

According to the legislation in force, an annual deduction of at least one twentieth intended to constitute a legal reserve must be made from net profits, until this reserve has reached one tenth of the share capital. This reserve cannot be distributed.

### Note 7 – Equity (in EUR)

|  | Subscribed capital | Legal reserve | Available reserve | Not available reserve | Benefit of the exercice |
|---|---|---|---|---|---|
| Balance at 12.31.2019 | 13.855.000,00 | 1.385.500,00 | 0,00 | 0,00 | 4.129.954,41 |
| Allocation of 2019 result |  |  | 3.271.179,41 | 858.775,00 | -4.129.954,41 |
| 2020 result |  |  |  |  | 797.770,72 |
| **Balance at 12.31.2020** | 13.855.000,00 | 1.385.500,00 | 3.271.179,41 | 858.775,00 | 797.770,72 |

The profit for the 2019 financial year of EUR 4,129,954.41 was used to build up a free reserve of EUR 3,271,179.41 and immune reserves for 5 years of EUR 858,775, - for wealth tax purpose.

Liberty Liège-Dudelange (LU) S.A.

## Notes to the annual accounts at 12.31.2020

### Note 8 – OTHER DEBTS

The other debts are composed as follows:

|  | 2020 EUR | 2019 EUR |
|---|---|---|
| - Payables to staff | 959,317.00 | 747,589.00 |
| - Repayable grant | - | 94,157.65 |
|  | **959,317.00** | **841,746.65** |

### Note 9 – STAFF

The workforce at December 31, 2020 consisted of 221 employees (2019: 233 employees)

### Note 10 – CONSOLIDATION

From July 1, 2019, the company's accounts are fully consolidated within the Liberty group.

### Note 11 – POST-CLOSING EVENT

In January 2021, two banks from the Luxembourg financial place granted us a COVID-19 type loan guaranteed by the State for a total amount of EUR 17 million.

On March 15, 2021, the banking authority of the Federal Republic of Germany filed bankruptcy proceedings against a German bank, Greensill Bank AG. This bank is a subsidiary of the Greensill banking group that was the first financier of GFG Alliance to which the Liberty Steel group belongs. The indirect effects of a loss of market confidence in Liberty, generated by all-pervading press reports, have had an impact on our business. Suppliers cancelled Liberty's lines of credit to such an extent that supplies were no longer guaranteed.

Just out of the COVID-19 crisis (in 2020 production in the last quarter had fallen to 29% of capacity) with a first quarter where production rose to 57% of our production capacity at the end of March 2021, the liquidity crisis and the resulting lack of raw materials lead to a decrease in production to 23% of capacity in the second quarter and 11% of capacity in the third quarter.

In the meantime, Dudelange's activity remained very low at the end of 2021 and beginning of 2022 (between 5% and 10% of capacity), still in a role of contract manufacturer for Liège. From the end of March to the end of June 2022, activity in Dudelange was at a complete standstill. Unoccupied staff were on partial unemployment supported by Government until end of March 2022.

On November 23, 2021, the Liège company court endorsed the recovery plan presented by Liberty Steel and which had been approved by the vast majority of creditors to save the Tilleur and Flémalle sites (the two sites of Liberty Liège, Tilleur being Dudelange's main supplier). The Belgian company is therefore exiting the PRJ (judicial reorganization

Liberty Liège-Dudelange (LU) S.A

## Notes to the annual accounts at 12.31.2020

procedure) in which the Belgian entity has been since May 2021. The Liège company court had ordered the liquidation of the Belgian entity on April 13, 2022.

On May 19, 2022, the Liège Court of Appeal overturned the judgment on the liquidation, based on the recovery plan transmitted by the Liberty Steel group, a plan which includes the Luxembourg company. The plan provided for a ramp-up starting in June 2022 which should allow the Company to return to a normal level of production within 12 months. The Company thus produced 3,000 T of steel in July and August 2022.

Given the increase in raw material and energy prices, Liberty Steel Group has decided to stop production in Dudelange until the end of 2022.

