# EXHIBIT 48



OUR REF: CRR/RY/TSY/THY/2023004427
YOUR REF: CST/WWC/AT/202300582

Advocates & Solicitors
Notaries Public
Commissioners for Oaths
Agents for Trademarks

Member of PLG International Lawyers

19 October 2023

#58-01 UOB Plaza 1
80 Raffles Place
Singapore 048624

**Rev Law LLC**
1D Duxton Hill
Singapore 089587

**By Email Only**
suitong@revlawllc.com
wanchee@revlawllc.com
abigail@revlawllc.com

Telephone 6532 2271
Fax        6535 2475 (General)
           6532 2633 (Litigation)
           6536 2275 (Conveyancing)
Email      trc@trc.com.sg
Website    www.trc.com.sg

UEN 53131156B

Attention: Mr Chua Sui Tong / Ms Wong Wan Chee / Ms Abigail Tang

Service of court documents
by facsimile is not accepted.

Dear Sirs

**SINGAPORE HIGH COURT ORIGINATING APPLICATION NO. 947 OF 2023**
**SINGAPORE HIGH COURT SUMMONS NO. 2818 OF 2023 ("SUM 2818")**
**ARCELORMITTAL HOLDINGS AG V LIBERTY STEEL EAST EUROPE (HOLDCO) LIMITED & ANOR**

*Senior Partner*
C R Rajah SC

*Managing Partner*
Imran H Khwaja

1. We refer to our letter dated 12 October 2023 and your reply thereto dated 13 October 2023.

2. We are instructed to file an application to set aside HC/ORC 4428/2023 ("**ORC 4428**"), being the domestic freezing order obtained by your client in SUM 2818 (the "**Setting Aside Application**").

3. As your client is aware, the assets in Singapore are principally shares/ownership in 11 privately held subsidiaries. It is a significant undertaking for our client to compile the information required.

4. In view of the intended Setting Aside Application and in the interest of saving time and costs, we write to ask if your client is amenable to holding the timeline for the disclosure affidavit in abeyance until the determination of the Setting Aside Application. For avoidance of doubt, all orders in ORC 4428, save for paragraph 2 (in relation to the disclosure affidavit), remain in effect and as such, our client does not believe that your client will be prejudiced.

5. We would be grateful if you could let us know as soon as possible in order that we may take instructions on the filing of the necessary application in respect of the disclosure affidavit.

6. In the meantime, all our client's rights are reserved.

*Partners*
C Mohan
K F Han
A Karthigesu
Zahara Bakar
M K Eusuff Ali
Moiz H Sithawalla
Megan Chia
Sudhershen Hariram

*Consultants*
C S Tan
P Selvadurai
Sant Singh SC
Y K Cheong
Lucy Khoo Bee Lay
Sayana Baratham
N Balu Rao

*Senior Associates*
Perry Elizabeth Wong
Samantha Tan
Denise Tay Hui Yuan

*Associates*
Phoebe Tan
Thaddaeus Aaron Tan
Lee Yen Yin
Michelle Chow
Tan Jo Yi
Clara Ng Cheng Mun
Reuben Tay
Darren Wong
Donny Tan

Yours faithfully

*Tan Rajah & Cheah*

**Tan Rajah & Cheah**

cc    Clients

PLG International Lawyers with member law firms in
Andorra, Australia, Austria, Belgium, Brazil, Canada, Chile, China (Beijing, Hong Kong, Shanghai, Shenzhen), Cyprus, France (Lyon, Paris), Germany (Berlin, Frankfurt, Hamburg, Munich), Greece, India, Israel, Italy (Milan, Rome), Luxembourg, Mexico, Netherlands, Poland, Portugal, Singapore, South Korea, Spain (Barcelona, Madrid, Mallorca), Sweden, Switzerland, Taiwan, Turkey, Ukraine, United Kingdom (London, Manchester), United States of America

Website   www.plg.eu.com