The Group provided for the financial needs of Dudelange during this period by financing the fixed costs not covered by monthly contributions.

All these events and circumstances constitute significant uncertainties that could impact the Company's business continuity. Given the financial support of the Group, in particular, the Board of Directors considers that the continuity of operations is assured. The annual accounts have in fact been drawn up according to the principle of going concern.

Liberty Liège-Dudelange (LLD) S.A.

Liberty Liège-Dudelange (LU) S.A. 

## Management report of the Board of Directors to the General Assembly of January 9th, 2023

Dear Sirs,

We have the honour to report to you on the activity of your company during the past financial year and to submit for your approval the annual accounts as of December 31, 2020.

The annual production for 2020 sums to 343,330 tonnes.

The 2020 financial year ends with a profit of 797,770.72 EUR and with a cash flow of 2,298,900.44 EUR.

The investment expenses for the year total to EUR 468,766.79. We have activated 752,230.00 EUR and the new carry-over to 2021 is 521,640.88 EUR (1,026,444.09 € carried over from 2019 to 2020).

The unfavourable market development in 2020 did not allow us to reach the budgeted production which summed to 695,912 tonnes (-299.88 kt).

Since the takeover of ArcelorMittal Dudelange S.A. by the Liberty House group, Liberty Liège-Dudelange (LU) S.A. has been carrying out hire work on behalf of Liberty Liège-Dudelange (BE) S.A.

After the two months of January and February 2020 with a good production level, the operation of the lines was heavily affected by the pandemic caused by the Sars-CoV-2 virus.

From the beginning of the containment in March, the supply of raw material (steel coils) by our suppliers was no longer ensured, leading to considerable logistical problems.

Furthermore, the absenteeism of our own staff quickly reached such a level that safe production could no longer be ensured.

Production planning thus became impossible for lack of supplies and personnel. We were forced to shut down the production lines for some time.

Production and delivery delays therefore quickly accumulated, despite our efforts to keep logistics activities active.

Downstream, many postponements and / or cancellations of orders were received from customers who were also suffering from the crisis.

From a macroeconomic point of view, the market outside Europe - which was 16% (606 kt) in 2019 - has completely disappeared. The European market fell from March 2020 onwards by 40%.

All our activity has been affected by the crisis: the automotive, construction and consumer goods markets using our entire range of products (Usibor, AluZinc and electro-galvanized) have collapsed.

Our 2020 turnover has therefore fallen by 54.23% compared to a 5-year average.

From the beginning of the crisis, we implemented short-time working in order to align the presence of our staff with the load of our production tools. This measure will apply for the duration of the crisis.

Short-term non-vital investments, reliability or development projects for the site have been frozen in order to further limit fixed costs and cash expenses. Cost reduction actions have been decided and are being followed, particularly in ordinary and

MEMBER OF


Liberty Liège-Dudelange (LU) S.A.



extraordinary maintenance. In addition, we take advantage of the payment deadlines offered by public actors.

Finally, we were asking for a COVID-19 financing loan guaranteed by the state which was granted to us in January 2021 for a total of 17 million EUR.

Since the end of the COVID related lock-down, our production in 2021 and 2022 did never reach its historic level due to a financial crisis in which Liberty group got involved by the insolvency of the main financing company Greensill.

Liberty Liège-Dudelange (BE) S.A. had not the necessary financial capacity to buy sufficient substrate metal for coating. With the beginning of war in Ukraine and the explosion of the energy prices, we decided in September 2022 to stop all production until the end of 2022.

The company did not proceed to any risk hedging as our main businesses are intra-group operations.

The company does not hold any own shares at the end of the financial year and does not plan to carry out such a transaction during the 2021 financial year.

In accordance with the procedures adopted, the directors of Liberty Liège-Dudelange (LU) S.A. ask the Liberty Liège-Dudelange (LU) S.A. General Assembly for discharge.

Dudelange, December 12th, 2022

MEMBER OF




Tel. +352 45 123-1
www.bdo.lu

1, rue Jean Piret
Boîte Postale 351
L-2013 Luxembourg

REPORT OF THE REVISEUR D'ENTREPRISES AGREE

To the Sole Shareholder of
Liberty Liège - Dudelange (LU) S.A.
520-550, Z.A.E. Wolser B
L-3452 Dudelange

Report on the audit of the annual accounts

Disclaimer of opinion

We were engaged to audit the accompanying annual accounts of Liberty Liège - Dudelange (LU) S.A. (the "Company") which comprise the balance sheet as at 31 December 2020 and the profit and loss account for the year then ended, and notes to the annual accounts, including a summary of significant accounting policies.

We do not express an opinion on the accompanying annual accounts of the Company. Because of the significance of the matters described in the "Basis for Disclaimer of opinion" section of our report, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion on these annual accounts.

Basis for Disclaimer of opinion

As described in note 11 to the annual accounts, material uncertainties exist which may cast significant doubt on the Company's ability to continue as a going concern. We were unable to obtain sufficient audit assurance to conclude that the preparation of the annual accounts in accordance with the going concern principle is appropriate and, as a consequence, were unable to conclude on the appropriateness of the principles used to evaluate the assets and liabilities, as well as on the completeness of liabilities, the resulting values in the balance sheet and the resulting impacts in the profit and loss.

In addition, and besides the fact that we are unable to conclude on the appropriateness of the going concern principle to prepare the annual accounts as at 31 December 2020, we were unable to obtain sufficient and appropriate audit evidence to conclude on the recoverability of trade debtors amounting to EUR 3.341.948, 9,3% of total assets as at 31 December 2020, unpaid as of today. As a consequence, we were unable to conclude neither whether any adjustments to these amounts were necessary, nor on the potential impact of this matter on the profit and loss of the year.

Responsibility of the Board of Directors for the annual accounts

The Board of Directors is responsible for the preparation and fair presentation of these annual accounts in accordance with Luxembourg legal and regulatory requirements relating to the preparation of the annual accounts and for such internal control as the Board of Directors determines is necessary to enable the preparation of annual accounts that are free from material misstatement, whether due to fraud or error.

BDO Audit, Société Anonyme
R.C.S. Luxembourg B 147.570
TVA LU 23425810

BDO Audit, a société anonyme incorporated in Luxembourg, is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and for each of the BDO Member Firms



In preparing the annual accounts, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the Board of Directors either intends to liquidate the Company or to cease operations, or has no realistic alternative but to do so.

Responsibility of the *"réviseur d'entreprises agréé"* for the audit of the annual accounts

Our responsibility is to conduct an audit of the annual accounts in accordance with the Law dated 23 July 2016 and with International Standards on Auditing as adopted for Luxembourg by the CSSF and to issue a report of the *"réviseur d'entreprises agréé"*. However, because of the matters described in the "Basis for Disclaimer of opinion" section of our report of the *"reviseur d'entreprises agréé"*, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion on these annual accounts.

We are also independent of the Company in accordance with the International Code of Ethics for Professional Accountants, including International Independence Standards, issued by the International Ethics Standards Board for Accountants (IESBA Code) as adopted for Luxembourg by the CSSF together with the ethical requirements that are relevant to our audit of the annual accounts, and have fulfilled our other ethical responsibilities under those ethical requirements.

Report on Other Legal and Regulatory Requirements

Because of the significance of the matters described in the "basis for disclaimer of opinion" paragraph, we have been unable to determine if the management report, which is the responsibility of the Board of Directors, is consistent with the annual accounts and has been prepared in accordance with applicable legal requirements.

Luxembourg, 9 January 2023

BDO Audit
Cabinet de révision agréé
represented by

Jean-Philippe Barret

BDO Audit, Société Anonyme
R.C.S. Luxembourg B 147.570
TVA LU 23425810

BDO Audit, a société anonyme incorporated in Luxembourg, is a member of BDO International Limited, a UK company, limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and for each of the BDO Member Firms.

CRK-2/1131